UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, acting through the United States Department of Agriculture<br><br>Plaintiff<br><br>v.<br><br>JOSE LUIS DE JESUS REYES, MILDRED NOEMI SERRANO TORRES, and their Conjugal Partnership<br><br>Defendants | CIVIL NO.<br><br><br>Foreclosure of Mortgage |

**COMPLAINT**

TO THE HONORABLE COURT:

COMES NOW the United States of America -acting by the United States Department of Agriculture- through the undersigned attorney, who respectfully alleges and prays as follows:

1.  Jurisdiction of this action is conferred on this Court by 28 U.S.C. Section 1345.

2.  Plaintiff, United States of America, is acting through the United States Department of Agriculture, which is organized and existing under the provisions of the Consolidated Farm and Farm Service Agency Act, 7 U.S.C. §1921 et seq. Plaintiff is the owner and holder of four (4) promissory notes that affect the property described further below.

3.  The first promissory note is for the amount of **$38,000.00**,

with annual interest of 5.25%, signed on January 20, 1988. *See Exhibits 1 and 2.*

4.   For the purpose of securing the payment of said promissory note, a voluntary mortgage was executed on the same date, in favor of the plaintiff, under the terms and conditions stipulated and agreed therein, through deed No. 90. This mortgage is duly recorded at the corresponding Property Registry. *See Exhibit 3.*

5.   The promissory note for $38,000.00 was modified on two occasions, under the terms and conditions stipulated and agreed therein. On November 12, 1996, the last modification was executed, through Deed No. 167. This transaction is duly recorded at the corresponding Property Registry. *See Exhibits 4 and 5.*

6.   Plaintiff is also the owner and holder of a promissory note for the amount of **$11,000.00**, with annual interest of 5.25%, signed on July 18, 1984. *See exhibits 6 and 7.*

7.   For the purpose of securing the payment of said promissory note, a voluntary mortgage was executed on the same date, in favor of the plaintiff, under the terms and conditions stipulated and agreed therein, through deed No. 91. This mortgage is duly recorded at the corresponding Property Registry. *See Exhibit 8.*

8.   The promissory note for $11,000.00 was modified on two

occasions, under the terms and conditions stipulated and agreed therein. On November 12, 1996, the last modification was executed, through Deed No. 167. This transaction is duly recorded at the corresponding Property Registry. *See Exhibits 4 and 5.*

9. Plaintiff is the owner and holder of a promissory note for the amount of **$5,000.00**, with annual interest of 5%, dated on November 12, 1996. *See Exhibit 9.*

10. For the purpose of securing the payment of said promissory note, a voluntary mortgage was executed on the same date, in favor of the plaintiff, under the terms and conditions stipulated and agreed therein, through Deed No. 168. This mortgage is duly recorded at the corresponding Property Registry. *See Exhibit 10.*

11. According to the Property Registry, the defendants herein appear as owners of record of the real estate property subject of this case. Said property is described -as it was recorded in Spanish- as follows:

> RÚSTICA: Radicada en el Barrio Las Palmas del término municipal de Utuado, Puerto Rico, con una cabida superficial de treinta y seis cuerdas con tres mil doscientos sesenta y ocho diez milésimas de otra (36.3268 cds), equivalentes a catorce hectáreas, veintisiete áreas, setenta y ocho centiáreas y ochenta y cinco miliáreas de terreno, en lindes por el NORTE, con Ricardo Matos Rodríguez; por el SUR, con Fernando Batista Rivera, los predios disgregados bajo las letras A y B y más terrenos de Fernando Salva Matos; por el ESTE, con Luis Díaz

3

Carreras y terrenos de Fernando A. Salva Matos y por el OESTE, con la Quebrada Batellas.

Property 348, recorded at page 70 of volume of 7, Property Registry of Utuado, Puerto Rico.

*See Title Search attached as Exhibit 11.*

12. The title search attached as Exhibit 11 confirms the registration of the mortgage liens that secure the loan obligations between the plaintiff and the defendants.

13. It was expressly stipulated in the notes evidencing the indebtedness that default in the payment of any part of the covenant or agreement therein contained will authorize the plaintiff, as payee of said notes, to declare due and payable the total amount of the indebtedness evidenced by said notes and proceed with the execution and/or foreclosure of the mortgages.

14. The defendants herein have failed to comply with terms of the mortgage contracts by failing to pay the installments due on all notes until the present day, and that after declaring all the indebtedness of defendant due and payable, defendants owe to the plaintiff, according to the Certification of Indebtedness included herein as Exhibit 12, the following amounts:

a) On the $38,000.00, $11,000.00 and $3,000.00 Notes, as modified:

      1) The sum of $64,685.10, of principal;

      2) The sum of $65,623.79, of interest accrued as of February 11, 2019, and thereafter until its full and total payment, which interest amount increases at the daily rate of $9.5255;

      3) Plus, insurance premium, taxes, advances, late charges, costs, court costs expenses, disbursements and attorney's fees guaranteed under the mortgage obligation.

   b) On the $5,000.00 Note:

      1) The sum of $3,351.37, of principal;

      2) The sum of $1,210.62, of interest accrued as of May 30, 2018, and thereafter until its full and total payment, which interest amount increases at the daily rate of $.4591;

      3) Plus, insurance premium, taxes, advances, late charges, costs, court costs expenses, disbursements and attorney's fees guaranteed under the mortgage obligation.

15. The indebtedness evidenced by the aforementioned notes is secured by the mortgages over the properties described in this complaint.

16. Codefendants JOSE LUIS DE JESUS REYES and MILDRED NOEMI SERRANO TORRES are not presently active in the military

service for the United States. *See Exhibit 13.*

## VERIFICATION

I, EDGAR MALDONADO MEDERO, of legal age, single, executive and resident of Toa Alta, Puerto Rico, in my capacity as Farm Loan Chief of the Farm Service Agency, San Juan, Puerto Rico, under the penalty of perjury, as permitted by Section 1746 of Title 28, United States Code, declare and certify:

1) My name and personal circumstances are stated above;

2) I subscribed this complaint as the legal and authorized representative of the plaintiff;

3) Plaintiff has a legitimate cause of action against the defendants above named which warrants the granting of relief requested in said complaint;

4) Defendants are a necessary and legitimate party to this action in view of the fact that they originated or assumed the mortgage obligation subject of this foreclosure, or bought the property subject to said mortgage;

5) From the information available to me and based upon the documents in the Farm Service Agency, it appears that defendants have not been declared incompetent by a court of justice with authority to make such a declaration;

6) I have carefully read the allegations contained in this complaint and they are true and correct to the best of my knowledge and to the documents contained in the files of the Farm Service

Agency;

7) I have carefully examined the Exhibits included to this complaint which are true and correct copies of the originals. The mortgage deeds have been duly recorded in the Property Registry.

I make the foregoing declaration under penalty of perjury, as permitted under Section 1746 of Title 28, United States Code.

In San Juan, Puerto Rico, this 7th day of March 2019.

EDGAR MALDONADO MEDERO

## PRAYER

WHEREFORE, the plaintiff demands judgment as follows:

a)   That defendant's party pays unto the plaintiff the amounts claimed on this complaint;

b)   Or in default thereof that all legal right, title and interest which the defendants may have in the property described in this complaint and any building or improvement thereon be sold at public auction and that the monies due to the United States as alleged in the preceding paragraphs be paid out of the proceeds of said sale;

c)   That the defendants and all persons claiming or who may claim by, from or under them be absolutely barred and foreclosed from all rights and equity of redemption in and to said property;

d)   That if the proceeds of such sale be insufficient to cover the amounts specified under paragraph 16 of this prayer,

said defendant be adjudged to pay to the United States the total amount of money remaining unsatisfied to said paragraph (a) of this prayer, and execution be issued forthwith against said defendants for the payment of said deficiencies against any of the properties of said defendants;

     e)   That if the proceeds of said sale exceed the sum of money to be paid to the United States as aforesaid, any such excess be deposited with the Clerk of this Court subject to further orders from the Court;

     f)   That once the property is auctioned and sold, the Clerk of this Court issue a writ addressed to the Registry of the Property ordering the cancellation of the foreclosed mortgage and of any other junior liens recorded therein;

     g)   For such further relief as in accordance with law and equity may be proper.

In Guaynabo, Puerto Rico, this 11 day of March 2019.


/s/ Juan Carlos Fortuño Fas
JUAN CARLOS FORTUÑO FAS
USDCPR 211913

FORTUÑO & FORTUÑO FAS, C.S.P.
P.O. BOX 9300
SAN JUAN, PR 00908
TEL. 787-751-5290
FAX. 787-751-6155
Email: dcfilings@fortuno-law.com

F:\150\ Department of Justice\Casos Activos\1521_118 Jose De Jesus Reyes\COMPLAINT.docx

**Form FmHA 1940-17 (S)**
**(Rev. 11-1-78)**

UNITED STATES DEPARTMENT OF AGRICULTURE
FARMERS HOME ADMINISTRATION
PROMISSORY NOTE

TYPE OF LOAN
Type: FO

In accordance with:
  Consolidated Farm & Rural Development Act
  Emergency Agricultural Credit Adjustment Act of 1978

Name: JESUS MONTERO CHANZA
State: PUERTO RICO
Office: UTUADO
Case Number: 63-15-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
Date: JULY 18, 1984

ACTION REQUIRING NOTE:

| | | |
|---|---|---|
| Initial Loan | | New Payment Schedule |
| Subsequent Loan | | Reamortization |
| Consolidation and Subsequent Loan | X | Sale on Credit |
| Consolidation | | Deferred Payments |

FOR VALUE RECEIVED, the undersigned Borrower(s) and any other co-borrower, jointly and severally promise to pay to the order of the United States of America, acting through the farmers Home Administration, United States Department of Agriculture (herein called the "Government"), or its representative, at its offices in UTUADO, PUERTO RICO, or at another location designated in writing by the Government, the principal sum of THIRTY-EIGHT THOUSAND DOLLARS ($38,000.00), plus interest on the unpaid principal of FIVE AND ONE QUARTER PERCENT (5.25 %) PER ANNUM. If this note is for a Limited Resources Loan (indicated in the box above, under the heading "Type of Loan"), the Government may CHANGE THE INTEREST RATE, in accordance with the Farmers Home Administration regulations, not more frequently than a calendar trimester basis, and shall notify Borrower at [Borrower's] most current address by mail, with thirty (30) days' notice. The new interest rate shall not exceed the highest interest rate established by the Farmers Home Administration regulations for the type of loan indicated above.

Principal and interests shall be paid in 41 installments, as indicated below, unless modified by a different interest rate, on or before the following dates:

$ 10.00.........on January 1, 1985

1

any guarantee covenant or other instrument executed in relation to the loan evidenced herein, shall, at the option of the Government, become a part of the loan and shall accrue interests at the same interest rate of the principal of the loan evidenced herein, and shall become immediately due and payable by Borrower to the Government, without the need of requirements.

Property constructed, improved, purchased or refinanced in whole or in part with the loan evidenced herein shall not be leased, assigned, sold, transferred or encumbered, voluntarily or otherwise, without the written consent of the Government. Unless the Government consents otherwise in writing, Borrower shall personally operate said property as a farm if this loan is for a farm owner (FO).

If "Consolidation and Subsequent Loan", "Consolidation", "Reamortization" or "New Payment Schedule " is indicated in the box above, under the heading "Action Requiring Note", this note is issued to consolidate, reamortize, or evidence a new payment schedule but not as satisfaction of principal and interests of the following note(s) or subrogation agreement(s) (new terms):

AMOUNT OF NOTE:
INTEREST RATE:
DATE:
ORIGINAL BORROWER:
FINAL PAYMENT DUE:

The securing documents made in relation to the loans evidenced by these described notes or other stated obligations are not affected by the execution of this consolidation, reamortization or new payment schedule. These securing instruments shall continue in effect, and the guarantee offered for the loans evidenced by the described note shall continue as guarantee for the loan evidenced by this note and by any other stated obligation.

REFINANCING AGREEMENT: If at any time, the Government finds that Borrower may be able to obtain a loan from a responsible cooperative or private credit source at reasonable rates and terms for loans for similar purposes and periods of time, Borrower will, at the Government's request, apply for and accept a loan in sufficient amount to pay this note in full and, if the lender is a cooperative, to pay for any necessary stock.

DEFAULT: Failure to pay when due any debt evidenced hereby or perform any covenant or agreement hereunder shall constitute default under any other instrument evidencing a debt of Borrower owing to or insured by the Government or securing or otherwise relating to such a debt; and default under any such other instrument shall constitute default hereunder. UPON ANY SUCH DEFAULT, the Government, at its option, may declare all or any part of any such indebtedness immediately due and payable.

This note is given as evidence of a loan to Borrower made or insured by the Government, pursuant to the Consolidated Farm and Rural Development act or the Emergency

Agricultural Credit Adjustment Act of 1978 and for the type of loan indicated in the box 'TYPE OF LOAN" above. This note is subject to the present regulations of Farmers Home Administration and to its future regulations not inconsistent with the stipulations expressed herein.

Presentation, protest, and notice are hereby expressly waived.

[Signature]
JESUS MONTERO CHANZA (BORROWER) (SEAL)
[Signature]
JOSEFA RAMIREZ RIOS (BORROWER) (SEAL)

AVENIDA ESTEVES # 265
UTUADO, P.R. 00761

THIS NOTE HAS BEEN MODIFIED IN TERMS OF INTEREST RATES, TERM AND PRINCIPAL PURSUANT TO DEED NUMBER 10, EXECUTED IN UTUADO, PUERTO RICO ON JANUARY 20, 1988. I BEAR WITNESS.
[Signature]
[Seal]
MIGUEL TORRES MALDONADO
PUBLIC NOTARY

THE MORTGAGE GUARANTEE OF THIS NOTE HAS BEEN INCREASED, PURSUANT TO PUBLIC DEED NUMBER 11, EXECUTED IN UTUADO, PUERTO RICO, ON JANUARY 21, 1988. I BEAR WITNESS.
[Signature]
[Seal]
MIGUEL TORRES MALDONADO
PUBLIC NOTARY

PAYMENT LOG

| AMOUNT | DATE | AMOUNT | DATE | AMOUNT | DATE |
|--------|------|--------|------|--------|------|
| $ | | $ | | $ | |

TOTAL: $

# CERTIFICATE

4

I hereby certify that the attached Promissory Note is a true and accurate translation to the best of my knowledge, ability and belief. I am experienced, competent and certified to translate from Spanish into English.

DATED this 29th day of August 2003.

Nicole Harris

WITNESS my hand and official seal hereto affixed this 29th day of August 2003.

Signature

Notary Public
State of Washington
Rosa Walker
Commission Expires 02-01-06

Print Name: Rosa Walker
Notary Public in and for the State of Washington
My appointment expires: 02/01/06

Forma FmHA 1940-17 (S)
(Rev. 11-1-78)

**DEPARTAMENTO DE AGRICULTURA DE ESTADOS UNIDOS**
**ADMINISTRACION DE HOGARES DE AGRICULTORES**

**PAGARE**

| CLASE DE PRESTAMO |
| --- |
| Tipo: _FO_ |
| De acuerdo a: |
| ☐ Consolidated Farm & Rural Development Act |
| ☐ Emergency Agricultural Credit Adjustment Act of 1978 |

| Nombre JESUS MONTERO CHANZA | | **ACCION QUE REQUIERE PAGARE:** |
| --- | --- | --- |
| Estado PUERTO RICO | Oficina UTUADO | ☐ Préstamo Inicial ☐ Nuevo Plan de Pago |
| Caso Núm. 63-15-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 | Fecha 18 de julio de 1984 | ☐ Préstamo Subsiguiente ☐ Reamortización ☐ Consolidación y préstamo subsiguiente ☒ Venta a Crédito ☐ Consolidación ☐ Pagos Diferidos |

POR VALOR RECIBIDO, el Prestatario(s) subscribiente y cualquier otro co-deudor mancomunada y solidariamente pagaremos a la orden de Estados Unidos de América, actuando por conducto de la Administración de Hogares de Agricultores del Departamento de Agricultura de los Estados Unidos (denominado en adelante el "Gobierno") o su

cesionario en su oficina en - - - Utuado, Puerto Rico - - - - - - - -

o en otro sitio designado por el Gobierno por escrito, la suma principal de - - TREINTIOCHO MIL CON ---

- - - - - - - - 00/100 dólares ($ 38,000.00 ) más intereses sobre el principal adeudado al

--CINCO Y UN CUARTO -------- **POR CIENTO** ( 5.25 %) anual. Si este pagaré

es para un préstamo de Recursos Limitados (indicado en el encasillado superior "Clase de Préstamo"), el Gobierno puede **CAMBIAR EL PORCIENTO DE INTERES**, de acuerdo con los reglamentos de la Administración de Hogares de Agricultores, no más frecuente que trimestralmente, notificando por correo al Prestatario con treinta (30) días de anticipación a su última dirección. El nuevo tipo de interés no deberá exceder el porciento de interés más alto establecido en los reglamentos de la Administración de Hogares de Agricultores para el tipo de préstamo arriba indicado.

Principal e intereses serán pagados en ___41___ plazos, según indicado abajo, excepto si es modificado por un tipo de interés diferente, en o antes de las siguientes fechas:

| | |
| --- | --- |
| $ 10.00 en enero 1, 1985 | $ _____ en enero 1, 19 ; |
| $ 10.00 en enero 1, 1986 | $ _____ en enero 1, 19 ; |
| $ _____ en enero 1, 19 ; | $ _____ en enero 1, 19 ; |
| $ _____ en enero 1, 19 ; | $ _____ en enero 1, 19 ; |
| y $ 2,405.00 en enero 1, 19 ; | $ _____ en enero 1, 19 ; |

, subsiguientemente en enero 1 de cada año hasta que el principal e intereses sean completamente pagados excepto que el plazo final de la deuda aquí evidenciada, de no ser pagada anteriormente, vencerá y será pagadero en __40__ años de la fecha de este pagaré y excepto que se podrán hacer pagos adelantados según se provee más abajo. La consideración aquí envuelta respaldará cualquier convenio modificado el plan de pagos.

Si la cantidad total del préstamo no es adelantada a la fecha del cierre, el préstamo será adelantado al Prestatario según solicitado por el Prestatario y aprobado por el Gobierno. La aprobación del Gobierno será dada siempre y cuando el adelanto es solicitado para un propósito autorizado por el Gobierno. Se acumularán intereses por la cantidad de cada adelanto desde su fecha actual como se demuestra en el Registro de Adelantos en el final de este pagaré. El Prestatario autoriza al Gobierno a anotar la(s) cantidad(es) y fecha(s) de tal(es) adelanto(s) en el Registro de Adelantos.

En cada pagaré reamortizado o consolidado, o con un nuevo plan de pago, los intereses acumulados a la fecha de este instrumento deberán ser sumados al principal y ese nuevo principal acumulará intereses a razón del porciento evidenciado por este instrumento.

Todo pago hecho en cualquier deuda representada por este pagaré será primero aplicado a intereses computados a la fecha efectiva del pago y después al principal.

Jay-Ce-Agricultura        Posición 2        Forma FmHA 1940-17 (S)
(Rev. 11-1-78)

Pagos adelantados de los plazos estipulados o cualquier parte de los mismos, podrán hacerse en cualquier tiempo a opción del Prestatario. Reembolsos y pagos extras, según se definen en los reglamentos (7 C.F.R. 1861.2) de la Administración de Hogares de Agricultores, de acuerdo con la fuente de los fondos envueltos, después de abonarse los intereses, se aplicarán a los últimos plazos, a vencer bajo este pagaré y no afectarán la obligación del Prestatario de pagar los restantes plazos según se especifican en el mismo. Si el Gobierno en cualquier momento cediera este pagaré y asegura el pago del mismo, el prestatario continuará haciendo los pagos al Gobierno como agente cobrador del tenedor.

Mientras este pagaré esté en poder de un prestamista asegurado, los pagos adelantados hechos por el Prestatario podrán, a opción del Gobierno, ser remitidos por el Gobierno prontamente al tenedor o, a excepción del pago final, podrán ser retenidos por el Gobierno y remitidos al tenedor a base de plazo anual vencido. La fecha efectiva de todo pago hecho por el prestatario, excepto pagos retenidos y remitidos por el Gobierno al tenedor a base de plazo anual vencido será la fecha del cheque del Tesoro de los Estados Unidos mediante el cual el Gobierno remite el pago al tenedor. La fecha efectiva de cualquier pago adelantado retenido y remitido por el Gobierno al tenedor a base de plazo anual vencido, será la fecha del pago adelantado por el Prestatario y el Gobierno pagará los intereses a los cuales el tenedor tiene derecho que se devenguen entre la fecha efectiva de cualquiera de dichos pagos adelantados y la fecha del cheque del Tesoro remitido al tenedor.

Cualquier cantidad adelantada o invertida por el Gobierno para el cobro de este pagaré o para preservar o proteger la garantía del préstamo o de otra manera invertido bajo los términos de cualquier convenio de garantía u otro instrumento otorgado en relación con el préstamo aquí evidenciado, a opción del Gobierno pasará a ser parte del préstamo y devengará intereses al mismo tipo de interés que el principal de la deuda aquí evidenciada y vencerá y será pagadera inmediatamente por el Prestatario al Gobierno sin necesidad de requerimiento.

La propiedad construida, mejorada, comprada o refinanciada en total o en parte con el préstamo aquí evidenciado no será arrendada, cedida, vendida, transferida o gravada voluntariamente o de otra forma, sin el previo consentimiento por escrito del Gobierno. A menos que el Gobierno consienta lo contrario por escrito, el Prestatario operará personalmente dicha propiedad como una finca si este préstamo es a dueño de finca (FO).

Si una "Consolidación y un Préstamo Subsiguiente", "Consolidación", "Reamortización" o un "Nuevo Plan de Pago" es indicado en el encasillado superior de la primera página "Acción que Requiere Pagaré", este pagaré es otorgado para consolidar, reamortizar o evidenciar un nuevo plan de pago pero no en satisfacción del principal e intereses del siguiente pagaré(s) o convenio(s) de subrogación (nuevos términos):

| VALOR DEL PAGARE | INTERESES | FECHA | PRESTATARIO ORIGINAL | ULTIMO PLAZO A VENCER |
|---|---|---|---|---|
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |

Los documentos de garantía tomados en relación con los préstamos evidenciados por estos pagarés descritos u otras obligaciones relacionadas no son afectadas por el otorgamiento de esta consolidación, reamortización o nuevo plan de pago. Estos instrumentos de garantía continuarán en efecto y la garantía ofrecida para los préstamos evidenciados por los pagarés descritos permanecerán como garantía para el préstamo evidenciado por este pagaré y por cualquier otra obligación relacionada.

**CONVENIO DE REFINANCIAMIENTO:** Si en cualquier tiempo el Gobierno determinare que el Prestatario puede obtener un préstamo de una cooperativa responsable u otra fuente de crédito privada a un tipo de interés y términos razonables para préstamos por tiempo y condiciones similares, el Prestatario, a requerimiento del Gobierno, solicitará y aceptará el préstamo en cantidad suficiente para satisfacer este pagaré en su totalidad y pagar las acciones necesarias si el prestamista es una cooperativa.

**INCUMPLIMIENTO:** La falta de pago a su vencimiento de cualquier deuda aquí evidenciada o el incumplimiento de cualquier condición o acuerdo bajo este documento constituirá incumplimiento bajo cualquier otro instrumento evidenciando una deuda del Prestatario asegurada o garantizada por el Gobierno o en cualquier otra forma relacionada con dicha deuda; el incumplimiento bajo cualquier otro instrumento constituirá incumplimiento bajo los términos de este documento. **COMETIDO CUALQUIER INCUMPLIMIENTO**, el Gobierno, a su opción, podrá declarar toda o parte de dicha deuda vencida y pagadera inmediatamente.

Este Pagaré se otorga como evidencia de un préstamo al Prestatario concedido o asegurado por el Gobierno de conformidad con la Consolidated Farm and Rural Development Act o el Emergency Agricultural Credit Adjustment Act of 1978 y para el tipo de préstamo según indicado en el encasillado "CLASE DE PRESTAMO" más arriba. Este Pagaré está sujeto a los reglamentos presentes de la Administración de Hogares de Agricultores y a sus futuros reglamentos no inconsistentes con las estipulaciones aquí consignadas.

Presentación, protesto y aviso son por la presente expresamente renunciados.

## CERTIFICATION

I, Juan M. Ortiz Serbiá, of legal age, married, a resident of Guayama, Puerto Rico. In my official capacity as State Executive Director of the Farm Service Agency, U.S. Department of Agriculture, hereby declare under penalty of perjury that this is a true and exact copy of the original document which I have under my custody.

San Juan, Puerto Rico

*Jesús Montero Chanza*

Jesús Montero Chanza                    *(Prestatario)*

*Josefa Ramírez Ríos*

Josefa Ramírez Ríos                     *(Prestatario)*

Avenida Estéves No. 265

Utuado, P.R.  00761

JUAN M. ORTIZ SERBIÁ
State Executive Director

"MODIFICADO ESTE PAGARE EN CUANTO A INTERESES, TERMINO Y PRINCIPAL EN VIRTUD DE LA ESCRITURA NUMERO 10 OTORGADA EN UTUADO, PUERTO RICO EL DIA 20 DE ENERO DE 1988. DOY FE.

                    MIGUEL TORRES MALDONADO
                         NOTARIO PUBLICO

"AMPLIADA LA GARANTIA HIPOTECARIA DE ESTE PAGARE, SEGUN CONSTA DE LA ESCRITURA PUBLICA NUMERO 11 OTORGADA EN UTUADO, PUERTO RICO EL DIA 21  DE ENERO DE 1988. DOY FE.

                    MIGUEL TORRES MALDONADO
                         NOTARIO PUBLICO

### REGISTRO DE ADELANTOS

| CANTIDAD | FECHA | CANTIDAD | FECHA | CANTIDAD | FECHA |
|---|---|---|---|---|---|
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| | | | TOTAL | $ | |

Jay-Ce–Agricultura                    *Posición 2*                    Forma FmHA 1940-17 (S)
                                                                    (Rev. 11-1-78)

Forma FmHA 427–1PR
( 10–82 )

-----------------NUMERO   **NOVENTA**---------------
NUMBER

-----------HIPOTECA VOLUNTARIA--------------
VOLUNTARY MORTGAGE

En  la Ciudad de Utuado, Puerto Rico, a los **diez y ocho**
In

días de julio de mil novecientos ochenta y cuatro.------

------------ANTE MI------------
BEFORE ME

----------------MIGUEL TORRES MALDONADO----------------

Abogado y Notario Público de la Isla de Puerto Rico con residencia en    Utuado,--
Attorney and Notary Public for the Island of Puerto Rico, with residence in

Puerto Rico-----  y oficina en    Utuado, Puerto Rico------
and office in                                      Puerto Rico.

------------------COMPARECEN----------------
APPEAR

Las personas nombradas en el párrafo DUODECIMO de esta hipoteca denomina-
The persons named in paragraph TWELFTH of this mortgage,--

dos de aquí en adelante el "deudor hipotecario" y cuyas circunstancias personales
hereinafter called the "mortgagor" and whose personal circumstances------

aparecen de dicho párrafo.--------------
appear from said paragraph.

Doy fe del conocimiento personal de los comparecientes, así como por sus dichos
I, the Notary, attest to the personal knowledge of the appearing parties, as well as to their--

de su edad, estado civil, profesión y vecindad.------
statements which I believe to be true of their age, civil status, profession and residence.------

Aseguran hallarse en el pleno goce de sus derechos civiles, la libre administración
They assure me that they are in full enjoyment of their civil rights, and the free administration

de sus bienes y teniendo a mi juicio la capacidad legal necesaria para este otorga-
of their property, and they have, in my judgment, the necessary legal capacity to grant this--

miento.----------------
voluntary mortgage.------

------------------EXPONEN----------
WITNESSETH:

PRIMERO: El deudor hipotecario es dueño de la finca o fincas descritas en el
FIRST: That the mortgagor is the owner of the farm or farms described in--

párrafo UNDECIMO así como de todos los derechos é intereses en las mismas,
paragraph ELEVENTH of this mortgage, and of all rights and interest in the same--

denominada de aquí en adelante "los bienes".------
hereinafter referred to as "the property".

SEGUNDO: Que los bienes aquí hipotecados están afectos a los gravámenes que
SECOND: That the property mortgaged herein is subject to the liens------

se especifican en el párrafo UNDECIMO.------
specified in paragraph ELEVENTH herein.

TERCERO: Que el deudor hipotecario viene obligado para con Estados Unidos de
THIRD: That the mortgagor has become obligated to the United States------

América, actuando por conducto de la Administración de Hogares de Agriculto-
of America, acting through the Farmers Home Administration,------

res, denominado de aquí en adelante el "acreedor hipotecario", en relación con
hereinafter called the "mortgagee" in connection with------

Forma FmHA 427–1PR
( 10–82 )

un préstamo o préstamos evidenciado por uno o más pagarés o convenio de sub-
a loan or loans evidenced by one or more promissory note(s) or assumption agreement(s)

rogación, denominado en adelante el "pagaré" sean uno o más. Se requiere por
hereinafter called "the note" whether one or more. It is required by

el Gobierno que se hagan pagos adicionales mensuales de una doceava parte de
the Government that additional monthly payments of one-twelfth of the

las contribuciones, avaluos (impuestos), primas de seguros y otros cargos que se
taxes, assessments, insurance premiums and other charges

hayan estimado sobre la propiedad hipotecada.
estimated against the property.

CUARTO:   Se   sobreentiende   que:
FOURTH:   It is understood that:

(Uno) El pagaré evidencia un préstamo o préstamos al deudor hipotecario por la
(One) The note evidences a loan or loans to the mortgagor in the

suma de principal especificada en el mismo, concedido con el propósito y la inten-
principal amount specified therein made with the purpose and intention

ción de que el acreedor hipotecario puede ceder el pagaré en cualquier tiempo y
that the mortgagee, at any time, may assign the note and

asegurar su pago de conformidad con el Acta de mil novecientos sesenta y uno
insure the payment thereof pursuant to the Act of Nineteen Hundred and Sixty-One

consolidando la Administración de Hogares de Agricultores o el Título Quinto de
consolidating the Farmers Home Administration or Title Five of

la Ley de Hogares de mil novecientos cuarenta y nuve, según han sido enmenda-
the Housing Act of Nineteen Hundred and Forty-Nine, as amended.

das.

(Dos) Cuando el pago del pagaré es garantizado por el acreedor hipotecario, puede
(Two) When payment of the note is guaranteed by the mortgagee

ser cedido de tiempo en tiempo y cada tenedor de dicho pagaré a su vez será el
it may be assigned from time to time and each holder of the insured note, in turn,

prestamista asegurado.
will be the insured lender.

(Tres) Cuando el pago del pagaré es asegurado por el acreedor hipotecario, el acree-
(Three) When payment of the note is insured by the mortgagee, the

dor hipotecario otorgará y entregará al prestamista asegurado conjuntamente con
mortgage will execute and deliver to the insured lender along

el pagaré un endoso de seguro garantizando totalmente el pago de principal e in-
with the note an insurance endorsement insuring the payment of the note fully as to principal

tereses de dicho pagaré.
and interest.

(Cuatro) En todo tiempo que el pago del pagaré es asegurado por el acreedor
(Four) At all times when payment of the note is insured by the mortgagee,

hipotecario, el acreedor hipotecario, por convenio con el prestamista asegurado,
the mortgagee by agreement with the insured lender

determinarán en el endoso de seguro la porción del pago de intereses del pagaré
set forth in the insurance endorsement will be entitled to a specified portion of the interest pay-

que será designada como "cargo anual".
ments on the note, to be designated the "annual charge".

(Cinco) Una condición del aseguramiento de pago del pagaré será de que el tene-
(Five) A condition of the insurance of payment of the note will be that the holder

dor cederá todos sus derechos y remedios contra el deudor hipotecario y cuales-
will forego his rights and remedies against the mortgagor and any

Forma FmHA 427–1PR
( 10–82 )

quiera otros en relación con dicho préstamo así como también a los beneficios
others in connection with said loan, as well as any benefit——————————————

de esta hipoteca y aceptará en su lugar los beneficios del seguro, y a requerimiento
of this mortgage, and will accept the benefits of such insurance in lieu thereof, and upon the

del acreedor hipotecario endosará el pagaré al acreedor hipotecario en caso de
mortgagee's request will assign the note to the mortgagee should the mortgagor——

violación de cualquier convenio o estipulación aquí contenida o en el pagaré o en
violate any covenant or agreement contained herein, in the note, or any—————————

cualquier convenio suplementario por parte del deudor.——————————————————
supplementary agreement.——————————————————————————————————————

(Seis) Entre otras cosas, es el propósito e intención de esta hipoteca, que en todo
(Six) It is the purpose and intent of this mortgage that, among other things,————————

tiempo cuando el pagaré esté en poder del acreedor hipotecario, o en el caso en
at all times when the note is held by the mortgagee, or in the event the————————————

que el acreedor hipotecario ceda esta hipoteca sin asegurar el pagaré, esta hipoteca
mortgagee should assign this mortgage without insurance of the note, this mortgage————

garantizará el pago del pagaré pero cuando el pagaré esté en poder de un presta-
shall secure payment of the note; but when the note is held by an insured——————————

mista asegurado, esta hipoteca no garantizará el pago del pagaré o formará parte
lender, this mortgage shall not secure payment of the note or attach to—————————————

de la deuda evidenciada por el mismo, pero en cuanto al pagaré y a dicha deuda,
the debt evidenced thereby, but as to the note and such debt——————————————————

constituirá una hipoteca de indemnización para garantizar al acreedor hipotecario
shall constitute an indemnity mortgage to secure the mortgagee—————————————————

contra cualquier pérdida bajo el endoso de seguro por causa de cualquier incum-
against loss under its insurance endorsement by reason of any default—————————————

plimiento por parte del deudor hipotecario.——————————————————————————
by the mortgagor.——————————————————————————————————————————

QUINTO: Que en consideración al préstamo y (a) en todo tiempo que el pagaré
FIFTH: That, in consideration of said loan and (a) at all times when the note——————

sea conservado por el acreedor hipotecario, o en el caso de que el acreedor hipote-
is held by the mortgagee, or in the event the mortgagee——————————————————————

cario ceda la presente hipoteca sin el seguro de pago del pagaré y en garantía del
should assign this mortgage without insurance of the payment of the note, in guarantee of the

importe del pagaré según se especifica en el subpárrafo (Uno) del Párrafo NOVE-
amount of the note as specified in subparagraph (one) of paragraph NINTH—————————

NO con sus intereses al tipo estipulado y para asegurar el pronto pago de dicho
hereof, with interest at the rate stipulated, and to secure prompt payment of the——————

pagaré, su renovación cualquier convenio contenido en el mismo, su extensión y
note and any renewals and extensions thereof and any agreement contained therein————

(b) en todo tiempo que el pagaré sea poseído por el prestamista asegurado y en gran-
(b) at all times when the note is held by an insured lender in guarantee——————————————

tía de las sumas especificadas en el subpárrafo (Dos) del párrafo NOVENO aquí
of the amounts specified in subparagraph 9Two of paragraph NINTH hereof——————————

consignado para garantizar el cumplimiento del convenio del deudor hipotecario
for securing the performance of the mortgagor's agreement———————————————————

de indemnizar y conservar libre al acreedor hipotecario contra pérdidas bajo el en-
herein to indemnify and save harmless the mortgagee against loss under its——————————

doso de seguro por razón de incumplimiento del deudor hipotecario y (c) en cual-
insurance endorsements by reason of any default by the mortgagor, and (c) in any——————

quier caso y en todo tiempo en garantía de las sumas adicionales consignadas en el
event and at all times whatsoever, in guarantee of the additional amounts specified in————

- 3 -

Forma FmHA 427–1PR
( 10–82 )

subpárrafo (Tres) del párrafo NOVENO de este instrumento y para asegurar el
subparagraph (Three) of paragraph NINTH hereof, and to secure the—————

cumplimiento de todos y cada uno de los convenios y del deudor hipotecario aquí
performance of every covenant and agreement of the mortgagor————————

contenidos o en cualquier otro convenio suplementario, el deudor hipotecario por
contained herein or in any supplementary agreement, the mortgagor——————

la presente constituye hipoteca voluntaria a favor del acreedor hipotecario sobre
hereby constitutes a voluntary mortgage in favor of the mortgagee on—————

los bienes descritos en el párrafo UNDECIMO más adelante, así como sobre los
the property described in paragraph ELEVENTH hereof, together with all rights,——

derechos, intereses servidumbres, derechos hereditarios, adhesiones pertenecientes
interests easements, hereditaments and appurtenances thereto belonging,————

a los mismos, toda renta, créditos, beneficios de los mismos, y todo producto e
the rents, issues and profits thereof and revenues and————————————

ingreso de los mismos, toda mejora o propiedad personal en el present o que en
income therefrom, all improvements and personal property now or————————

el futuro se adhiera o que sean razonablemente necesarias para el uso de los mismos,
later attached thereto or reasonably necessary to the use thereof,————————

sobre las aguas, los derechos de agua o acciones en los mismos, pertenecientes a
all water, water rights and shares in the same pertaining to————————————

las fincas o a todo pago que en cualquier tiempo se adeude al deudor hipotecario
the farms and all payments at any time owing to the mortgagor————————

por virtud de la venta, arrendamiento, transferencia, enajenación o expropiación
by virtue of any sale, lease, transfer, conveyance or total or————————

total o parcial de o por daños a cualquier parte de las mismas o a los intereses sobre
partial condemnation of or injury to any part thereof or interest————————

ellas, siendo entendido que este gravámen quedará en toda su fuerza y vigor hasta
therein, it being understood that this lien will continue in full force and effect until—

que las cantidades especificadas en el párrafo NOVENO con sus intereses antes y
all amounts as specified in paragraph NINTH hereof, with interest before and———

después del vencimiento hasta que los mismos hayan sido pagados en su totalidad.
after maturity until paid, have been paid in full.—————————————————

En caso de ejecución, los bienes responderán del pago del principal, los intereses
In case of foreclosure, the property will be answerable for the payment of the principal, interest

antes y después de vencimiento, hasta su total solvento, pérdida sufrida por el acree-
thereon before and after maturity until paid, losses sustained by the——————

dor hipotecario como asegurador del pagaré, contribuciones, prima de seguro o cual-
mortgagee as insurer of the note, taxes, insurance premiums, and—————————

quier otro desembolso o adelanto por el acreedor hipotecario por cuenta del deudor
other disbursements and advances by the mortgagee for the mortgagor's account—

hipotecario con sus intereses hasta que sean pagados al acreedor hipotecario, costas,
with interest until repaid to the mortgagee, costs, expenses and—————————

gastos y honorarios de abogado del acreedor hipotecario, toda extensión o reno-
attorney's fees of the mortgagee all extensions and renewals of any of—————

vación de dichas obligaciones con intereses sobre todas y todo otro cargo o suma
said obligations, with interest on all and all other charges and additional sum—————

adicional especificada en el párrafo NOVENO de este documento
amounts as specified in paragraph NINTH hereof.—————————————————

SEXTO: El deudor hipotecario expresamente conviene lo siguiente:—————————
SIXTH: That the mortgagor specifically agrees as follows:—————————————

(Uno) Pagar al acreedor hipotecario prontamente a su vencimiento cualquier deuda
(One) To pay promptly when due any indebtedness————————————————

Forma FmHA 427–1PR
( 10–82 )

aquí garantizada e indemnizar y conservar libre de pérdida al acreedor hipotecario
to the mortgagee hereby secured and to indemnify and save harmless the mortgagee against any

bajo el seguro del pago del pagaré por incumplimiento del deudor hipotecario.
loss under its insurance of payment of the note by reason of any default by the mortgagor.————

En todo tiempo cuando el pagaré sea poseído por el prestamista asegurado, el
At all times when the note is held by an insured lender, the

deudor hipotecario continuará haciendo los pagos contra dicho pagaré al acreedor
mortgagor shall continue to make payments on the note to the mortgagee,————

hipotecario como agente cobrador del tenedor del mismo.——————————————
as collection agent for the holder.————

(Dos) A pagar al acreedor hipotecario una cuota inicial por inspección y tasación
(Two) To pay to the Mortgagee any initial fees for inspection and appraisal

y cualquier cargo por delincuencia requerido en el present o en el futuro por los
and any deliquency charges, now or hereafter required by————

reglamentos de la Administración de Hogares de Agricultores.————————————
regulations of the Farmer's Home Administration.————

(Tres) En todo tiempo cuando el pagaré sea poseído por un prestamista asegu-
(Three) At all times when the note is held by an insured lender,

rado, cualquier suma adeudada y no pagada bajo los términos del pagaré, menos
any amount due and unpaid under the terms of the note, less————

la cantidad o carga anual, podrá ser pagada por el acreedor hipotecario al tenedor
the amount of the annual charge, may be paid by the mortgagee to the holder

del pagaré bajo los términos provistos en el pagaré y en el endoso de seguro referido
of the note to the extent provided in the insurance endorsement

en el párrafo CUARTO anterior por cuenta del deudor hipotecario.————————
referred to in paragraph FOURTH hereof for the account of the mortgagor.————

Cualquier suma vencida y no pagada bajo los términos del pagaré, sea éste poseído
Any amount due and unpaid under the terms of the note, whether it is held

por el acreedor hipotecario o por el prestamista asegurado, podrá ser acreditada
by the mortgagee or by an insured lender, may be credited————

por el acreedor hipotecario al pagaré y en su consecuencia constituirá un adelanto
by the mortgagee on the note and thereupon shall constitute an advance————

por el acreedor hipotecario por cuenta del deudor hipotecario.————————————
by the mortgagee for the account of the mortgagor.————

Cualquier adelanto por el acreedor hipotecario tal como se describe en este sub-
Any advance by the mortgagee as described in this————

párrafo devengará intereses a razón del   CINCO Y UN CUARTO——————————
subparagraph shall bear interest at the rate of

———————————————————   por ciento (   5.25 o/o)——————————
                                        per cent  (         o/o)————

anual a partir de la fecha en que venció el pago hasta la fecha en que el deudor
per annum from the date on which the amount of the advance was due to the date of payment

hipotecario lo satisfaga.——————————————————————————————
to the mortgagee.————

(Cuatro) Fuere o no el pagaré asegurado por el acreedor hipotecario cualquier
(Four) Whether or not the note is insured by the mortgagee, any————

o todo adelanto hecho por el acreedor hipotecario para primas de seguro sobre
and all amount advanced by the mortgagee for property insurance premiums

raciones, gravámenes u otra reclamación en protección de los bienes hipoteca-
liens and other claims, for the protection of the mortgaged property,————

dos o para contribuciones o impuestos u otro gasto similar por razón de haber
or for taxes or assessments or other similar charges by reason of the————

Forma FmHA 427-1PR
( 10-82 )

el deudor hipotecario dejado de pagar por los mismos, devengará intereses a razón
mortgagor's failure to pay the same, shall bear interest at the rate———————

del tipo estipulado en el subpárrafo anterior desde la fecha de dichos adelantos
stated in the next preceding subparagraph from the date of the advance———————

hasta que los mismos sean satisfechos por el deudor hipotecario.———————
until repaid to the mortgagee.

(Cinco) Todo adelanto hecho por el acreedor hipotecario descrito en esta hipo-
(Five) All advances made by mortgagee as described in this mortgage,———————

teca con sus intereses vencerá inmediatamente y será pagadero por el deudor hipo-
with interest, shall be immediately due and payable by the mortgagor———————

tecario al acreedor hipotecario sin necesidad de requerimiento alguno en el sitio
to mortgagee without demand at the———————

designado en el pagaré y será garantizado por la presente hipoteca. Ningún adelanto
place designated in the note and shall be guaranteed hereby. No such advance———————

hecho por el acreedor hipotecario no relevará al deudor hipotecario de su obligación
by mortgagee shall relieve the mortgagor from breach of his covenant———————

del convenio de pagar. Dichos adelantos, con sus intereses, se reembolsarán de los
to pay. Such advances, with interest shall be repaid from the———————

primeros pagos recibidos del deudor hipotecario. Si no hubieren adelantos, todo
first available collections received from mortgagor. Otherwise, any payments———————

pago verificado por el deudor hipotecario podrá ser aplicado al pagaré o a cualquier
payment made by mortgagor may be applied on the note or any———————

otra deuda del deudor hipotecario aquí garantizada en el orden que el acreedor
indebtedness to mortgagee secured hereby, in any order mortgagee———————

hipotecario determinare.———————
determines.

(Seis) Usar el importe del préstamo evidenciado por el pagaré únicamente para
(Six) To use the loan evidenced by the note solely———————

los propósitos autorizados por el acreedor hipotecario.———————
for purposes authorized by mortgagee.———————

(Siete) A pagar a su vencimiento las contribuciones, impuestos especiales, gravá-
(Seven) To pay when due all taxes, special assessments, liens———————

menes y cargas que graven los bienes o los derechos o intereses del deudor hipo-
and charges encumbering the property or the right or interest of mortgagee———————

tecario bajo los términos de esta hipoteca.———————
under the terms of this mortgage.———————

(Ocho) Obtener y mantener seguro contra incendio y otros riesgos según requie-
(Eight) To procure and maintain insurance against fire and other hazards as required———————

ra el acreedor hipotecario sobre los edificios y las mejoras existentes en los bie-
by mortgagee on all existing buildings and improvements on the pro-———————

nes o cualquier otra mejora introducida en el futuro. El seguro contra fuego y
perty and on any buildings and improvements put there on in the future. The insurance against

otros riesgos serán en la forma y por las cantidades, términos y condiciones que
fire and other hazards will be in the form and amount and on terms and conditions———

aprobare el acreedor hipotecario.———————
approved by mortgagee.———————

(Nueve) Conservar los bienes en buenas condiciones y prontamente verificar la
(Nine) To keep the property in good condition and promptly make———————

reparaciones necesarias para la conservación de los bienes; no incurrirá en per-
necessary repairs for the conservation of the property; he will not commit nor———————

mitirá que se cometa ningún deterioro de los bienes; ni removerá ni demolerá
permit to be committed any deterioration of the property; he will not remove nor demolish



Forma FmHA 427-1PR
( 10-82 )

ningún edificio o mejora en los bienes, ni cortará ni removerá madera de la finca,
any building or improvement on the property; nor will he cut or remove wood from the farm

ni removerá ni permitirá que se remueva grava, arena, aceite, gas, carbón u otros
nor remove nor permit to be removed gravel, sand, oil, gas, coal, or other

minerales sin el consentimiento del acreedor hipotecario y prontamente llevará
minerals without the consent of mortgagee, and will promptly carry out

a efecto las reparaciones en los bienes que el acreedor hipotecario requiera de tiempo
the repairs on the property that the mortgagee may request from time

en tiempo. El deudor hipotecario cumplirá con aquellas prácticas de conservación
to time. Mortgagor shall comply with such farm conservation practices

de suelo y los planes de la finca y del hogar que el acreedor hipotecario de tiempo en
and farm and home management plans as mortgagee from time to

tiempo pueda prescribir.
time may prescribe.

(Diez) Si esta hipoteca se otorga para un préstamo a dueño de finca según se iden-
(Ten) If this mortgage is given for a loan to a farm owner as identified

tifica en los reglamentos de la Administración de Hogares de Agricultores, el deudor
in the regulations of the Farmers Home Administration, mortgagor

hipotecario personalmente operará los bienes por sí y por medio de su familia como
will personally operate the property with his own and his family labor as a farm and for no other

una finca y para ningún otro propósito y no arrendará la finca ni parte de ella a
purpose and will not lease the farm or any part of it

menos que el acreedor hipotecario consienta por escrito en otro método de opera-
unless mortgagee agrees in writing to any other method of operation

ción o al arrendamiento.
or lease.

(Once) Someterá en la forma y manera que el acreedor hipotecario requiera la
(Eleven) To submit in the form and manner mortgagee may require,

información de sus ingresos y gastos y cualquier otra información relacionada con
information as to his income and expenses and any other information in regard to the

la operación de los bienes y cumplirá con todas las leyes, ordenanzas y reglamentos
operation of the property, and to comply with all laws, ordinances, and regulations

que afecten los bienes o su uso.
affecting the property or its use.

(Doce) El acreedor hipotecario, sus agentes y abogados, tendrán en todo tiempo el
(Twelve) Mortgagee, its agents and attorneys, shall have the right at all reasonable times

derecho de inspeccionar y examinar los bienes con el fin de determinar si la garantía
to inspect and examine the property for the purpose of ascertaining  whether or not

otorgada está siendo mermada o deteriorada y si dicho examen o inspección deter-
the security given is being lessened or impaired, and if such inspection or examination shall

minare, a juicio del acreedor hipotecario, que la garantía otorgada está siendo mermada o
disclose, in the judgment of mortgagee, that the security given is being lessened

mada o deteriorada, tal condición se considerará como una violación por parte del
or impaired, such condition shall be deemed a breach by the

deudor hipotecario de los convenios de esta hipoteca.
mortgagor of the covenants of this mortgage.

(Trece) Si cualquier otra persona detentare con o impugnare el derecho de posesión
(Thirteen) If any other person interferes with or contests the right of possession

del deudor hipotecario a los bienes, el deudor hipotecario inmediatamente notificará
of the mortgagor to the property, the mortgagor will immediately notify

al acreedor hipotecario de dicha acción y el acreedor hipotecario, a su opción,
mortgagee of such action, and mortgagee at its option

Forma FmHA 427–1PR
( 10–82 )

podrá instituir aquellos procedimientos que fueren necesarios en defensa de sus
may institute the necessary proceedings in defense of its————————————————

intereses y los gastos y desembolsos incurrido por el acreedor hipotecario en dichos
interest, and any costs or expenditures incurred by mortgagee by said————————

procedimientos, serán cargados a la deuda del deudor hipotecario y se considerarán
proceedings will be charged to the mortgage debt and considered————————————

garantizados por esta hipoteca dentro del crédito adicional de la cláusula hipotecaria
By this mortgage within the additional credit of the mortgage clause————————————

para adelantos, gastos y otros pagos.————————————————————————
for advances, expenditures and other payments.————————————————————

(Catorce) Si el deudor hipotecario en cualquier tiempo mientras estuviere vigente
(Fourteen) If the mortgagor at any time while this mortgage remains in effect————

esta hipoteca, abandonare los bienes o voluntariamente se los entregase al acree-
should abandon the property or voluntarily deliver it to mortgage,————————————

dor hipotecario, el acreedor hipotecario es por la presente autorizado y con pode-
mortgagee is hereby authorized and empowered————————————————————

res para tomar posesión de los bienes, arrendarlos y administrar los bienes y cobrar
to take possession of the property, to rent and administer the same and collect————

sus rentas, beneficios e ingresos de los mismos y aplicarlos en primer término a los
the rents, benefits, and income from the same and apply them first to the————————

gastos de cobro y administración y en segundo término al pago de la deuda eviden-
costs of collection and administration and secondly to the payment of the debt evidenced——

ciada por el pagaré o cualquier otra deuda del deudor hipotecario y aquí garantizada,
by the note or any indebtedness to mortgagee hereby guaranteed,————————————

en el orden y manera que el acreedor hipotecario determinare.————————————
in what ever order and manner mortgagee may determine.————————————————

(Quince) En cualquier tiempo que el acreedor hipotecario determinare que el deudor
(Fifteen) At any time that mortgagee determines that mortgagor————————————

hipotecario puede obtener un préstamo de una asociación de crédito para produc-
may be able to obtain a loan from a credit association for production————————————

ción, de un Banco Federal u otra fuente responsable, cooperativa o privada, a un
a Federal Bank or other responsible source, cooperative or private, at a————————

tipo de interés y términos razonables para préstamos por tiempo y propósitos
rate of interest and reasonable periods of time and purposes,————————————————

similares, el deudor hipotecario, a requerimiento del acreedor hipotecario, solicitará
mortgagor, at mortgagee's request will apply for and accept————————————————

y aceptará dicho préstamo en cantidad suficiente para pagar por las acciones nece-
said loan in sufficient amount to pay the note and any other indebtedness secured hereby and to

sarias en la agencia cooperativa en relación con dicho préstamo.————————————
purchase any necessary shares of stock in the cooperative agency in regard to said loan.————

(Dieciseis) El incumplimiento de cualesquiera de las obligaciones garantizadas
(Sixteen) Should default occur in the performance or discharge of any obligation secured——

por esta hipoteca, o si el deudor hipotecario o cualquier otra persona incluída como
by this mortgage, or should mortgagor, or any one of the persons herein called————

deudor hipotecario faltare en el pago de cualquier cantidad o violare o no cumpliere
mortgagor, default in the payment of any amounts or violate or fail to comply——————

con cualquier cláusula, condición, estipulación o convenio o acuerdo aquí contenido
with any clause, condition, stipulation, covenant, or agreement contained herein————

o en cualquier convenio suplementario, o falleciere o se declarare o fuere declarado
or in any supplementary agreement, or die or be declared an——————————————

incompetente, en quiebra, insolvente o hiciere una cesión en beneficio de sus
incompetent, a bankrupt, or an insolvent, or make an assignment for the benefit of his——

- 8 -

Forma FmHA 427–1PR
( 10–82 )

dores, o los bienes o parte de ellos o cualquier interés en los mismos fueren cedidos,
creditors, or should the property or any part thereof or interest therein be assigned,

vendidos, arrendados, transferidos o gravados voluntariamente o de otro modo,
sold, leased, transferred, conveyed, or encumbered, voluntarily or otherwise,

sin el consentimiento por escrito del acreedor hipotecario, el acreedor hipotecario es
without the written consent of mortgagee, mortgagee is

irrevocablemente autorizado y con poderes, a su opción y sin notificación: (Uno) a
irrevocably authorized and empowered, at its option, and without notice: (One) to

declarar toda deuda no pagada bajo los términos del pagaré o cualquier otra deuda
declare all amounts unpaid under the note, and any indebtedness

al acreedor hipotecario aquí garantizada, inmediatamente vencida y pagadera y
to the mortgagee secured hereby, immediately due and payable and

proceder a su ejecución de acuerdo con la ley y los términos de la misma; (Dos)
to foreclose this mortgage in accordance with law and the provisions hereof; (Two)

incurrir y pagar los gastos razonables para la reparación o mantenimiento de los
to incur and pay reasonable expenses for the repair and maintenance of the

bienes y cualquier gasto u obligación que el deudor hipotecario no pagó según se
property and any expenses and obligations that mortgagor did not pay as

conviniere en esta hipoteca, incluyendo las contribuciones, impuestos, prima de
agreed in this mortgage, including taxes, assessments, insurance premium,

seguro y cualquier otro pago o gasto para la protección y conservación de los bienes
and any other expenses or costs for the protection and preservation of the property

y de esta hipoteca o incumplimiento de cualquier precepto de esta hipoteca y (Tres)
and this mortgage, or for compliance with any of the provisions of this mortgage; and (Three)

de solicitar la protección de la ley.
request the protection of the law.

(Diecisiete) El deudor hipotecario pagará o reembolsará al acreedor hipotecario
(Seventeen) Mortgagor will pay, or reimburse mortgagee

todos los gastos necesarios para el fiel cumplimiento de los convenios y acuerdos
for all necessary expenses for the fulfillment of the covenants and agreements

de esta hipoteca, los del pagaré y en cualquier otro convenio suplementario, in-
of this mortgage and of the note and of any supplementary agreement, including

cluyendo los gastos de mensura, evidencia de título, costas, inscripción y hono-
the costs of survey, evidence of title, court costs, recordation fee and

rarios de abogado.
attorney's fees.

(Dieciocho) Sin afectar en forma alguna los derechos del acreedor a requerir y
(Eighteen) Without in any manner affecting the right of the mortgagee to require and

hacer cumplir en una fecha subsiguiente a los mismos los convenios, acuerdos u
enforce performance at a subsequent date of the same, similar or other covenant, agreement

obligaciones aquí contenidos o similares u otros convenios, y sin afectar la respon-
obligation herein set forth, and without affecting the liability

sabilidad de cualquier persona para el pago del pagaré o cualquier otra deuda aquí
of any person for payment of the note or any indebtedness

garantizada y sin afectar el gravámen impuesto sobre los bienes o la prioridad
secured hereby, and without affecting the lien created upon said property, or the priority

gravámen, el acreedor hipotecario es por la presente autorizado y con poder
said lien, the mortgagee is hereby authorized and empowered to

cualquier tiempo (Uno) renunciar el cumplimiento de cualquier convenio u obli-
any time (one) waive the performance of any covenant or obligation

gación aquí contenida o en el pagaré o en cualquier convenio suplementario (Dos)
contained herein or in the note or any supplementary agreement; (two)

Forma FmHA 427–1PR
( 10–82 )

negociar con el deudor hipotecario o conceder al deudor hipotecario cualquier
deal in any way with mortgagor or grant to mortgagor any————————————————

indulgencia o tolerancia o extensión de tiempo para el pago del pagaré (con el
indulgence or forbearance or extension of the time for payment of the note (with the——

consentimiento del tenedor de dicho pagaré cuando esté en manos de un presta-
consent of the holder of the note when it is held by————————————————

mista asegurado) o para el pago de cualquier deuda a favor del acreedor hipoteca-
an insured lender) or for payment of any indebtedness to mortgagee——————————

rio, y aquí garantizada; o (Tres) otorgar y entregar cancelaciones parciales de cual-
hereby secured; or (three) execute and deliver partial releases of any————————

quier parte de los bienes de la hipoteca aquí constituida u otorgar diferimiento o
part of said property from the lien hereby created or grant deferment or————————

postergación de esta hipoteca a favor de cualquier otro gravámen constituído sobre
postponement of this mortgage to any other lien over—————————————————

dichos bienes.————————————————————————————————————
said property.——————————————————————————————————

(Diecinueve) Todos los derechos, título e interés en y sobre la presente hipoteca,
(Nineteen) All right, title and interest in or to this mortgage,————————————

incluyendo pero no limitando el poder de otorgar consentimientos, cancelaciones
including but not limited to the power to grant consents, partial releases,————————

parciales, subordinación, cancelación total, radica sola y exclusivamente en el
subordinations, and satisfaction, shall be vested solely and exclusively in————————

acreedor hipotecario y ningún prestamista asegurado tendrá derecho, título o in-
mortgagee, and no insured lender shall have any right, title or interest——————————

terés alguno en o sobre el gravámen y los beneficios aquí contenidos.————————
in or to the lien or any benefits herein contained.——————————————————

(Veinte) El incumplimiento de esta hipoteca constituirá incumplimiento de cuales-
(Twenty) Default hereunder shall constitute default under any——————————————

quiera otra hipoteca, préstamo refaccionario, o hipoteca de bienes muebles poseída
other real estate or crop or chattel mortgage held—————————————————

o asegurada por el acreedor hipotecario y otorgada o asumida por el deudor hipo-
or insured by mortgagee and executed or assumed by mortgagor,————————————

tecario; y el incumplimiento de cualesquiera de dichos instrumentos de garantía
and default under any such other security instrument shall—————————————

constituirá incumplimiento de esta hipoteca.————————————————————
constitute default hereunder.——————————————————————————

(Veintiuno) Todo aviso que haya de darse bajo los términos de esta hipoteca será
(Twenty-One) All notices to be given under this mortgage shall———————————

remitido por correo certificado a menos que se disponga lo contrario por ley, y
be sent by certified mail unless otherwise required by law,—————————————

será dirigido hasta tanto otra dirección sea designada en un aviso dado al efecto,
and shall be addressed until some other address is designated in a notice so given,————

en el caso del acreedor hipotecario a Administración de Hogares Agricultores del
in the case of mortgagee to Farmers Home Administration,—————————————

Departamento de Agricultura de Estados Unidos, San Juan, Puerto Rico, y en el
United States Department of Agriculture, San Juan, Puerto Rico, and in the——————

caso del deudor hipotecario, a él a la dirección postal de su residencia según
case of mortgagor to him at the post office address of his residence as stated————

especifica más adelante.————————————————————————————
hereinafter.——————————————————————————————————

(Veintidos) El deudor hipotecario por la presente cede al acreedor hipotecario
(Twenty-Two) Mortgagor by these presents grants to mortgagee————————————

Forma FmHA 427-1PR
( 10-82 )

el importe de cualquier sentencia obtenido por expropiación forzosa para uso
the amount of any judgment obtained by reason of condemnation proceedings for public——————

público de los bienes o parte de ellos así como también el importe de la sentencia
use of the property or any part thereof as well as the amount of any judgment——————————

por daños causados a los bienes. El acreedor hipotecario aplicará el importe así
for damages caused to the property. The mortgage will apply the amount so——————————

recibido al pago de los gastos en que incurriere en su cobro y el balance al pago del
received to the payment of costs incurred in its collection and the balance to the payment——————

pagaré y cualquier cantidad adeudada al acreedor hipotecario garantizada por esta
of the note and any indebtedness to the mortgagee secured by this——————————

hipoteca, y si hubiere algún sobrante, se reembolsará al deudor hipotecario.——————
mortgage, and if any amount then remains, will pay such amount to mortgagor.——————

SEPTIMO: Para que sirva de tipo a la primera subasta que deberá celebrarse en caso
SEVENTH: That for the purpose of the first sale to be held in case——————————

de ejecución de esta hipoteca, de conformidad con la ley hipotecaria, según enmen-
of foreclosure of this mortgage, in conformity with the mortgage law, as amended,——————

dada, el deudor hipotecario por la presenta tasa los bienes hipotecados en la suma
mortgagor does hereby appraise the mortgaged property in the amount——————————

de      TREINTA Y OCHO MIL DOLARES ($38,000.00)...........
of      ————————————————————————————————————————————————————

OCTAVO: El deudor hipotecario por la presente renuncia al trámite de requeri-
EIGHTH: Mortgagor hereby waives the requirement of law and agrees to be——————————

miento y se considerará en mora sin necesidad de notificación alguna por parte
considered in default without the necessity of any notification of default or demand for pay-

del acreedor hipotecario. Esta hipoteca está sujeta a los reglamentos de la Ad-
ment on the part of mortgagee. This mortgage is subject to the rules and regulations of the——

ministración de Hogares de Agricultores ahora en vigor y a futuros reglamentos,
Farmers Home Administration now in effect, and to its future regulations——————————

no inconsistentes con los términos de esta hipoteca, así como también sujeta a
not inconsistent with the provisions of this mortgage, as well as to the——————————

las leyes del Congreso de Estados Unidos de America que autorizan la asignación
laws of the Congress of the United States of America authorizing the making and——————————

y aseguramiento del préstamo antes mencionado.——————————————————————
insuring of the loan hereinbefore mentioned.——————————————————————

NOVENO: Las cantidades garantizadas por esta hipoteca son las siguientes:——————
NINTH: The amounts guaranteed by this mortgage are as follows:——————————

Una. En todo tiempo cuando el pagaré relacionado en el párrafo TERCERO de
One. At all times when the note mentioned in paragraph THIRD of——————————

esta hipoteca sea poseído por el acreedor hipotecario o en caso que el acreedor
this mortgage is held by mortgagee, or in the event mortgagee——————————

hipotecario cediere esta hipoteca sin asegurar el pagaré:  TREINTA Y OCHO MIL
should assign this mortgage without insurance of the note,   DOLARES ($38,000.00)

D-————————————————————————————————————————

el principal de dicho pagaré, con sus intereses según estipulados y razón dolar
the principal amount of said note, together with interest as stipulated thereon at the rate of

CINCO Y UN CUARTO————————————  por ciento (        )  annual;
                                     per cent  (        )  annum;

Forma FmHA 427–1PR
( 10–82 )

Dos. En todo tiempo cuando el pagaré es poseído por un prestamista asegurado:
Two. At all times when said note is held by an insured lender:

(A)   TREINTA Y OCHO MIL---------------------------------
(A)

----------------------------- DOLARES ($38,000.00      )
                              DOLLARS   ($

para indemnizar al acreedor hipotecario por adelantos al prestamista asegurado
for indemnifying the mortgagee for advances to the insured lender-------------

por motivo del incumplimiento del deudor hipotecario de pagar los plazos según
by reason of mortgagor's failure to pay the installments as------------------

se especifica en el pagaré, con intereses según se especifica en el párrafo SEXTO,
specified in the note, with interest as stated in paragraph SIXTH,------------

Tercero;-------------------------------------------------
Three;-----------------------------------------------------

(B)  CINCUENTA Y SIETE MIL--------------------------------
(B)

----------------------------- DOLARES ($57,000.00       )
                              DOLLARS   ($

para indemnizar al acreedor hipotecario además contra cualquier pérdida que pueda
for indemnifying the mortgagee further against any loss it might---------------

sufrir bajo su seguro de pago del pagaré.---------------------------
sustain under its insurance of payment of the note;-------------------

Tres. En cualquier caso y en todo tiempo;---------------------------
Three. In any event and at all times whatsoever;----------------------

(A)  QUINCE MIL DOSCIENTOS---------------------------------
(A)

($ 15,200.00           ) para intereses después de mora;---------------
($                     ) for default interest;----------------------

(B)  SIETE MIL SEISCIENTOS---------------------------------
(B)

($  $7,600.00          ) para contribuciones, seguro y otros adelantos para la con-
($                     ) for taxes, insurance and other advances for the preservation----

servación y protección de esta hipoteca, con intereses al tipo estipulado en el párrafo
and protection of this mortgage, with interest at the rate stated in paragraph----------

SEXTO, Tercero;-------------------------------------------
SIXTH, Three;--------------------------------------------

(C)   TRES MIL OCHOCIENTOS---------------------------------
(C)

($  3,800.00           ) para costas, gastos y honorarios de abogado en caso
($                     ) for costs, expenses and attorney's fees in case-------

de  ejecución;--------------------------------------------
of   foreclosure;---------------------------------------

(D)   TRES MIL OCHOCIENTOS=================================
(D)

($   3,800.00          ) para costas y gastos que incurriere el acreedor hipoteca-
($                     ) for costs and expenditures incurred by the mortgage in------

rio en procedimientos para defender sus intereses en cualquier personaque inter-
proceedings to defend its interests against any other person having with----

venga o impugne el derecho de posesión del deudor hipotecario a los bienes según
or contesting the right of possession of mortgagor to the property as-----------

se consigna en el párrafo SEXTO, Trece.----------------------------
provided in paragraph (SIXTH, Thirteen.----------------------------

Forma FmHA 427–1PR
( 10–82 )

**DECIMO:** Que el (los) pagaré(s) a que se hace referencia en el párrafo TERCERO
TENTH: That the note(s) referred to in paragraph THIRD

de esta hipoteca es (son) descrito(s) como sigue:
of this mortgage is(are) described as follows:

"Pagaré otorgado en el caso número    Sesenta y Tres-Quince-Ciento-
"Promissory note executed in case number

Noventa y Nueve-Veintiseis-Tres Cuatro Siete Nueve
(63-15-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-Y                  fechado el día    diez y
                                      dated the

ocho de julio
                de                    de mil novecientos
                day of                            nineteen hundred and

ochenta y cuatro        por la suma de    TREINTA Y OCHO MIL
                        in the amount of

dólares de principal más
                                                      of principal plus

intereses sobre el balance del principal adeudado a razón del    CINCO Y UN CUAR-
interest over the unpaid balance at the rate of

TO                                    ( 5.25%   ) por ciento anual,
                                                ) percent per annum,

hasta tanto su principal sea totalmente satisfecho según los términos, plazos, condi-
until the principal is totally paid according to the terms, installments,

ciones y estipulaciones contenida en dicho pagaré y según acordados y convenidos
conditions and stipulation contained in the promissory note and as agreed

entre el Prestatario y el Gobierno; excepto el pago final del total de la deuda aquí
between the borrower and the Government, except that the final installment of the

representida, de no haber sido satisfecho con anterioridad, vencerá y sera pagadero
entire debt herein evidenced, if not sooner paid, will be due

a los   CUARENTA (40)
and payable

años de la fecha de este pagaré.
years from the date of this promissory note.

Dicho pagaré ha sido otorgado como evidencia de un préstamo concedido por el
Said promissory note is given as evidence of a loan made by the

Gobierno al Prestatario de conformidad con la Ley del Congreso de los Estados
Government to the borrower pursuant to the law of the Congress of the United

Unidos de América denominada "Consolidated Farm and Rural Development Act
States of America known as "Consolidated Farm and Rural Development Act

of 1961" o de conformidad con el "Title V of the Housing Act of 1949", según
of 1961" or pursuant to "Title V of the Housing Act of 1949, as

han sido enmendadas y está sujeto a los presentes reglamentos de la Administración
amended, and is subject to the present regulations of the Farmers

de Hogares de Agricultores y a los futuros reglamentos no inconsistentes con dicha
Home Administration and to its future regulations not inconsistent with the

Ley. De cuya descripción, yo, el Notario Autorizante, DOY FE.
express provision thereof. Of which description I, the authorizing Notary, GIVE FAITH.

**UNDECIMO:** Que la propiedad objeto de la presente escritura y sobre la que se
ELEVENTH: That the property object of this deed and on which

constituye Hipoteca Voluntaria, se describe como sigue:
voluntary mortgage is constituted, is described as follows:

Forma FmHA 427–1PR
(10–82)

"RUSTICA:-Situada en el Barrio Las Palmas del término municipal de Utuado, Puerto Rico, compuesta de------ TREINTISEIS CUERDAS CON TRES MIL DOSCIENTOS SESENTI- OCHO DIEZ MILESIMAS DE CURA, equivalentes a catorce- hectáreas, veintisiete áreas, setentiocho centiáreas- y ochentisiete milésimas, en LINDES:-por el Norte,--- Ricardo Matos Rodríguez; Este, Luis Díaz Carreras y- terrenos de Fernando A. Saivá Matos; Sur, Fernando-- Batiste Rivera, los predios disgregados bajo las---- letras "A" y "B" y con terrenos de Fernando A. Savá- léxaz Saivá Matos; y por el Oeste, Cuabrada Batelles.-

-----Inscrita al folio ciento setenta y nueve (179) vto. del tomo trescientos treinta (330) de Utuado, fin- número trescientos cuarenta y ocho (348).-----------

================================================================

----------------------------------------------------------------

----------------------------------------------------------------

----------------------------------------------------------------

**Adquirió el prestatario la descrita finca por compra a**
Borrower acquired the described property by purchase from

----------------------------------------------------------------

**según consta de la Escritura Número** Ochenta y Nueve (89)----------
pursuant to Deed Number

**de fecha** diez y ocho de julio de mil novecientos ochenta
dated
y cuatro-----------------------------------------------------------

**otorgada en la ciudad de** I Utuado, Puerto Rico-----------------
executed in the city of

**ante el Notario** Miguel Torres Maldonado.-----------------------
before Notary

**Dicha propiedad se encuentra** libre de cargas y gravámenes.-----
Said property is

----------------------------------------------------------------

----------------------------------------------------------------

----------------------------------------------------------------

**DUODECIMO: Que comparecen en la presente escritura como Deudores Hipote-**
TWELFTH: The parties appearing in the present deed as Mortgagors --------

**carios** los esposos JESUS MONTERO CHANZA Y JOSEFA RAMIREZ
are
RIOS, mayores de edad, propietarios y vecinos de----
Utuado, Puerto Rico,-----------------------------------------

**cuya dirección postal es:** Avenida Estéves Do
whose postal address is:
Cinco (285) Utuado, Puerto Rico,
seis, uno (00761).------------------

**DECIMO TERCERO: El importe del préstamo aquí consignado** se hizo o será usado
THIRTEENTH: The proceeds of the loan herein guaranteed was used or will be used-----

Forma FmHA 427–1PR
( 10–82 )

para fines agrícolas y la construcción y/o reparación y/o mejoras de las instalaciones
for agricultural purposes and the construction and/or repair or improvement of the physical——

físicas en la finca(s) descrita(s).———————————————————————
installations on the described farm(s).———————————————————————

**DECIMO CUARTO:** El prestatario ocupará personalmente y usará cualquier estruc-
**FOURTEENTH:** The borrower will personally occupy and use any structure——

tura que haya sido construída, mejorada o comprada con el importe del préstamo
constructed, improved or purchased with the proceeds of the loan——

aquí garantizado y no arrendará o usará para otros fines dicha estructura a menos
herein guaranteed and shall not lease or use for other purposes said structure unless——

que el Gobierno lo consienta por escrito. La violación de esta clausula como la
the Government so consents in writing. Violation of this clause as well as——

violación de cualquiera otro convenio o cláusula aquí contenida ocasionará el
violation of any other agreement or clause herein contained will cause——

vencimiento de la obligación como si todo el término hubiese transcurrido y en
the debt to become due as if the whole term had elapsed and the——

aptitud el Gobierno de declarar vencido o pagadero el préstamo y proceder a la
Government at its option may declare due and payable the loan and proceed to——

ejecución de la hipoteca.———————————————————————
the foreclosure of the mortgage.———————————————————————

**DECIMO QUINTO:** Esta hipoteca se extiende expresamente a toda construcción——
**FIFTEENTH:** This mortgage expressly extends to all construction——

o edificación existente en la(s) finca(s) antes descrita(s) y a toda mejora, construc-
or building existing on the farm(s) hereinbefore described and all improvement,——

ción o edificación que se construya en dicha finca(s) durante le vigencia del prés-
construction or building constructed on said farm(s) while the——

tamo hipotecario constituido a favor del Gobierno, verificada por los actuales
mortgage loan constituted in favor of the Government is in effect, made by the present——

dueños deudores o por sus cesionarios o causahabientes.———————————
owners or by their assignees or successors.———————————

**DECIMO SEXTO:** El deudor hipotecario por la presente renuncia mancomunada
**SIXTEENTH:** The mortgagor by these presents hereby waives jointly and——

y solidariamente por sí y a nombre de sus herederos causahabientes, sucesores o
severally for himself and on behalf of his heirs, assignees, successors or——

representantes a favor del acreedor (ADministración de Hogares de Agricultores),
representatives, in favor of mortgagee (Farmers Home Administration)——

cualquier derecho de Hogar Seguro (Homestead) que en el present o en el futuro
any Homestead right (Homestead) that presently or in the future——

pudiera tener en la propiedad descrita en el párrafo undécimo y en los edificios
he may have in the property described in paragraph eleventh and in the buildings——

allí enclavados o que en el futuro fueran construídos; renuncia esta permitida
thereon or which in the future may be constructed; this waiver being permitted——

a favor de la Administración de Hogares de Agricultores por la Ley Número trece
in favor of the Farmers Home Administration by Law Number thirteen——

(13) del veintiocho (28) de mayo de mil novecientos sesenta y nueva (1969) (31
(13) of the twenty-eights of May, nineteen hundred sixty-nine (1969) (31——

L.P.R.A. 1851)———————————————————————
L.P.R.A. 1851).———————————————————————

**DECIMO SEPTIMO:** El acreedor y el deudor hipotecario convienen en que cual-
**SEVENTEENTH:** Mortgagee and mortgagor agree that any——

quier estufa, horno, calentador comprado o financiado total o parcialmente con
stove, oven, water heater, purchased or financed completely or partially with——



15

Forma FmHA 427–1PR
( 10–82 )

fondos del préstamo aquí garantizado, se considerará e interpretará como parte
funds of the loan herein guaranteed, will be considered and understood to form part—————

de la propiedad gravada por esta Hipoteca.——————————————————————————
of the property encumbered by this Mortgage.————————————————————————————

DECIMO OCTAVO: El deudor hipotecario se compromete y se obliga a mudarse
EIGHTEENTH: The mortgagor agrees and obligates himself to move————————

y a ocupar la propiedad objeto de esta escritura dentro de los próximos sesenta
and occupy the property object of this deed within the following sixty——————————

días a partir de la fecha de la inspección final; y en caso de circunstancias impre-
days from the date of final inspection, and in the event of unforeseen circumstances———

vistas fuera del control del deudor hipotecario que le impidiera mudarse, éste lo
beyond his control which would impede him to do so, he will————————————————

notificará por escrito al Supervisor Local.——————————————————————————
notify it in writing to the County Supervisor.————————————————————————————

DECIMO NOVENO: Toda mejora, construcción o edificación que se construya
NINETEENTH: All improvement, construction or building constructed——————————

en dicha finca durante la vigencia antes mencionada deberá ser construída previa-
on said farm(s) during the term hereinbefore referred to, must be made with the previous———

autorización por escrito del acreedor hipotecario conforme a los reglamentos pre-
consent in writing of mortgagee in accordance with present regulations———————————

sentes y aquellos futuros que se promulgaren de acuerdo a las leyes federales y
or future ones that may be promulgated pursuant to the federal and————————————

locales no inconsistentes o incompatibles con las leyes actuales que gobiernan
local laws not inconsistent or incompatible with the present laws which govern———————

estos tipos de préstamos.————————————————————————————————————
these types of loans.—————————————————————————————————————————

VIGESIMO: Este instrumento garantiza asímismo el rescate o recuperación de
TWENTIETH: This instrument also secures the recapture of————————————————

cualquier crédito por intereses o subsidio que pueda otorgarse a los prestatarios
any interest credit or subsidy which may be granted to the borrower(s) by the——————

por el Gobierno de acuerdo con las disposiciones del Título Cuarentidos del Código
Government pursuant to Forty-Two————————————————————————————————

de Estados Unidos Sección Mil Cuatrocientos Noventa - a (42 U.S.C. 1490a)————
U.S.C. Fourteen Ninety-a (42 U.S.C. 1490a)———————————————————————————

VIGESIMO PRIMERO:-El préstamo aquí garantizado será---
utilizado para la compra de la propiedad descrita en-
el Hecho Undécimo de esta escritura.-----------------
VIGESIMO SEGUNDO:-Por tratarse de un préstamo de recur-
sos limitados, según indicado en el Pagaré, el Gobierno
puede cambiar el por ciento de interés de acuerdo con-
los reglamentos de la Administración de Hogares de-----
Agricultores.-----------------------------------------

0-----------------------------------------------------

Forma FmHA 427–1PR
( 10–82 )



----------------------ACEPTACION--------------------
ACCEPTANCE

El (los) comparecientes ACEPTAN esta escritura en la forma redactada una vez
The appearing party (parties) ACCEPT(S) this deed in the manner drawn once-------------

yo, el Notario autorizante, le (les) hice las advertencias legales pertinentes.-------
I, the authorizing Notary, have made to him (them) the pertinent legal warnings.------------

Así lo dicen y otorgan ante mí, el Notario autorizante, el (los) compareciente(s)
So they say and execute before me, the authorizing Notary, the appearing party (parties)------

sin requerir la presencia de testigos después de renunciar su derecho a ello del que
without demanding the presence of witnesses after waiving his (their) right to do so of which

le(s)    advertí.-----------------------------------------------------------
I advised him (them).-------------------------------------------------------

Después de ser leída esta escritura por el (los) compareciente(s), se ratifica(n)
After this deed was read by the appearing party(parties) he (they) ratify its-----------

en su contenido, pone(n) sus iniciales en cada uno de los fólios de esta escritura
contents, place(s) his (their) initials on each of the folios of this deed--------------------

incluyendo el último y la firma(n) todos ante mí, el Notario autorizante, que DOY
including the last one, and all sign before me, the authorizing Notary who GIVES-----------

FE de todo el contenido de esta escritura.-----------------------------------
FAITH to everything contained in this deed.----------------------------------

--El compareciente don Jesús Montero Chanza es-------

también conocido como JESUS MARIA MONTERO SANCHEZ,---

siendo ambos la misma persona.  REPITO LA FE.---------

FIRMADO:-JESUS MONTERO CHANZA, conocido además como---
         JESUS MARIA MONTERO SANCHEZ.===================
FIRMADO:-JOSEFA RAMIREZ RIOS.------------------------------

Aparecen las iniciales de los otorgantes
y la rubrica del notario al margen ca-
da pagina. Firmado. Signado. Sellado y
rubricado por el notario que suscribe.
(Cancelados los correspondientes sellos de
Rentas Internas e Impuesto Notarial.

CERTIFICO: Que esta es primera copia fiel
y exacta de su original que queda
protocolizado bajo el número y folio
dos y para entregar a parte interesada
expido en la misma fecha de su otorga-
miento.

Notario Público

Inscrito al folio 180,
tomo 330 Ubicado
fca. #348, ins. 28ª
afecto a lo que comprende
este Documento. Ubicado a
17 Octubre 1984.
Sin Gravados

Don M de Figuer
Registrador



H. Rafael Dao
County Supervisor, FMHA
12-28-84

CERTIFICATION

1, Juan M. Ortiz Serbiá, of legal age, married, a resident of Guayama, Puerto Rico. In my official capacity as State Executive Director of the Farm Service Agency, U.S. Department of Agriculture, hereby declare under penalty of perjury that this is a true and exact copy of the original document which I have under my custody.

San Juan, Puerto Rico----------------------

JUAN M. ORTIZ SERBIA
State Executive Director

Registered on page 180 of volume 330 of Utuado farm #348, 28th registration.

Encumbered by the mortgage constituted hereunder.  Utuado, October 5, 1984

Exempt                                 (sgd.) Doris M. de Figueroa

                                                Registrar

OFFICIAL SEAL OF THE REAL ESTATE REGISTRY, UTUADO SECTION



DEED NUMBER ONE HUNDRED AND SIXTY-SEVEN
BARGAIN AND SALE AND MODIFICATION OF MORTGAGES

In the city of Utuado, Puerto Rico, on November twelve, nineteen hundred and ninety-six,

### IN MY PRESENCE

MIGUEL TORRES MALDONADO, Attorney and Public Notary of Puerto Rico, with residence and public offices in this city of Utuado, Puerto Rico,

### THERE NOW APPEAR

AS THE FIRST PARTY: The couple, WILLIAM SERRANO CHEVALIER and NILDA ESTHER TORRES ROSARIO, adults, property owners and residents of Utuado, Puerto Rico, Social Security Numbers

AS THE SECOND PARTY: UNITED STATES OF AMERICA, acting through the Farmers Home Administration, in conformance with the dispositions of the Congress laws known as "Consolidated Farmers Home Administration Act of 1961" and/or the Housing Act of 1949, as amended, with main offices in Washington, District of Columbia, United States of America, represented herein by Mr. JEAN PIERRE GIULIANI GIORGI, adult, married to Ilda Enid Rivera González, resident of Jayuya, Puerto Rico, whose capacity is established by the letter of delegation conferred by the Administrator of Farmers Home Administration, and whose credentials are duly accredited in the Registry of Property.

AS THE THIRD PARTY: The couple JOSE LUIS DE JESUS REYES and MILDRED NOEMI SERRANO TORRES, he an adult, [she] twenty years of age but independent through marriage, employed and residents of Utuado, Puerto Rico,  Social Security Numbers

I am personally acquainted with the parties and, through their statements, with their personal circumstances. They have, in my judgment, the necessary legal capacity for this execution, and thus, freely

### THEY DECLARE

FIRST: That those appearing as the first party are the unconditional owners of the following property:

RURAL: Farm located in the Barrio Las Palmas, in the municipality of Utuado, Puerto Rico, with a surface area of THIRTY-SIX TAPE MEASURE LENGTHS WITH THREE THOUSAND TWO HUNDRED AND SIXTY-EIGHT ten thousandths of another (36.3268), equivalent to fourteen hectares, twenty-seven ares, seventy-eight centiares and eighty-five miliares of land, with boundaries: to the North, with Ricardo Matos

Rodríguez; to the South, with Fernando Batista Rivera; the separated plots under the letters "A" and "B" and more land belonging to Fernando Salvá Matos; to the East, with Luis Díaz Carreras and land belonging to Fernando A. Salvá Matos and to the West, with the Batelles Stream."

Inscribed on page one hundred and eighty-one (181) of book three hundred and thirty (330) of Utuado, farm number three hundred and forty-eight (348).

SECOND: The first party acquired the aforementioned property through purchase pursuant to deed number nine (9) issued in Utuado, Puerto Rico, on January twenty, nineteen hundred and eighty-eight, before the undersigning Notary.

THIRD: The aforementioned property is subject to the following encumbrances:

a) Mortgage in favor of United States of America for the principal sum of Thirty-Eight Thousand Dollars ($38,000.00), signed on July ten, nineteen hundred and ninety before the Notary Miguel Torres Maldonado.
This obligation was modified pursuant to deed number ten (10), executed on January twenty, nineteen hundred and eighty-eight in the city of Utuado, Puerto Rico, before the Notary Miguel Torres Maldonado, to a new principal of Forty-Four Thousand Nine Hundred and Eighty-One Dollars and Sixty-Three Cents ($44,981.63), accruing interest at the annual rate of five percent (5%) and due in forty (40) years as of its modification.

b) Mortgage in favor of United States of America for the principal sum of Eleven Thousand Dollars ($11,000.00), signed on July eighteen, nineteen hundred and eighty-four in the city of Utuado, Puerto Rico, before the Notary Miguel Torres Maldonado. This mortgage was modified through deed number ten (10), executed on January twenty, nineteen hundred and eighty-eight in the city of Utuado, Puerto Rico, before the Notary Miguel Torres Maldonado, to a new principal of Thirteen Thousand and Six Dollars and Seventy-Nine Cents ($13,006.79), accruing interest at the annual rate of five percent (5%) and due in forty (40) years as of its modification.

c) Mortgage in favor of United States of America for the principal sum of Three Thousand Dollars ($3,000.00), signed on November seven, nineteen hundred and eighty-five in the city of Utuado, Puerto Rico, pursuant to deed number two hundred and fourteen (214) before the Notary Miguel Torres Maldonado.
This mortgage was modified through deed number ten (10), executed on January twenty, nineteen hundred and eighty-eight in the city of Utuado, Puerto Rico, before the Notary Miguel Torres Maldonado, to a new principal of Three Thousand Two Hundred and Ninety-two Dollars and Ninety-One Cents ($3,292.91), due in seven years as of its modification.

These three mortgages have a balance, as of today, that reaches Sixty-Four Thousand Six Hundred and Eighty-Five Dollars and Ten Cents ($64,685.10).

FOURTH: As the first party has agreed to sell the aforementioned property to the third party, they do so with the following

CLAUSES

ONE: The first party CEDES, SELLS AND TRANSFERS to the third party the aforementioned property, with everything it contains and all that is attached and permanent, for the agreed price of SIXTY-FOUR THOUSAND SIX HUNDRED AND EIGHTY-FIVE DOLLARS AND TEN CENTS ($64,685.10), the buyers assuming the same balance of the mortgages encumbering this property which have been fully described earlier.

MORTGAGE MODIFICATION

TWO: That the Farm Service Agency of the Federal Department of Agriculture, represented by the second party, and the third party have agreed to modify the mortgages issued to the aforementioned property, as follows:

AS TO THE MORTGAGE DESCRIBED UNDER THE LETTER "A" of the THIRD paragraph of this deed:
This mortgage is modified such that its principal is in the amount of Forty-Seven Thousand Five Hundred and Twenty Dollars and Forty-Three Cents ($47,520.43), instead of Forty-Four Thousand Nine Hundred and Eighty-One Dollars and Sixty-Three Cents ($44,981.63). It is thus modified so that the new auction that shall take place in case of foreclosure shall be for the amount of Forty-Seven Thousand Five Hundred and Twenty Dollars and Forty-Three Cents ($47,520.43) and that it shall be due in forty (40) years as of this modification.

AS TO THE MORTGAGE DESCRIBED UNDER THE LETTER "B" of the THIRD paragraph of this deed:
This mortgage is modified such that its principal is in the amount of Thirteen Thousand Six Hundred and Ninety-Seven Dollars and Twelve Cents ($13,697.12) instead of Thirteen Thousand and Six Dollars and Seventy-Nine Cents ($13,006.97). It is thus modified so that the new auction that shall take place in case of foreclosure shall be for the amount of Thirteen Thousand Six Hundred and Ninety-Seven Dollars and Twelve Cents ($13,697.12) and that it shall be due in forty (40) years as of this modification.

AS TO THE MORTGAGE DESCRIBED UNDER THE LETTER "C" of the THIRD paragraph of this deed:
This mortgage is modified such that its principal is in the amount of Three Thousand Four Hundred and Sixty-Seven Dollars and Fifty-Five Cents ($3,467.55) instead of Three Thousand Two Hundred and Ninety-Two Dollars and Ninety-One Cents ($3,292.91). It is thus modified so that the new auction that shall take place in case of foreclosure shall be for the amount of Three Thousand Four Hundred and Sixty-Seven Dollars and Fifty-Five Cents ($3,467.55) and that it shall be due in forty (40) years as of this modification.

THREE: In this proceeding, the second party shows me, the Notary, the original notes to which reference has been made and after these have been identified by me, the Notary, I proceed to attach to the same an annotation that reads as follows:

ANNEX TO MODIFICATION OF PROMISSORY NOTE FOR THE ORIGINAL AMOUNT OF THIRTY-EIGHT THOUSAND DOLLARS ($38,000.00), EXECUTED JULY EIGHTEEN, NINETEEN HUNDRED AND NINETY BEFORE THE NOTARY MIGUEL TORRES MALDONADO". "The amount of this note and the mortgage securing it, modified on November twelve, nineteen hundred and ninety-six, reaches the sum of Forty-Seven Thousand Five Hundred and Twenty Dollars and Forty-Three Cents ($47,520.43), which sum is reamortized and shall be due forty (40) years as of this modification", all of which is pursuant to public deed number one hundred and sixty-seven, executed in Utuado, Puerto Rico, on November twelve, nineteen hundred and ninety-six before the Notary Miguel Torres Maldonado."
ANNEX TO MODIFICATION OF PROMISSORY NOTE FOR THE ORIGINAL AMOUNT OF ELEVEN THOUSAND DOLLARS, EXECUTED JULY EIGHTEEN, NINETEEN HUNDRED AND EIGHTY-FOUR BEFORE THE NOTARY MIGUEL TORRES MALDONADO."
"The amount of this note and the mortgage securing it, modified on November twelve, nineteen hundred and ninety-six, reaches the sum of Thirteen Thousand and Six Dollars and Seventy-Nine Cents ($13,006.79), which sum is reamortized and shall be due forty (40) years as of this modification, all of which is pursuant to public deed number one hundred and sixty-seven, executed today in Utuado, Puerto Rico, on November twelve, nineteen hundred and ninety-six before the Notary Miguel Torres Maldonado."
ANNEX TO MODIFICATION OF PROMISSORY NOTE FOR THE ORIGINAL AMOUNT OF THREE THOUSAND DOLLARS ($3,000.00), EXECUTED NOVEMBER SEVEN, NINETEEN HUNDRED AND EIGHTY-FIVE BEFORE THE NOTARY MIGUEL TORRES MALDONADO."
"The amount of this note and the mortgage securing it, modified on November twelve, nineteen hundred and ninety-six, reaches the sum of Three Thousand Four Hundred and Sixty-Seven Dollars and Fifty-Five Cents ($3,467.55), which sum is reamortized and shall be due forty (40) years as of this modification, all of which is pursuant to public deed number one hundred and sixty-seven, executed in Utuado, Puerto Rico, on November twelve, nineteen hundred and ninety-six before the Notary Miguel Torres Maldonado."

FOUR: The members of the third party acknowledge their personal and own understanding of each and every one of the obligations, clauses and stipulations contained or mentioned in the original mortgage deed and that they are obligated to fulfill each and every one of them.

FIVE: In addition, all clauses and conditions expressed in the original mortgage deed that have not been changed or modified in this proceeding remain valid and in effect.

SIX: As this is a limited resources loan, as indicated in the note, the Government may change the interest rate, in accordance with Farmers Home Administration regulations.

4

The appearing parties accept this deed in the manner written, having found it conforms to their agreement.

I have made the pertinent legal warning to the parties for this deed and, after I read the same out loud to them, they found it acceptable and ratified its contents, all signing it in my presence, to all of which, as well as to everything contained in this public instrument, I, THE NOTARY, BEAR WITNESS.

SIGNED: WILLIAM SERRANO CHEVALIER
SIGNED: NILDA ESTHER TORRES ROSARIO
SIGNED: JEAN PIERRE GIULIANI GIORGI
SIGNED: JOSE LUIS DE JESUS REYES
SIGNED: MILDRED NOEMI SERRANO TORRES

SIGNED, STAMPED, SEALED AND ENDORSED, MIGUEL TORRES MALDONADO, PUBLIC NOTARY.

The corresponding Sales Tax seal and Notary Tax seal of the Bar Association of Puerto Rico have been cancelled in the original and in the certified copy of this deed.

The initials of the appearing parties and the Notary stamp appear on each and every page of the original.

I CERTIFY: That the preceding is the first certified copy of the original that appears under number 167 in my protocol of public instruments to which I refer and, in order to deliver a copy to Farm Services Agency, I issue it in Utuado, Puerto Rico, on the date of its execution. This deed consists of 07 pages.

[Signature]
PUBLIC NOTARY

[Seals]


# CERTIFICATE


I hereby certify that the attached Bargain and Sale and Mortgage Modification Deed is a true and accurate translation to the best of my knowledge, ability and belief. I am experienced, competent and certified to translate from Spanish into English.

DATED this 29th day of August 2003.

Nicole Harris

WITNESS my hand and official seal hereto affixed this
29th day of August 2003.

Signature

Notary Public
State of Washington
Rosa Walker
Commission Expires 02-01-06

Print Name: Rosa Walker
Notary Public in and for the State of Washington
My appointment expires: 02/01/06



--------ESCRITURA NUMERO CIENTO SESENTA Y SIETE--------

------- COMPRAVENTA Y MODIFICACION DE HIPOTECAS -------

----En la Ciudad de Utuado, Puerto Rico, a los doce----

----e de el mes de noviembre de mil novecientos-------

------nta y seis.--------------------------------------

------------------------ ANTE MI----------------------

-----UEL TORRES MALDONADO, Abogado y Notario Público--

--de Puerto Rico, con residencia, vecindad y estudio--

--abierto en esta Ciudad de Utuado, Puerto Rico-------

----------------------COMPARECEN----------------------

DE LA PRIMERA PARTE:-Los esposos WILLIAM SERRANO----

CHEVALIER y NILDA ESTHER TORRES ROSARIO, mayores de-

edad, propietarios y vecinos de Utuado, Puerto Rico,

Seguro Social números 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 y  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.----

DE LA SEGUNDA PARTE:-ESTADOS UNIDOS DE AMERICA,-----

actuando por conducto y a través de la Administra---

ción de Hogares de Agricultores, a tenor con las dis-

posiciones de las Leyes del Congreso tituladas "Con-

solidated Farmers Home Administration Act of 1961"--

y/o Ley de Hogares de 1949, según ha sido enmendada-

con oficinas principales en Washington, Distrito de-

Columbia, Estados Unidos de América, representado en

este acto por  JEAN PIERRE GIULIANI GIORGI, mayor de

edad, casado con Ilda Enid Rivera González y vecino-

de Jayuya, Puerto Rico,  Seguro Social número-------

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 en su capacidad de Gerente de Crédito de

la Agencia de Servicios al Agricultor del Departamen-

to  de Agricultura Federal por conducto de Farm Ser-

vices Agency, cuyas facultades constan de la delega-

ción de poder conferida por el Administrador de la--

Administración de Hogares de Agricultores y cuyas----

facultades constan debidamente acreditadas en el----
Registro de la Propiedad.-----------------------------
DE LA TERCERA PARTE:-Los esposos JOSE LUIS DE JESUS--
REYES Y MILDRED NOEMI SERRANO TORRES, mayor de edad-
él, de veinte años de edad, pero emancipada por-----
matrimonio, empleados y vecinos de Utuado, Puerto---
Rico, Seguro Social números 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 y-----------
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.----------------------------------------

CONOZCO personalmente a los comparecientes y por---
sus dichos sus  circunstancias personales. Tienen a-
mi juicio la capacidad legal necesaria para este----
otorgamiento y en tal virtud, libremente------------
------------------------EXPONEN---------------------

PRIMERO:-Que los comparecientes de la primera parte-
son dueños en pleno dominio de la siguiente propie--
dad:------------------------------------------------

"RUSTICA:-Radicada en el Barrio Las Palmas del término
municipal de Utuado, Puerto Rico, con una cabida----
superficial de TREINTA Y SEIS CUERDAS CON TRES MIL--
DOSCIENTOS SESENTA Y OCHO diez milésimas de otra----
(36.3268 cs.) equivalentes a  catorce hectáreas,----
veintisiete áreas, setenta y ocho centiáreas y ochen
ta y cinco miliáreas de terreno, en LINDES:-por el--
Norte, con Ricardo Matos Rodríguez; por el Sur, con-
Fernando Batista Rivera; los predios disgregados----
bajo las letras "A" y "B" y más terrenos de Fernando
Salvá Matos; por el Este, con Luis Díaz Carreras y--
terrenos de Fernando A. Salvá Matos y por el Oeste,-
con la Quebrada Batellas".---------------------------

--Inscrito al folio ciento ochenta y uno (181) del--
tomo trescientos treinta (330 de Utuado, finca núme-
ro trescientos cuarenta y ocho(348).----------------

SEGUNDO:-Adquirieron los comparecientes  de la prime
ra parte la antes descrita propiedad mediante la----
escritura pública número nueve (9) otorgada en Utua-
do, Puerto Rico el día veinte de enero de mil nove--
cientos ochenta y ocho ante el Notario  Fedante.----

TERCERO:-La antes descrita propiedad se halla afecta
a los siguientes gravámenes:------------------------

a) Hipoteca a favor de los  Estados Unidos de América
por la suma principal de Treinta y Ocho Mil Dólares--
($38,000.00) suscrito el día diez y ocho de julio de-

mil novecientos noventa ante el Notario  Miguel-----
Torres Maldonado.------------------------------------
--Esta obligación fue modificada mediante la escri--
tura pública número diez (10) otorgada el día veinte
de enero de mil novecientos ochenta y ocho en la----
Ciudad de Utuado, Puerto Rico ante el Notario Miguel
Torres Maldonado a un nuevo principal de Cuarenta y-
Cuatro Mil Novecientos Ochenta y Un Dólares con-----
Sesenta y Tres Centavos ($44,981.63) devengando inte
reses a razón del cinco por ciento (5%) anual y ven-
cedero a los cuarenta  (40) años de su modificación.
b) Hipoteca a favor de los Estados Unidos de América
por la suma principal de Once Mil Dólares ($11,000)-
suscrita el día diez y ocho de julio de mil nova----
cientos ochenta y cuatro en la Ciudad de Utuado,----
Puerto Rico ante el Notario Miguel Torres Maldonado.
--Esta hipoteca fue modificada mediante la escritura
pública número diez (10) otorgada el día veinte de--
enero de mil novecientos ochenta y ocho en la Ciudad
de Utuado, Puerto Rico ante el Notario Miguel Torres
Maldonado a un nuevo principal de Trece Mil Seis Dóla
res con Setenta y Nueve Centavos ($13,006.79), deven
gando intereses al cinco por ciento (5%) anual y ven
cedero a los  cuarenta (40) años de su modificación.
c)  Hipoteca a favor de los Estados Unidos de Améri-
ca por la suma principal de Tres Mil Dólares--------
($3,000.00) suscrita el día siete de noviembre de---
mil novecientos ochenta y cinco en la Ciudad de Utuado
Puerto Rico mediante la escritura pública número dos
cientos  catorce (214) ante el Notario Miguel Torres-
Maldonado.------------------------------------------
--Esta hipoteca fue modificada mediante la escritura-
número diez (10) otorgada el día veinte de enero de--
mil novecientos ochenta y ocho en la Ciudad de Utuado
Puerto Rico ante el Notario Miguel Torres Maldonado a

un nuevo balance de Tres Mil Doscientos Noventa y---
Dos Dólares  con Noventa y Un Centavos ($3,292.91)--
con vencimiento a los siete años de la modificación.
--Estas tres hipotecas tienen un balance al día de--
ascendente a Sesenta y Cuatro Mil Seiscientos---
Ochenta y Cinco Dólares con Diez Centavos-----------
($64,685.10).-----------------------------------------
CUARTO:-Que teniendo convenido los comparecientes de-
primera parte con los comparecientes de la Terce-
ra parte la compraventa del inmueble antes descrito-
la llevan a efecto bajo las siguientes--------------
-------------------------CLAUSULAS------------------
UNA:-Los comparecientes de la primera parte CEDEN,--
VENDEN Y TRASPASAN a favor de los comparecientes de la
Tercera Parte el inmueble antes descrito, con todo--
cuanto el mismo contiene y le es anexo y permanente,
por el convenido precio de SESENTA Y CUATRO MIL SEIS
CIENTOS OCHENTA Y CINCO DOLARES CON DIEZ CENTAVOS---
($64,685.10) asumiendo los compradores igual balance
de las hipotecas que gravan esta propiedad y amplia-
mente relacionadas anteriormente.---------------------
------------------MODIFICACION DE HIPOTECA----------
DOS:- Que la Agencia de Servicios al Agricultor del-
Departamento de Agricultura Federal representado por
el compareciente de la segunda parte y los compare--
cientes de la Tercera parte han acordado MODIFICAR--
las hipotecas constituídas sobre la propiedad relacio-
nada anteriormente, de la siguiente manera:---------
--EN CUANTO A LA HIPOTECA RELACIONADA BAJO LA LETRA-
"A" del Hecho Tercero de esta escritura:------------
--Se modifica esta hipoteca a los efectos de que su-
principal sea la suma Cuarenta y Siete Mil Quinientos
Veinte Dólares con Cuarenta y Tres Centavos---------
($47,520.43) en vez de Cuarenta y Cuatro Mil Nove---
cientos Ochenta y Un Dólares con Sesenta y Tres Cen-

tavos ($44,981.63).  Así mismo se modifica para que-
la nueva subasta que deba celebrarse en caso de ejecu-
ción sea la suma de Cuarenta y Siete Mil Quinientos-
Veinte Dólares con Cuarenta y Tres Centavos----------
($47,520.43) y su vencimiento sea a los cuarenta----
(40) años de esta  modificación.--------------------
--EN CUANTO A LA HIPOTECA RELACIONADA BAJO LA LETRA-
ñ del Hecho Tercero de esta escritura:------------
--Se modifica está hipoteca a los efectos de que su--
ncipal sea la suma de Trece Mil Seiscientos Noven
ta y Siete Dólares con Doce Centavos ($13,697.12) en
vez de Trece Mil Seis Dólares con Setenta y Nueve----
Centavos ($13,006.79).  Así mismo se modifica para--
que la nueva subasta que deba celebrarse en caso de-
ejecución sea la suma de Trece Mil Seiscientos Noven
ta y Siete Dólares con Doce Centavos ($13,697.12) y--
su vencimiento sea a los cuarenta (40) años de esta-
modificación.------------------------------------
--EN CUANTO A LA HIPOTECA RELACIONADA BAJO LA LETRA-
O del Hecho Tercero de esta escritura:------------
--Se modifica esta hipoteca a los efectos de que su--
principal sea la suma de Tres Mil Cuatrocientos-----
Sesenta y Siete Dólares con Cincuenta y Cinco Centa-
vos ($3,467.55) en vez de Tres Mil Doscientos Noventa
y Dos Dólares con Noventa y Un Centavos ($3,292.91).-
Así mismo se modifica para que la nueva subasta que-
deba celebrarse en caso de ejecución sea la suma de-
Tres Mil Cuatrocientos Sesenta y Siete Dólares con--
Cincuenta y Cinco Centavos ($3,467.55) y su venci---
miento sea a los cuarnta (40) años de esta modifica-
ción.-----------------------------------------------
TRES:-En este acto, el compareciente de la segunda--
parte me muestra a mí el Notario los pagarés origi--
nales a que se ha hecho referencia y una vez identi-
ficados por mi el Notario, procedo a anexarle adheri

do a los mismos una nota que lee como sigue:--------
--ANEJO DE MODIFICACION A PAGARE POR LA SUMA ORIGI--
NAL DE TREINTA Y OCHO MIL DOLARES ($38,000.00) CONS--
TITUIDO EL DIA DIEZ Y OCHO DE JULIO DE MIL NOVECIEN-
TOS NOVENTA ANTE EL NOTARIO MIGUEL TORRES MALDONADO"
"El importe de este    pagaré y la hipoteca que lo
garantiza modificado el día   doce   de noviembre de-
mil novecientos noventa y seis, asciende a la suma--
de Cuarenta y Siete Mil Quinientos Veinte Dólares---
Cuarenta y Tres Centavos ($47,520.43) a cuya canti--
dad se reamortiza y su vencimiento será a los cua---
renta años (40) de esta modificación" y todo según--
consta de la escritura pública número ciento sesentisiete
otorgada en Utuado, Puerto Rico, el día doce---------
de noviembre de mil novecientos noventa y seis ante-
el Notario Miguel Torres Maldonado".----------------
--ANEJO DE MODIFICACION A PAGARE POR LA SUMA ORIGINAL--
DE ONCE MIL DOLARES CONSTITUIDO EL DIA DIEZ Y OCHO--
DE JULIO DE MIL NOVECIENTOS OCHENTA Y CUATRO ANTE---
EL NOTARIO MIGUEL TORRES MALDONADO".----------------
"EL importe de este pagaré y la hipoteca que lo------
garantiza modificado el día   doce   de noviembre--
de mil novecientos noventa y seis, asciende a la----
suma de Trece Mil Seis Dólares con Setenta y Nueve--
Centavos ($13,006.79) a cuya cantidad se reamortiza-
y su vencimiento será a los cuarenta (40) años de---
esta modificación, y todo según consta de la escri--
tura pública número  ciento sesenta y siete---------
otorgada en  Utuado, Puerto Rico, hoy día doce------
de noviembre de  mil novecientos noventa y seis ante
el Notario Miguel Torres Maldonado".----------------
--ANEJO DE MODIFICACION A PAGARE POR LA SUMA ORIGINAL
DE TRES MIL DOLARES ($3,000.00) CONSTITUIDO EL DIA--
SIETE DE NOVIEMBRE DE MIL NOVECIENTOS  OCHENTA Y CIN
CO ANTE EL NOTARIO MIGUEL TORRES MALDONADO".--------

"EL importe de este pagaré y la hipoteca que lo------
garantiza modificado el día doce de noviembre--
de mil novecientos noventa y seis, asciende a la----
suma de tres Mil Cuatrocientos Sesenta y Siete Dóla-
res con Cincuenta y Cinco Centavos ($3,467.55) a-----
cuya cantidad se reamortiza y su vencimiento será a-
los cuarenta (40) años de esta modificación y todo-
según consta de la escritura pública número ciento--
sesentisiete otorgada en Utuado, Puerto Rico, el----
día doce de noviembre de mil novecientos noventa y
seis ante el Notario Miguel Torres Maldonado".-------
CUATRO:-Manifiestan los comparecientes de la Tercera
parte que es de su propio y personal conocimiento---
todas y cada una de las obligaciones, cláusulas y---
estipulaciones contenidas o mencionadas en la escri-
tura de hipoteca original y que se obligan a cumplir
todas y cada una de las mismas.----------------------
CINCO:-Así mismo, todas las cláusulas y condiciones-
expresadas en las escritura original de hipoteca que
no hayan sido cambiadas o modificadas en este acto,-
quedarán válidas y subsistentes.---------------------
SEIS:-Por tratarse de un préstamo de recursos limita
dos, según indicado en el pagaré, el Gobierno puede-
cambiar el porciento de interés de acuerdo con los--
reglamentos de la Administración de Hogares de Agri-
cultores.-------------------------------------------
--Los comparecientes aceptan esta escritura en la---
forma redactada por hallarla conforme a lo convenido.
--Les hice las advertencias de Ley pertinentes al-
otorgamiento y previa lectura que de la misma hice a
los comparecientes en alta voz, la encontraron con-
forme y en su contenido se ratifican firmándola ante
mí todos, de todo lo cual y de cuanto contiene este
instrumento público, Yo, El Notario, DOY FE.--------

FIRMADO:- WILLIAM SERRANO CHEVALIER.-------------
FIRMADO:- NILDA ESTHER TORRES ROSARIO.-----------
FIRMADO:- JEAN PIERRE GIULIANI GIORGI.-----------
FIRMADO:- JOSE LUIS DE JESUS REYES.--------------
FIRMADO:- MILDRED NOEMI SERRANO TORRES.----------
FIRMADO, SIGNADO, RUBRICADO Y SELLADO, MIGUEL TORRES
MALDONADO, NOTARIO PUBLICO.----------------------

--Cancelados en el original y en la copia certificada
de esta escritura el correspondiente sello de Ren-
tas Internas y del Impuesto Notarial del Colegio de-
Abogados de Puerto Rico.-------------------------

--Estampadas en todos y cada uno de los folios del---
original las iniciales del (los) otorgantes y la-----
rúbrica del Notario.-----------------------------

--CERTIFICO:-Que la que precede es primera copia cer-
tificada de su original que bajo el número 167 obra---
en mi protocolo de instrumentos públicos al cual me---
remito y para entregar a Farm Services Agency-------
expido la presente en Utuado, Puerto Rico, hoy día-
de su otorgamiento. Esta escritura consta de 07----
folios.

NOTARIO PUBLICO





15089905

15089905
50¢  B  50¢

### CERTIFICATION

I, Juan M. Ortiz Serbiá, of legal age, married
a resident of Guayama, Puerto Rico. In m
official capacity as State Executive Director
the Farm Service Agency, U.S. Department
Agriculture, hereby declare under penalty
perjury that this is a true and exact copy of th
original document which I have under n
custody.

San Juan, Puerto Rico----------------------

JUAN M. ORTIZ SERBIÁ
State Executive Director

**Form FmHA 1940-17 (S)**
**(Rev. 11-1-78)**

<div align="center">

UNITED STATES DEPARTMENT OF AGRICULTURE
FARMERS HOME ADMINISTRATION
PROMISSORY NOTE

</div>

TYPE OF LOAN
Type: FO

In accordance with:
X    Consolidated Farm & Rural Development Act
     Emergency Agricultural Credit Adjustment Act of 1978

Name: MONTERO CHANZA, JESUS
State: PUERTO RICO
Office: UTUADO
Case Number: 63-150199-26-3479
Date: JULY 18, 1984

ACTION REQUIRING NOTE:

|   | Initial Loan |   | New Payment Schedule |
|---|---|---|---|
| X | Subsequent Loan |   | Reamortization |
|   | Consolidation and Subsequent Loan |   | Sale on Credit |
|   | Consolidation |   | Deferred Payments |

FOR VALUE RECEIVED, the undersigned Borrower(s) and any other co-borrower, jointly and severally promise to pay to the order of the United States of America, acting through the farmers Home Administration, United States Department of Agriculture (herein called the "Government"), or its representative, at its offices in UTUADO, PUERTO RICO, or at another location designated in writing by the Government, the principal sum of ELEVEN THOUSAND DOLLARS ($11,000.00), plus interest on the unpaid principal of FIVE AND ONE QUARTER PERCENT (5.25 %) PER ANNUM. If this note is for a Limited Resources Loan (indicated in the box above, under the heading "Type of Loan"), the Government may CHANGE THE INTEREST RATE, in accordance with the Farmers Home Administration regulations, not more frequently than a calendar trimester basis, and shall notify Borrower at [Borrower's] most current address by mail, with thirty (30) days' notice. The new interest rate shall not exceed the highest interest rate established by the Farmers Home Administration regulations for the type of loan indicated above.

Principal and interests shall be paid in 41 installments, as indicated below, unless modified by a different interest rate, on or before the following dates:

$ 10.00.........on January 1, 1985

<div align="center">1</div>

$10.00............on January 1, 1986

and $696.00 subsequently on the first day of January of each year until the principal and interests are completely paid, except for the final payment of the debt evidenced herein, which, if not sooner paid, shall be due and payable in 40 years from the date of this note, with the exception that prepayments may be made as provided for below. The consideration hereof shall support any agreement modifying the schedule of payments.

If the total amount of the loan is not forwarded by the due date, the loan will be forwarded to Borrower, pursuant to request by Borrower and approval by the Government. Approval by the Government shall be granted only when the loan is requested for purposes authorized by the Government. Interests will accrue on the amount of each loan starting on the date these become effective as shown in the Payment Log at the end of this note. Borrower authorizes the Government to note the amount(s) and date(s) of any prepayment(s) in the Payment Log.

For any note that is reamortized or consolidated, or with a new payment schedule, the accumulated interests as of the date of this instrument will be added to the principal and the new principal will accrue interests at the rate evidenced herein.

Every payment made on any indebtedness evidenced by this note shall be applied first to interests computed to the effective date of the payment and then to the principal. Prepayments of scheduled installments, or any portion thereof, may be made at any time at the option of Borrower. Refunds and extra payments, as defined in the regulations (7 C.F.R. 1861.2) of the Farmers Home Administration, according to the source of funds involved, shall, after payment of interest, be applied to the installments last to become due under this note and shall not affect Borrower's obligation to pay the remaining installments as scheduled herein. Should the Government assign this note at any time, and insure the payment thereof, Borrower shall continue to make payments to the Government, as collection agent for the holder.

If this note is held by an insured lender, prepayments made by Borrower may, at the option of the Government, be remitted by the Government to the holder promptly, or, except for final payment, may be retained and remitted by the Government to the holder on an annual installment due date basis. The effective date of any prepayment made by Borrower, except for payments retained and remitted by Government to holder on an annual installment due date basis, shall be the date of the Treasury check with which the Government remits payment to the holder. The effective date of any prepayment retained and remitted by the Government to the holder on an annual installment due date basis, shall be the date of the prepayment made by Borrower, and the Government shall pay interests to which the holder is entitled accruing between the effective date of any such prepayment and the date of the Treasury check to the holder.

Any amount forwarded or invested by the Government to obtain payment of this note, or to maintain and protect the guarantee of the loan, or otherwise invested under the terms of

any guarantee covenant or other instrument executed in relation to the loan evidenced herein, shall, at the option of the Government, become a part of the loan and shall accrue interests at the same interest rate of the principal of the loan evidenced herein, and shall become immediately due and payable by Borrower to the Government, without the need of requirements.

Property constructed, improved, purchased or refinanced in whole or in part with the loan evidenced herein shall not be leased, assigned, sold, transferred or encumbered, voluntarily or otherwise, without the written consent of the Government. Unless the Government consents otherwise in writing, Borrower shall personally operate said property as a farm if this loan is for a farm owner (FO).

If "Consolidation and Subsequent Loan", "Consolidation", "Reamortization" or "New Payment Schedule " is indicated in the box above, under the heading "Action Requiring Note", this note is issued to consolidate, reamortize, or evidence a new payment schedule but not as satisfaction of principal and interests of the following note(s) or subrogation agreement(s) (new terms):

AMOUNT OF NOTE:
INTEREST RATE:
DATE:
ORIGINAL BORROWER:
FINAL PAYMENT DUE:

The securing documents made in relation to the loans evidenced by these described notes or other stated obligations are not affected by the execution of this consolidation, reamortization or new payment schedule. These securing instruments shall continue in effect, and the guarantee offered for the loans evidenced by the described note shall continue as guarantee for the loan evidenced by this note and by any other stated obligation.

REFINANCING AGREEMENT: If at any time, the Government finds that Borrower may be able to obtain a loan from a responsible cooperative or private credit source at reasonable rates and terms for loans for similar purposes and periods of time, Borrower will, at the Government's request, apply for and accept a loan in sufficient amount to pay this note in full and, if the lender is a cooperative, to pay for any necessary stock.

DEFAULT: Failure to pay when due any debt evidenced hereby or perform any covenant or agreement hereunder shall constitute default under any other instrument evidencing a debt of Borrower owing to or insured by the Government or securing or otherwise relating to such a debt; and default under any such other instrument shall constitute default hereunder. UPON ANY SUCH DEFAULT, the Government, at its option, may declare all or any part of any such indebtedness immediately due and payable.

This note is given as evidence of a loan to Borrower made or insured by the Government, pursuant to the Consolidated Farm and Rural Development act or the Emergency

Agricultural Credit Adjustment Act of 1978 and for the type of loan indicated in the box 'TYPE OF LOAN" above. This note is subject to the present regulations of Farmers Home Administration and to its future regulations not inconsistent with the stipulations expressed herein.

Presentation, protest, and notice are hereby expressly waived.

[Signature]
JESUS MONTERO CHANZA (BORROWER) (SEAL)
[Signature]
JOSEFA RAMIREZ RIOS (BORROWER) (SEAL)

AVENIDA ESTEVES # 265
UTUADO, P.R. 00761

THIS NOTE HAS BEEN MODIFIED IN TERMS OF INTEREST RATES, TERM AND PRINCIPAL PURSUANT TO DEED NUMBER 10, EXECUTED IN UTUADO, PUERTO RICO ON JANUARY 20, 1988. I BEAR WITNESS.
[Signature]
[Seal]
MIGUEL TORRES MALDONADO
PUBLIC NOTARY

THE MORTGAGE GUARANTEE OF THIS NOTE HAS BEEN INCREASED, PURSUANT TO PUBLIC DEED NUMBER 11, EXECUTED IN UTUADO, PUERTO RICO, ON JANUARY 21, 1988. I BEAR WITNESS.
[Signature]
[Seal]
MIGUEL TORRES MALDONADO
PUBLIC NOTARY

PAYMENT LOG

| AMOUNT | DATE | AMOUNT | DATE | AMOUNT | DATE |
|--------|------|--------|------|--------|------|
| $ |  | $ |  | $ |  |

TOTAL: $

# CERTIFICATE

I hereby certify that the attached Promissory Note is a true and accurate translation to the best of my knowledge, ability and belief. I am experienced, competent and certified to translate from Spanish into English.

DATED this 29th day of August 2003.

Nicole Harris

WITNESS my hand and official seal hereto affixed this 29th day of August 2003.

Signature

Notary Public
State of Washington
Rosa Walker
Commission Expires 02-01-06

Print Name: Rosa Walker
Notary Public in and for the State of Washington
My appointment expires: 02/01/06

**DEPARTAMENTO DE AGRICULTURA DE ESTADOS UNIDOS**
**ADMINISTRACIÓN DE HOGARES DE AGRICULTORES**

## PAGARE

| Tipo: FO |
|---|
| De acuerdo a: |
| ☒ Consolidated Farm & Rural Development Act |
| ☐ Emergency Agricultural Credit Adjustment Act of 1978 |

| Nombre MONTERO CHANZA, Jesús | | **ACCION QUE REQUIERE PAGARE:** |
|---|---|---|
| Estado PUERTO RICO | Oficina UTUADO | ☐ Préstamo Inicial   ☐ Nuevo Plan de Pago |
| Caso Núm. 63-150199-26-3479 | Fecha 18 de julio de 1984 | ☒ Préstamo Subsiguiente   ☐ Reamortización<br>☐ Consolidación y préstamo subsiguiente   ☐ Venta a Crédito   ☐ Pagos Diferidos<br>☐ Consolidación |

POR VALOR RECIBIDO, el Prestatario(s) subscribiente y cualquier otro co-deudor mancomunada y solidariamente pagaremos a la orden de Estados Unidos de América, actuando por conducto de la Administración de Hogares de Agricultores del Departamento de Agricultura de los Estados Unidos (denominado en adelante el "Gobierno") o su

cesionario en su oficina en _ _ Utuado, Puerto Rico _ _ _

o en otro sitio designado por el Gobierno por escrito, la suma principal de _ _ ONCE MIL CON _ _ _

_____ dólares ($ 11,000.00 ) más intereses sobre el principal adeudado al

_ _ _ CINCO Y UN CUARTO _ _ _     POR CIENTO ( 5.25 %) anual. Si este pagaré

es para un préstamo de Recursos Limitados (indicado en el encasillado superior "Clase de Préstamo"), el Gobierno puede **CAMBIAR EL PORCIENTO DE INTERES**, de acuerdo con los reglamentos de la Administración de Hogares de Agricultores, no más frecuente que trimestralmente, notificando por correo al Prestatario con treinta (30) días de anticipación a su última dirección. El nuevo tipo de interés no deberá exceder el porciento de interés más alto establecido en los reglamentos de la Administración de Hogares de Agricultores para el tipo de préstamo arriba indicado.

Principal e intereses serán pagados en _ 41 _ plazos, según indicado abajo, excepto si es modificado por un tipo de interés diferente, en o antes de las siguientes fechas:

| $ 10.00 | en enero 1, 1985 | $ _____ | en enero 1, 19  ; |
|---|---|---|---|
| $ 10.00 | en enero 1, 1986 | $ _____ | en enero 1, 19  ; |
| $ _____ | en enero 1, 19  ; | $ _____ | en enero 1, 19  ; |
| $ _____ | en enero 1, 19  ; | $ _____ | en enero 1, 19  ; |
| $ _____ | en enero 1, 19  ; | $ _____ | en enero 1, 19  ; |

y $696.00 _____, subsiguientemente en enero 1 de cada año hasta que el principal e intereses sean completamente pagados excepto que el plazo final de la deuda aquí evidenciada, de no ser pagada anteriormente, vencerá y será pagadero en _ _40_ _ años de la fecha de este pagaré y excepto que se podrán hacer pagos adelantados según se provee más abajo. La consideración aquí envuelta respaldará cualquier convenio modificando el plan de pagos.

Si la cantidad total del préstamo no es adelantada a la fecha del cierre, el préstamo será adelantado al Prestatario según solicitado por el Prestatario y aprobado por el Gobierno. La aprobación del Gobierno será dada siempre y cuando el adelanto es solicitado para un propósito autorizado por el Gobierno. Se acumularán intereses por la cantidad de cada adelanto desde su fecha actual como se demuestra en el final de este pagaré. El Prestatario autoriza al Gobierno a anotar la(s) cantidad(es) y fecha(s) de tal(es) adelanto(s) en el Registro de Adelantos.

En cada pagaré reamortizado o consolidado, o con un nuevo plan de pago, los intereses acumulados a la fecha de este instrumento deberán ser sumados al principal y ese nuevo principal acumulará intereses a razón del porciento evidenciado por este instrumento.

Todo pago hecho en cualquier deuda representada por este pagaré será primero aplicado a intereses computados a la fecha efectiva del pago y después al principal.

Jay-Ce-Agricultura                    Posición 2                    Forma FmHA 1940-17 (S)
(Rev. 11-1-78)

Pagos adelantados de los plazos estipulados o cualquier parte de los mismos, podrán hacerse en cualquier tiempo a opción del Prestatario. Reembolsos y pagos extras, según se definen en los reglamentos (7 C.F.R. 1861.2) de la Administración de Hogares de Agricultores, de acuerdo con la fuente de los fondos envueltos, después de abonarse los intereses, se aplicarán a los últimos plazos,a vencer bajo este pagaré y no afectarán la obligación del Prestatario de pagar los restantes plazos según se especifican en el mismo. Si el Gobierno en cualquier momento cediera este pagaré y asegura el pago del mismo, el prestatario continuará haciendo los pagos al Gobierno como agente cobrador del tenedor.

Mientras este pagaré esté en poder de un prestamista asegurado, los pagos adelantados hechos por el Prestatario podrán, a opción del Gobierno, ser remitidos por el Gobierno prontamente al tenedor o, a excepción del pago final, podrán ser retenidos por el Gobierno y remitidos al tenedor a base de plazo anual vencido. La fecha efectiva de todo pago hecho por el prestatario, excepto pagos retenidos y remitidos por el Gobierno al tenedor a base de plazo anual vencido será la fecha del cheque del Tesoro de los Estados Unidos mediante el cual el Gobierno remite el pago al tenedor. La fecha efectiva de cualquier pago adelantado retenido y remitido por el Gobierno al tenedor a base de plazo anual vencido, será la fecha del pago adelantado por el Prestatario y el Gobierno pagará los intereses a los cuales el tenedor tiene derecho que se devenguen entre la fecha efectiva de cualquiera de dichos pagos adelantados y la fecha del cheque del Tesoro remitido al tenedor.

Cualquier cantidad adelantada o invertida por el Gobierno para el cobro de este pagaré o para preservar o proteger la garantía del préstamo o de otra manera invertido bajo los términos de cualquier convenio de garantía u otro instrumento otorgado en relación con el préstamo aquí evidenciado, a opción del Gobierno pasará a ser parte del préstamo y devengará intereses al mismo tipo de interés que el principal de la deuda aquí evidenciada y vencerá y será pagadera inmediatamente por el Prestatario al Gobierno sin necesidad de requerimiento.

La propiedad construida, mejorada, comprada o refinanciada en total o en parte con el préstamo aquí evidenciado no será arrendada, cedida, vendida, transferida o gravada voluntariamente o de otra forma, sin el previo consentimiento por escrito del Gobierno. A menos que el Gobierno consienta lo contrario por escrito, el Prestatario operará personalmente dicha propiedad como una finca si este préstamo es a dueño de finca (FO).

Si una "Consolidación y un Préstamo Subsiguiente", "Consolidación", "Reamortización" o un "Nuevo Plan de Pago" es indicado en el encasillado superior de la primera página "Acción que Requiere Pagaré", este pagaré es otorgado para consolidar, reamortizar o evidenciar un nuevo plan de pago pero no en satisfacción del principal e intereses del siguiente pagaré(s) o convenio(s) de subrogación (nuevos términos):

| VALOR DEL PAGARÉ | INTERESES | FECHA | PRESTATARIO ORIGINAL | ULTIMO PLAZO A VENCER |
|---|---|---|---|---|
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |

Los documentos de garantía tomados en relación con los préstamos evidenciados por estos pagarés descritos u otras obligaciones relacionadas no son afectadas por el otorgamiento de esta consolidación, reamortización o nuevo plan de pago. Estos instrumentos de garantía continuarán en efecto y la garantía ofrecida para los préstamos evidenciado por los pagarés descritos permanecerán como garantía para el préstamo evidenciado por este pagaré y por cualquier otra obligación relacionada.

**CONVENIO DE REFINANCIAMIENTO:** Si en cualquier tiempo el Gobierno determinare que el Prestatario puede obtener un préstamo de una cooperativa responsable u otra fuente de crédito privada a un tipo de interés y términos razónables para préstamos por tiempo y condiciones similares, el Prestatario, a requerimiento del Gobierno, solicitará y aceptará el préstamo en cantidad suficiente para satisfacer este pagaré en su totalidad y pagar las acciones necesarias si el prestamista es una cooperativa.

**INCUMPLIMIENTO:** La falta de pago a su vencimiento de cualquier deuda aquí evidenciada o el incumplimiento de cualquier condición o acuerdo bajo este documento constituirá incumplimiento bajo cualquier otro instrumento evidenciando una deuda del Prestatario asegurada o garantizada por el Gobierno o en cualquier otra forma relacionada con dicha deuda; el incumplimiento bajo cualquier otro instrumento constituirá incumplimiento bajo los términos de este documento. **COMETIDO CUALQUIER INCUMPLIMIENTO,** el Gobierno, a su opción, podrá declarar toda o parte de dicha deuda vencida y pagadera inmediatamente.

Este Pagaré se otorga como evidencia de un préstamo al Prestatario concedido o asegurado por el Gobierno de conformidad con la Consolidated Farm and Rural Development Act o el Emergency Agricultural Credit Adjustment Act of 1978 y para el tipo de préstamo según indicado en el encasillado "CLASE DE PRESTAMO" más arriba. Este Pagaré está sujeto a los reglamentos presentes de la Administración de Hogares de Agricultores y a sus futuros reglamentos no inconsistentes con las estipulaciones aquí consignadas.

Presentación, protesto y aviso son por la presente expresamente renunciados.

CERTIFICATION

1, Juan M. Ortiz Serbiá, of legal age, married, a resident of Guayama, Puerto Rico. In my official capacity as State Executive Director of the Farm Service Agency, U.S. Department of Agriculture, hereby declare under penalty of perjury that this is a true and exact copy of the original document which I have under my custody.

San Juan, Puerto Rico

JUAN M. ORTIZ SERBIÁ
State Executive Director

_Jesús Montero Chanza_

Jesús Montero Chanza                    (Prestatario)

_Josefa Ramírez Ríos_

Josefa Ramírez Ríos                    (Prestatario)

Avenida Estéves No. 265

Utuado, P.R. 00761

"MODIFICADO ESTE PAGARE EN CUANTO A INTERESES, TERMINO Y PRINCIPAL EN VIRTUD DE LA ESCRITURA NUMERO 10 OTORGADA EN UTUADO, PUERTO RICO EL DIA 20 de ENERO DE 1988. DOY FE.

MIGUEL TORRES MALDONADO
NOTARIO PUBLICO

"AMPLIADA LA GARANTIA HIPOTECARIA DE ESTE PAGARE, SEGUN COSNTA DE LA ESCRITURA PUBLICA NUMERO 11 OTORGADA EN UTUADO, PUERTO RICO, EL DIA 21 DE ENERO DE 1988. DOY FE.

MIGUEL TORRES MALDONADO
NOTARIO PUBLICO

REGISTRO DE ADELANTOS

| CANTIDAD | FECHA | CANTIDAD | FECHA | CANTIDAD | FECHA |
|---|---|---|---|---|---|
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| | | | | TOTAL | $ |

Jay-Ce-Agricultura                    Posición 2                    Forma FmHA 1940-17 (S)
(Rev. 11-1-78)

Forma FmHA 427–1PR
( 10–82 )

----------------------NUMERO   NOVENTA Y UNO-------------
      **NUMBER**

--------------------HIPOTECA VOLUNTARIA-------------------
     **VOLUNTARY MORTGAGE**

En   la Ciudad de Utuado, Puerto Rico, a los  diez y ocho
In

días de julio de mil novecientos ochenta y cuatro.-----

--------------------ANTE  MI----------------
     **BEFORE ME**

--------------MIGUEL TORRES MALDONADO---------------

Abogado y Notario Público de la Isla de Puerto Rico con residencia en Utuado,--
Attorney and Notary Public for the Island of Puerto Rico, with residence in

Puerto Rico-----  y oficina en    Utuado, Puerto  Rico--------
    and office in        Puerto Rico.

---------------COMPARECEN-----------
     **APPEAR**

Las personas nombradas en el párrafo DUODECIMO de esta hipoteca denomina-
The persons named in paragraph TWELFTH of this mortgage

dos de aquí en adelante el "deudor hipotecario" y cuyas circunstancias personales
hereinafter called the "mortgagor" and whose personal circumstances

aparecen de dicho párrafo.------------------------------------
appear from said paragraph.

Doy fe del conocimiento personal de los comparecientes, así como por sus dichos
I, the Notary, attest to the personal knowledge of the appearing parties, as well as to their

de su edad, estado civil, profesión y vecindad.----------------
statements which I believe to be true of their age, civil status, profession and residence.

Aseguran hallarse en el pleno goce de sus derechos civiles, la libre administración
They assure me that they are in full enjoyment of their civil rights, and the free administration

de sus bienes y teniendo a mi juicio la capacidad legal necesaria para este otorga-
of their property, and they have, in my judgment, the necessary legal capacity to grant this

miento.------------------------------------------
voluntary  mortgage.

--------------------EXPONEN-------------
     **WITNESSETH:**

PRIMERO: El deudor hipotecario es dueño de la finca o fincas descritas en el
FIRST: That the mortgagor is the owner of the farm or farms described in

párrafo UNDECIMO así como de todos los derechos e intereses en las mismas,
paragraph ELEVENTH of this mortgage, and of all rights and interest in the same

denominada de aquí en adelante "los bienes".--------------
hereinafter referred to as "the property".

SEGUNDO: Que los bienes aquí hipotecados están afectos a los gravámenes que
SECOND: That the property mortgaged herein is subject to the liens

se especifican en el párrafo UNDECIMO.----------------
specified in paragraph ELEVENTH herein.

TERCERO: Que el deudor hipotecario viene obligado para con Estados Unidos de
THIRD: That the mortgagor has become obligated to the United States

América, actuando por conducto de la Administración de Agricultu-
of America, acting through the Farmers Home Administration,

res, denominado de aquí en adelante el "acreedor hipotecario", en relación con
hereinafter called the "mortgagee" in connection with

Forma FmHA 427-1PR
( 10-82 )

un préstamo o préstamos evidenciado por uno o más pagarés o convenio de sub-
a loan or loans evidenced by one or more promissory note(s) or assumption agreement(s)————

rogación, denominado en adelante el "pagaré" sean uno o más. Se requiere por
hereinafter called "the note" whether one or more. It is required by————

el Gobierno que se hagan pagos adicionales mensuales de una doceava parte de
the Government that additional monthly payments of one-twelfth of the————

las contribuciones, avaluos (impuestos), primas de seguros y otros cargos que se
taxes, assessments, insurance premiums and other charges————

hayan estimado sobre la propiedad hipotecada.———————————————
estimated against the property.————

CUARTO: Se sobreentiende que:————————————————————
FOURTH: It is understood that:————

(Uno) El pagaré evidencia un préstamo o préstamos al deudor hipotecario por la
(One) The note evidences a loan or loans to the mortgagor in the————

suma de principal especificada en el mismo, concedido con el propósito y la inten-
principal amount specified therein made with the purpose and intention————

ción de que el acreedor hipotecario puede ceder el pagaré en cualquier tiempo y
that the mortgagee, at any time, may assign the note and————

asegurar su pago de conformidad con el Acta de mil novecientos sesenta y uno
insure the payment thereof pursuant to the Act of Nineteen Hundred and Sixty-One————

consolidando la Administración de Hogares de Agricultores o el Título Quinto de
consolidating the Farmers Home Administration or Title Five of————

la Ley de Hogares de mil novecientos cuarenta y nueve, según han sido enmenda-
the Housing Act of Nineteen Hundred and Forty-Nine, as amended.————

das.————

(Dos) Cuando el pago del pagaré es garantizado por el acreedor hipotecario, puede
(Two) When payment of the note is guaranteed by the mortgagee————

ser cedido de tiempo en tiempo y cada tenedor de dicho pagaré a su vez será el
it may be assigned from time to time and each holder of the insured note, in turn,————

prestamista asegurado.————————————————————————
will be the insured lender.————

(Tres) Cuando el pago del pagaré es asegurado por el acreedor hipotecario, el acree-
(Three) When payment of the note is insured by the mortgagee, the————

dor hipotecario otorgará y entregará al prestamista asegurado conjuntamente con
mortgagee will execute and deliver to the insured lender along————

el pagaré un endoso de seguro garantizando totalmente el pago de principal e in-
with the note an insurance endorsement insuring the payment of the note fully as to principal————

tereses de dicho pagaré.————————————————————————
and interest.————

(Cuatro) En todo tiempo que el pago del pagaré esté asegurado por el acreedor
(Four) At all times when payment of the note is insured by the mortgagee————

hipotecario, el acreedor hipotecario, por convenio con el prestamista asegurado,
the mortgagee by agreement with the insured lender————

determinarán en el endoso de seguro la porción del pago de intereses del pagaré
set forth in the insurance endorsement will be entitled to a specified portion of the interest pay-

que será designada como "cargo anual".————————————————
ments on the note, to be designated the "annual charge"————

(Cinco) Una condición del aseguramiento de pago del pagaré será de que el tene-
(Five) A condition of the insurance of payment of the note will be that the holder————

dor cederá todos sus derechos y remedios contra el deudor hipotecario y cuales-
will forego his rights and remedies against the mortgagor and any————

Forma FmHA 427~1PR
( 10~82 )

quiera otros en relación con dicho préstamo así como también a los beneficios
others in connection with said loan, as well as any benefit—————————————

de esta hipoteca y aceptará en su lugar los beneficios del seguro, y a requerimiento
of this mortgage, and will accept the benefits of such insurance in lieu thereof, and upon the

del acreedor hipotecario endosará el pagaré al acreedor hipotecario en caso de
mortgagee's request will assign the note to the mortgagee should the mortgagor—————

violación de cualquier convenio o estipulación aquí contenida o en el pagaré o en
violate any covenant or agreement contained herein, in the note, or any—————————

cualquier convenio suplementario por parte del deudor.——————————————
supplementary agreement.—————————

(Seis) Entre otras cosas, es el propósito e intención de esta hipoteca, que en todo
(Six) It is the purpose and intent of this mortgage that, among other things,—————

tiempo cuando el pagaré esté en poder del acreedor hipotecario, o en el caso en
at all times when the note is held by the mortgagee, or in the event the—————————

que el acreedor hipotecario ceda esta hipoteca sin asegurar el pagaré, esta hipoteca
mortgagee should assign this mortgage without insurance of the note, this mortgage—————

garantizará el pago del pagaré pero cuando el pagaré esté en poder de un presta-
shall secure payment of the note; but when the note is held by an insured—————————

mista asegurado, esta hipoteca no garantizará el pago del pagaré o formará parte
lender, this mortgage shall not secure payment of the note or attach to—————————

de la deuda evidenciada por el mismo, pero en cuanto al pagaré y a dicha deuda,
the debt evidenced thereby, but as to the note and such debt—————————————

constituirá una hipoteca de indemnización para garantizar al acreedor hipotecario
shall constitute an indemnity mortgage to secure the mortgagee—————————————

contra cualquier pérdida bajo el endoso de seguro por causa de cualquier incum-
against loss under its insurance endorsement by reason of any default—————————

plimiento por parte del deudor hipotecario.————————————————————
by the mortgagor.—————————

QUINTO: Que en consideración al préstamo y (a) en todo tiempo que el pagaré
FIFTH: That, in consideration of said loan and (a) at all times when the note—————

sea conservado por el acreedor hipotecario, o en el caso de que el acreedor hipote-
is held by the mortgagee, or in the event the mortgagee—————————————————

cario ceda la presente hipoteca sin el seguro de pago del pagaré y en garantía del
should assign this mortgage without insurance of the payment of the note, in guarantee of the

importe del pagaré según se especifica en el subpárrafo (Uno) del Párrafo NOVE-
amount of the note as specified in subparagraph (one) of paragraph NINTH—————

NO con sus intereses al tipo estipulado y para asegurar el pronto pago de dicho
hereof, with interest at the rate stipulated, and to secure prompt payment of the—————

pagaré, su renovación cualquier convenio contenido en el mismo, o extensión y
note and any renewals and extensions thereof and any agreements contained therein,—————

(b) en todo tiempo que el pagaré sea poseído por el prestamista asegurado en garan-
(b) at all times when the note is held by an insured lender, in guarantee—————————

tía de las sumas especificadas en el subpárrafo (Dos) del Párrafo NOVENO aquí
of the amounts specified in subparagraph 9Two of paragraph NINTH hereof,—————

consignado para garantizar el cumplimiento del convenio del deudor hipotecario
for securing the performance of the mortgagor's agreement—————————————————

de indemnizar y conservar libre al acreedor hipotecario contra pérdidas bajo el en-
herein to indemnify and save harmless the mortgagee against loss under its—————

doso de seguro por razón de incumplimiento del deudor hipotecario y (c) en cual-
insurance endorsements by reason of any default by the mortgagor and (c) in any—————

quier caso y en todo tiempo en garantía de las sumas adicionales consignadas en el
event and at all times whatsoever, in guarantee of the additional amounts specified in—————

Forma FmHA 427–1PR
( 10–82 )'

subpárrafo (Tres) del párrafo NOVENO de este instrumento y para asegurar el
subparagraph (Three) of paragraph NINTH hereof, and to secure the————————————

cumplimiento de todos y cada uno de los convenios y del deudor hipotecario aquí
performance of every covenant and agreement of the mortgagor——————————————

contenidos o en cualquier otro convenio suplementario, el deudor hipotecario por
contained herein or in any supplementary agreement, the mortgagor——————————

la presente constituye hipoteca voluntaria a favor del acreedor hipotecario sobre
hereby constitutes a voluntary mortgage in favor of the mortgagee on——————————

los bienes descritos en el párrafo UNDECIMO más adelante, así como sobre los
the property described in paragraph ELEVENTH hereof, together with all rights,————

derechos, intereses servidumbres, derechos hereditarios, adhesiones pertenecientes
interests easements, hereditaments and appurtenances thereto belonging,——————

a los mismos, toda renta, créditos, beneficios de los mismos, y todo producto e
the rents, issues and profits thereof and revenues and——————————————

ingreso de los mismos, toda mejora o propiedad personal en el present o que en
income therefrom, all improvements and personal property now or——————————

el futuro se adhiera o que sean razonablemente necesarias para el uso de los mismos,
later attached thereto or reasonably necessary to the use thereof,——————————

sobre las aguas, los derechos de agua o acciones en los mismos, pertenecientes a
all water, water rights and shares in the same pertaining to——————————————

las fincas o a todo pago que en cualquier tiempo se adeude al deudor hipotecario
the farms and all payments at any time owing to the mortgagor——————————

por virtud de la venta, arrendamiento, transferencia, enajenación o expropiación
by virtue of any sale, lease, transfer, conveyance or total or——————————————

total o parcial de o por daños a cualquier parte de las mismas o a los intereses sobre
partial condemnation of or injury to any part thereof or interest——————————

ellas, siendo entendido que este gravámen quedará en toda su fuerza y vigor hasta
therein, it being understood that this lien will continue in full force and effect until————

que las cantidades especificadas en el párrafo NOVENO con sus intereses antes y
all amounts as specified in paragraph NINTH hereof, with interest before and————

después del vencimiento hasta que los mismos hayan sido pagados en su totalidad.
after maturity until paid, have been paid in full.————————————————

En caso de ejecución, los bienes responderán del pago del principal, los intereses
In case of foreclosure, the property will be answerable for the payment of the principal, interest

antes y después de vencimiento, hasta su total solvento, pérdida sufrida por el acree-
thereon before and after maturity until paid, losses sustained by the——————————

dor hipotecario como asegurador del pagaré, contribuciones, prima de seguro o cual-
mortgagee as insurer of the note, taxes, insurance premiums, and——————————

quier otro desembolso o adelanto por el acreedor hipotecario por cuenta del deudor
other disbursements and advances by the mortgagee for the mortgagor's account————

hipotecario con sus intereses hasta que sean pagados al acreedor hipotecario, costas,
with interest until repaid to the mortgagee, costs, expenses and————

gastos y honorarios de abogado del acreedor hipotecario, toda extensión o reno-
attorney's fees of the mortgagee all extensions and renewals of any of——————

vación de dichas obligaciones con intereses sobre todas y todo otro cargo o suma
said obligations, with interest on all and all other charges and additional——————

adicional especificada en el párrafo NOVENO de este instrumento.
amounts as specified in paragraph NINTH hereof.————————————

SEXTO: El deudor hipotecario expresamente conviene lo siguiente:
SIXTH: That the mortgagor specifically agrees as follows:————————————

(Uno) Pagar al acreedor hipotecario prontamente a su vencimiento cualquier deuda
(One) To pay promptly when due any indebtedness————————————————

-4-

Forma FmHA 427–1PR
( 10–82 )

aquí garantizada e indemnizar y conservar libre de pérdida al acreedor hipotecario
to the mortgagee hereby secured and to indemnify and save harmless the mortgagee against any

bajo el seguro del pago del pagaré por incumplimiento del deudor hipotecario.
loss under its insurance of payment of the note by reason of any default by the mortgagor.

En todo tiempo cuando el pagaré sea poseído por el prestamista asegurado, el
At all times when the note is held by an insured lender, the

deudor hipotecario continuará haciendo los pagos contra dicho pagaré al acreedor
mortgagor shall continue to make payments on the note to the mortgagee,

hipotecario como agente cobrador del tenedor del mismo.
as collection agent for the holder.

(Dos) A pagar al acreedor hipotecario una cuota inicial por inspección y tasación
(Two) To pay to the Mortgagee any initial fees for inspection and appraisal

y cualquier cargo por delincuencia requerido en el presente o en el futuro por los
and any delinquency charges, now or hereafter required by

reglamentos de la Administración de Hogares de Agricultores.
regulations of the Farmer's Home Administration.

(Tres) En todo tiempo cuando el pagaré sea poseído por un prestamista asegu-
(Three) At all times when the note is held by an insured lender,

rado, cualquier suma adeudada y no pagada bajo los términos del pagaré, menos
any amount due and unpaid under the terms of the note, less

la cantidad o carga anual, podrá ser pagada por el acreedor hipotecario al tenedor
the amount of the annual charge, may be paid by the mortgagee to the holder

del pagaré bajo los términos provistos en el pagaré y en el endoso de seguro referido
of the note to the extent provided in the insurance endorsement

en el párrafo CUARTO anterior por cuenta del deudor hipotecario.
referred to in paragraph FOURTH hereof for the account of the mortgagor.

Cualquier suma vencida y no pagada bajo los términos del pagaré, sea éste poseído
Any amount due and unpaid under the terms of the note, whether it is held

por el acreedor hipotecario o por el prestamista asegurado, podrá ser acreditada
by the mortgagee or by an insured lender, may be credited

por el acreedor hipotecario al pagaré y en su consecuencia constituirá un adelanto
by the mortgagee on the note and thereupon shall constitute an advance

por el acreedor hipotecario por cuenta del deudor hipotecario.
by the mortgagee for the account of the mortgagor.

Cualquier adelanto por el acreedor hipotecario tal como se describe en este sub-
Any advance by the mortgagee as described in this

párrafo devengará intereses a razón del   CINCO Y UN CUARTO
subparagraph shall bear interest at the rate of

por ciento ( 5.25 %)
per cent ( %)

anual a partir de la fecha en que venció el pago hasta la fecha en que el deudor
per annum from the date on which the amount of the advance was due to the date of payment

hipotecario lo satisfaga.
to the mortgagee.

(Cuatro) Fuere o no el pagaré asegurado por el acreedor hipotecario, cualquier
(Four) Whether or not the note is insured by the mortgagee, any

o todo adelanto hecho por el acreedor hipotecario para prima de seguro, repa-
and all amount advanced by the mortgagee for property insurance premiums, repairs,

raciones, gravámenes u otra reclamación en protección de los bienes hipoteca-
liens and other claims, for the protection of the mortgaged property,

dos o para contribuciones o impuestos u otro gasto similar por razón de haber
or for taxes or assessments or other similar charges by reason of the

Forma FmHA 427–1PR
( 10–82 )

el deudor hipotecario dejado de pagar por los mismos, devengará intereses a razón
mortgagor's failure to pay the same, shall bear interest at the rate—

del tipo estipulado en el subpárrafo anterior desde la fecha de dichos adelantos
stated in the next preceding subparagraph from the date of the advance—  —  —  —  —  —

hasta que los mismos sean satisfechos por el deudor hipotecario.—  —  —  —  —  —
until repaid to the mortgagee.—  —  —  —  —  —  —  —  —  —  —  —  —  —  —

(Cinco) Todo adelanto hecho por el acreedor hipotecario descrito en esta hipo-
(Five) All advances made by mortgagee as described in this mortgage,—  —  —  —  —

teca con sus intereses vencerá inmediatamente y será pagadero por el deudor hipo-
with interest, shall be immediately due and payable by the mortgagor—  —  —  —  —  —

tecario al acreedor hipotecario sin necesidad de requerimiento alguno en el sitio
to mortgagee without demand at the—  —  —  —  —  —  —  —  —  —  —  —  —  —  —

designado en el pagaré y será garantizado por la presente hipoteca. Ningún adelanto
place designated in the note and shall be guaranteed hereby. No such advance—  —  —  —

hecho por el acreedor hipotecario no relevará al deudor hipotecario de su obligación
by mortgagee shall relieve the mortgagor from breach of his covenant—  —  —  —  —  —

del convenio de pagar. Dichos adelantos, con sus intereses, se reembolsarán de los
to pay. Such advances, with interest shall be repaid from the—  —  —  —  —  —  —  —  —

primeros pagos recibidos del deudor hipotecario. Si no hubieren adelantos, todo
first available collections received from mortgagor. Otherwise, any payments—  —  —  —

pago verificado por el deudor hipotecario podrá ser aplicado al pagaré o a cualquier
payment made by mortgagor may be applied on the note or any—  —  —  —  —  —  —  —

otra deuda del deudor hipotecario aquí garantizada en el orden que el acreedor
indebtedness to mortgagee secured hereby, in any order mortgagee—  —  —  —  —  —  —

hipotecario determinare.—  —  —  —  —  —  —  —  —  —  —  —  —  —  —  —  —  —
determines.—  —  —  —

(Seis) Usar el importe del préstamo evidenciado por el pagaré únicamente para
(Six) To use the loan evidenced by the note solely—  —  —  —  —  —  —  —  —  —  —

los propósitos autorizados por el acreedor hipotecario.—  —  —  —  —  —  —  —  —
for purposes authorized by mortgagee.—  —  —  —  —  —  —  —  —  —  —  —  —

(Siete) A pagar a su vencimiento las contribuciones, impuestos especiales, gravá-
(Seven) To pay when due all taxes, special assessments, liens—  —  —  —  —  —  —  —

menes y cargas que graven los bienes o los derechos o intereses del deudor hipo-
and charges encumbering the property or the right or interest of mortgagee—  —  —  —  —

tecario bajo los términos de esta hipoteca.—  —  —  —  —  —  —  —  —  —  —  —  —
under the terms of this mortgage.—  —  —  —  —  —  —  —  —  —

(Ocho) Obtener y mantener seguro contra incendio y otros riesgos según requie-
(Eight) To procure and maintain insurance against fire and other hazards as required—

ra el acreedor hipotecario sobre los edificios y las mejoras existentes en los bie-
by mortgagee on all existing buildings and improvements on the pro—  —  —  —  —  —

nes o cualquier otra mejora introducida en el futuro. El seguro contra fuego y
perty and on any buildings and improvements put there on in the future. The insurance against

otros riesgos serán en la forma y por las cantidades, términos y condiciones que
fire and other hazards will be in the form and amount and on terms and conditions

aprobare el acreedor hipotecario.—  —  —  —  —  —  —  —  —  —  —  —  —  —  —
approved by mortgagee.—  —  —  —  —  —  —  —  —  —  —

(Nueve) Conservar los bienes en buenas condiciones y prontamente verificar las
(Nine) To keep the property in good condition and promptly make all—  —  —  —  —  —

reparaciones necesarias para la conservación de los bienes; no cometerá ni per-
necessary repairs for the conservation of the property; he will not commit nor—  —  —  —

mitirá que se cometa ningún deterioro de los bienes; ni removerá ni demolerá
permit to be committed any deterioration of the property; he will not remove nor demolish

Forma FmHA 427–1PR
( 10–82 )

ningún edificio o mejora en los bienes, ni cortará ni removerá madera de la finca,
any building or improvement on the property; nor will he cut or remove wood from the farm

ni removerá ni permitirá que se remueva grava, arena, aceite, gas, carbón u otros
nor remove nor permit to be removed gravel, sand, oil, gas, coal, or other—

minerales sin el consentimiento del acreedor hipotecario y prontamente llevará
minerals without the consent of mortgagee, and will promptly carry out—

a efecto las reparaciones en los bienes que el acreedor hipotecario requiera de tiempo
the repairs on the property that the mortgagee may request from time—

en tiempo. El deudor hipotecario cumplirá con aquellas prácticas de conservación
to time. Mortgagor shall comply with such farm conservation practices—

de suelo y los planes de la finca y del hogar que el acreedor hipotecario de tiempo en
and farm and home management plans as mortgagee from time to—

tiempo pueda prescribir.————————————————————————
time may prescribe.—

(Diez) Si esta hipoteca se otorga para un préstamo a dueño de finca según se iden-
(Ten) If this mortgage is given for a loan to a farm owner as identified—

tifica en los reglamentos de la Administración de Hogares de Agricultores, el deudor
in the regulations of the Farmers Home Administration, mortgagor—

hipotecario personalmente operará los bienes por sí y por medio de su familia como
will personally operate the property with his own and his family labor as a farm and for no other

una finca y para ningún otro propósito y no arrendará la finca ni parte de ella a
purpose and will not lease the farm or any part of it—

menos que el acreedor hipotecario consienta por escrito en otro método de opera-
unless mortgagee agrees in writing to any other method of operation—

ción o al arrendamiento.————————————————————————
or lease.—

(Once) Someterá en la forma y manera que el acreedor hipotecario requiera la
(Eleven) To submit in the form and manner mortgagee may require,—

información de sus ingresos y gastos y cualquier otra información relacionada con
information as to his income and expenses and any other information in regard to the—

la operación de los bienes y cumplirá con todas las leyes, ordenanzas y reglamentos
operation of the property, and to comply with all laws, ordinances, and regulations—

que afecten los bienes o su uso.————————————————————
affecting the property or its use.—

(Doce) El acreedor hipotecario, sus agentes y abogados, tendrán en todo tiempo el
(Twelve) Mortgagee, its agents and attorneys, shall have the right at all reasonable times—

derecho de inspeccionar y examinar los bienes con el fin de determinar si la garantía
to inspect and examine the property for the purpose of ascertaining whether or not—

otorgada está siendo mermada o deteriorada y si dicho examen o inspección deter-
the security given is being lessened or impaired, and if such inspection or examination shall—

minare, a juicio del acreedor hipotecario, que la garantía otorgada está siendo mer-
disclose, in the judgment of mortgagee, that the security given is being lessened

mada o deteriorada, tal condición se considerará como una violación por parte del
or impaired, such condition shall be deemed a breach by the—

deudor hipotecario de los convenios de esta hipoteca.————————————
mortgagor of the covenants of this mortgage.—

(Trece) Si cualquier otra persona detentare con o impugnare el derecho de posesión
(Thirteen) If any other person interferes with or contests the right to possession

del deudor hipotecario a los bienes, el deudor hipotecario inmediatamente notificará
of the mortgagor to the property, the mortgagor will immediately

al acreedor hipotecario de dicha acción y el acreedor hipotecario, a su opción,
mortgagee of such action, and mortgagee at its option—

Forma FmHA 427–1PR
( 10–82 )

podrá instituir aquellos procedimientos que fueren necesarios en defensa de sus
may institute the necessary proceedings in defense of its————————————————

intereses y los gastos y desembolsos incurrido por el acreedor hipotecario en dichos
interest, and any costs or expenditures incurred by mortgage by said——————————

procedimientos, serán cargados a la deuda del deudor hipotecario y se considerarán
proceedings will be charged to the mortgage debt and considered——————————————

garantizados por esta hipoteca dentro del crédito adicional de la cláusula hipotecaria
by this mortgage within the additional credit of the mortgage clause——————————

para adelantos, gastos y otros pagos.————————————————————————
for advances, expenditures and other payments.————————————————————

(Catorce) Si el deudor hipotecario en cualquier tiempo mientras estuviere vigente
(Fourteen) If the mortgagor at any time while this mortgage remains in effect——————

esta hipoteca, abandonare los bienes o voluntariamente se los entregase al acree-
should abandon the property or voluntarily deliver it to mortgagee,——————————

dor hipotecario, el acreedor hipotecario es por la presente autorizado y con pode-
mortgagee is hereby authorized and empowered——————————————————————

res para tomar posesión de los bienes, arrendarlos y administrar los bienes y cobrar
to take possession of the property, to rent and administer the same and collect————————

sus rentas, beneficios e ingresos de los mismos y aplicarlos en primer término a los
the rents, benefits, and income from the same and apply them first to the——————————

gastos de cobro y administración y en segundo término al pago de la deuda eviden-
costs of collection and administration and secondly to the payment of the debt evidenced————

ciada por el pagaré o cualquier otra deuda del deudor hipotecario y aquí garantizada,
by the note or any indebtedness to mortgagee hereby guaranteed, ——————————————

en el orden y manera que el acreedor hipotecario determinare.——————————————
in what ever order and manner mortgagee may determine.——————————————————

(Quince) En cualquier tiempo que el acreedor hipotecario determinare que el deudor
(Fifteen) At any time that mortgagee determines that mortgagor——————————————

hipotecario puede obtener un préstamo de una asociación de crédito para produc-
may be able to obtain a loan from a credit association for production——————————————

ción de un Banco Federal u otra fuente responsable, cooperativa o privada, a un
Federal Bank or other responsible source, cooperative or private, at a——————————

tipo de interés y términos razonables para préstamos por tiempo y propósitos
rate of interest and reasonable periods of time and purposes,——————————————————

similares, el deudor hipotecario, a requerimiento del acreedor hipotecario, solicitará
mortgagor, at mortgagee's request will apply for and accept——————————————————

y aceptará dicho préstamo en cantidad suficiente para pagar por las acciones nece-
said loan in sufficient amount to pay the note and any other indebtedness secured hereby and to

sarias en la agencia cooperativa en relación con dicho préstamo.——————————————
purchase any necessary shares of stock in the cooperative agency in regard to said loan.—————

(Dieciseis) El incumplimiento de cualesquiera de las obligaciones garantizadas
(Sixteen) Should default occur in the performance or discharge of any obligation secured————

por esta hipoteca, o si el deudor hipotecario o cualquier otra persona incluída como
by this mortgage, or should mortgagor, or any one of the persons herein called

deudor hipotecario faltare en el pago de cualquier cantidad o violare o faltare cumpliere
mortgagor, default in the payment of any amounts or violate or fail to comply——————

con cualquier cláusula, condición, estipulación o convenio o acuerdo aquí contenido
with any clause, condition, stipulation, covenant, or agreement contained herein,——————

o en cualquier convenio suplementario, o falleciere o se declarare o fuere declarado
or in any supplementary agreement, or die or be declared an——————————————————

incompetente, en quiebra, insolvente o hiciere una cesión en beneficio de un acree-
incompetent, a bankrupt, or an insolvent, or make an assignment

Forma FmHA 427-1PR
( 10-82 )

dores, o los bienes o parte de ellos o cualquier interés en los mismos fueren cedidos,
creditors, or should the property or any part thereof or interest therein be assigned,—————

vendidos, arrendados, transferidos o gravados voluntariamente o de otro modo,
sold, leased, transferred, conveyed, or encumbered, voluntarily or otherwise,—————

sin el consentimiento por escrito del acreedor hipotecario, el acreedor hipotecario es
without the written consent of mortgagee, mortgagee is—————————————————————

irrevocablemente autorizado y con poderes, a su opción y sin notificación: (Uno) a
irrevocably authorized and empowered, at its option, and without notice: (One) to—————

declarar toda deuda no pagada bajo los términos del pagaré o cualquier otra deuda
declare all amounts unpaid under the note, and any indebtedness—————————————

al acreedor hipotecario aquí garantizada, inmediatamente vencida y pagadera y
to the mortgagee secured hereby, immediately due and payable and—————————————

proceder a su ejecución de acuerdo con la ley y los términos de la misma; (Dos)
to foreclose this mortgage in accordance with law and the provisions hereof; (Two)—————

incurrir y pagar los gastos razonables para la reparación o mantenimiento de los
to incur and pay reasonable expenses for the repair and maintenance of the—————————

bienes y cualquier gasto u obligación que el deudor hipotecario no pagó según se
property and any expenses and obligations that mortgagor did not pay as—————————

conviniere en esta hipoteca, incluyendo las contribuciones, impuestos, prima de
agreed in this mortgage, including taxes, assessments, insurance premium,—————————

seguro y cualquier otro pago o gasto para la protección y conservación de los bienes
and any other expenses or costs for the protection and preservation of the property—————

y de esta hipoteca o incumplimiento de cualquier precepto de esta hipoteca y (Tres)
and this mortgage, or for compliance with any of the provisions of this mortgage; and (Three)

de solicitar la protección de la ley. ————————————————————————————————
request the protection of the law.—————

(Diecisiete) El deudor hipotecario pagará o reembolsará al acreedor hipotecario
(Seventeen) Mortgagor will pay, or reimburse mortgagee—————————————————————

todos los gastos necesarios para el fiel cumplimiento de los convenios y acuerdos
for all necessary expenses for the fulfillment of the covenants and agreements—————

de esta hipoteca, los del pagaré y en cualquier otro convenio suplementario, in-
of this mortgage and of the note and of any supplementary agreement, including—————

cluyendo los gastos de mensura, evidencia de título, costas, inscripción y hono-
the costs of survey, evidence of title, court costs, recordation fee and—————————

rarios de abogado. ——————————————————————————————————————————
attorney's fees.—————

(Dieciocho) Sin afectar en forma alguna los derechos del acreedor a requerir y
(Eighteen) Without in any manner affecting the right of the mortgagee to require and—————

hacer cumplir en una fecha subsiguiente a los mismos los convenios, acuerdos u
enforce performance at a subsequent date of the same, similar or other covenant, agreement

obligaciones aquí contenidos o similares u otros convenios, y sin afectar la respon-
obligation herein set forth, and without affecting the liability—————————————————

sabilidad de cualquier persona para el pago del pagaré o cualquier otra deuda aquí
of any person for payment of the note or any indebtedness—————————————————

garantizada y sin afectar el gravámen impuesto sobre los bienes o la prioridad del
secured hereby, and without affecting the lien created upon said property or the priority of

gravámen, el acreedor hipotecario es por la presente autorizado y con poder en
said lien, the mortgagee is hereby authorized and empowered at—————————————

cualquier tiempo (Uno) renunciar el cumplimiento de cualquier convenio u obli-
any time (one) waive the performance of any covenant or obligation—————————————

gación aquí contenida o en el pagaré o en cualquier convenio suplementario (Dos)
contained herein or in the note or in any supplementary agreement; (two)—————————

Forma FmHA 427–1PR
('10–82')

negociar con el deudor hipotecario o conceder al deudor hipotecario cualquier
deal in any way with mortgagor or grant to mortgagor any

indulgencia o tolerancia o extensión de tiempo para el pago del pagaré (con el
indulgence or forbearance or extension of the time for payment of the note (with the

consentimiento del tenedor de dicho pagaré cuando esté en manos de un presta-
consent of the holder of the note when it is held by

mista asegurado) o para el pago de cualquier deuda a favor del acreedor hipoteca-
an insured lender) or for payment of any indebtedness to mortgagee

rio, y aquí garantizada; o (Tres) otorgar y entregar cancelaciones parciales de cual-
hereby secured; or (three) execute and deliver partial releases of any

quier parte de los bienes de la hipoteca aquí constituída u otorgar diferimiento o
part of said property from the lien hereby created or grant deferment or

postergación de esta hipoteca a favor de cualquier otro gravámen constituído sobre
postponement of this mortgage to any other lien over

dichos bienes.
said property.

(Diecinueve) Todos los derechos, título e interés en y sobre la presente hipoteca,
(Nineteen) All right, title and interest in or to this mortgage,

incluyendo pero no limitando el poder de otorgar consentimientos, cancelaciones
including but not limited to the power to grant consents, partial releases,

parciales, subordinación, cancelación total, radica sola y exclusivamente en el
subordinations, and satisfaction, shall be vested solely and exclusively in

acreedor hipotecario y ningún prestamista asegurado tendrá derecho, título o in-
mortgagee, and no insured lender shall have any right, title or interest

terés alguno en o sobre el gravámen y los beneficios aquí contenidos.
in or to the lien or any benefits herein contained.

(Veinte) El incumplimiento de esta hipoteca constituirá incumplimiento de cuales-
(Twenty) Default hereunder shall constitute default under any

quiera otra hipoteca, préstamo refaccionario, o hipoteca de bienes muebles poseída
other real estate or crop or chattel mortgage held

o asegurada por el acreedor hipotecario y otorgada o asumida por el deudor hipo-
or insured by mortgagee and executed or assumed by mortgagor,

tecario; y el incumplimiento de cualesquiera de dichos instrumentos de garantía
and default under any such other security instrument shall

constituirá incumplimiento de esta hipoteca.
constitute default hereunder.

(Veintiuno) Todo aviso que haya de darse bajo los términos de esta hipoteca será
(Twenty-One) All notices to be given under this mortgage shall

remitido por correo certificado a menos que se disponga lo contrario por ley, y
be sent by certified mail unless otherwise required by law,

será dirigido hasta tanto otra dirección sea designada en un aviso dado al efecto,
and shall be addressed until some other address is designated in a notice so given

en el caso del acreedor hipotecario a Administración de Hogares de Agricultores,
in the case of mortgagee to Farmers Home Administration,

Departamento de Agricultura de Estados Unidos, San Juan, Puerto Rico, y en el
United States Department of Agriculture, San Juan, Puerto Rico, and in the

caso del deudor hipotecario, a él a la dirección postal de su residencia, según se
case of mortgagor to him at the post office address of his residence, as stated

especifica más adelante.
hereinafter.

(Veintidos) El deudor hipotecario por la presente cede al acreedor hipotecario
(Twenty-Two) Mortgagor by these presents grants to mortgagee

10

Forma FmHA 427–1PR
( 10–82 )

el importe de cualquier sentencia obtenido por expropiación forzosa para uso
the amount of any judgment obtained by reason of condemnation proceedings for public

público de los bienes o parte de ellos así como también el importe de la sentencia
use of the property or any part thereof as well as the amount of any judgment

por daños causados a los bienes. El acreedor hipotecario aplicará el importe así
for damages caused to the property. The mortgagee will apply the amount so

recibido al pago de los gastos en que incurriere en su cobro y el balance al pago del
received to the payment of costs incurred in its collection and the balance to the payment

pagaré y cualquier cantidad adeudada al acreedor hipotecario garantizada por esta
of the note and any indebtedness to the mortgagee secured by this

hipoteca, y si hubiere algún sobrante, se reembolsará al deudor hipotecario.
mortgage, and if any amount then remains, will pay such amount to mortgagor.

SEPTIMO: Para que sirva de tipo a la primera subasta que deberá celebrarse en caso
SEVENTH: That for the purpose of the first sale to be held in case

de ejecución de esta hipoteca, de conformidad con la ley hipotecaria, según enmen-
of foreclosure of this mortgage, in conformity with the mortgage law, as amended,

dada, el deudor hipotecario por la presenta tasa los bienes hipotecados en la suma
mortgagor does hereby appraise the mortgaged property in the amount

de   ONCE MIL DOLARES ($11,000.00).-----------------------
of

OCTAVO: El deudor hipotecario por la presente renuncia al trámite de requeri-
EIGHTH: Mortgagor hereby waives the requirement of law and agrees to be

miento y se considerará en mora sin necesidad de notificación alguna por parte
considered in default without the necessity of any notification of default or demand for pay-

del acreedor hipotecario. Esta hipoteca está sujeta a los reglamentos de la Ad-
ment on the part of mortgagee. This mortgage is subject to the rules and regulations of the

ministración de Hogares de Agricultores ahora en vigor y a futuros reglamentos,
Farmers Home Administration now in effect, and to its future regulations

no inconsistentes con los términos de esta hipoteca, así como también sujeta a
not inconsistent with the provisions of this mortgage, as well as to the

las leyes del Congreso de Estados Unidos de America que autorizan la asignación
laws of the Congress of the United States of America authorizing the making and

y aseguramiento del préstamo antes mencionado.-----------------
insuring of the loan hereinbefore mentioned.

NOVENO: Las cantidades garantizadas por esta hipoteca son las siguientes:------
NINTH: The amounts guaranteed by this mortgage are as follows:

Una. En todo tiempo cuando el pagaré relacionado en el párrafo TERCERO de
One. At all times when the note mentioned in paragraph THIRD of

esta hipoteca sea poseído por el acreedor hipotecario o en caso que el acreedor
this mortgage is held by mortgagee, or in the event mortgagee

hipotecario cediere esta hipoteca sin asegurar el pagaré: ONCE MIL----------
should assign this mortgage without insurance of the note,

----------------------------   DOLARES ($11,000.00 )
                               DOLLARS

el principal de dicho pagaré, con sus intereses según estipulados a razón del
the principal amount of said note, together with interest as stipulated therein at the rate of

Y UN CUARTO----------------   por cien            5.25   o/o) anual
                              per cent                  o/o/per annum

Forma FmHA 427–1PR
(·10–82·)

Dos. En todo tiempo ·cuando el pagaré es poseído por un prestamista asegurado:
Two. At all times when said note is held by an insured lender:

(A)   ONCE MIL-----------------------------------------

------------------------------- DOLARES ($ 11,000.00  )
                                DOLLARS  ($

para indemnizar al acreedor hipotecario por adelantos al prestamista asegurado
for indemnifying the mortgagee for advances to the insured lender----------------

por motivo del incumplimiento del deudor hipotecario de pagar los plazos según
by reason of mortgagor's failure to pay the installments as-----------------------

se especifica en el pagaré, con intereses según se especifica en el párrafo SEXTO,
specified in the note, with interest as stated in paragraph SIXTH,-----------------

Tercero;----------------------------------------------
Three:-------------------------------------------------

(B)   DIEZ Y SEIS MIL QUINIENTOS----------------------

---------------------------DOLARES ($ 16,500.00   )
                           DOLLARS  ($

para indemnizar al acreedor hipotecario además contra cualquier pérdida que pueda
for indemnifying the mortgagee further against any loss it might------------------

sufrir bajo su seguro de pago del pagaré.--------------------------------
sustain under its insurance of payment of the note;---------------------

Tres. En cualquier caso y en todo tiempo;------------------------------
Three. In any event and at all times whatsoever:---------------------

(A) CUATROCIENTOS CUARENTA=============================
(A)

($ 440.00          ) para intereses después de mora:--------------
($                 ) for default interest;----------------------

(B) DOSCIENTOS VEINTE DOLARES--------------------------
(B)

($220.00           ) para contribuciones, seguro y otros adelantos para la con-
($                 ) for taxes, insurance and other advances for the preservation-------

servación y protección de esta hipoteca, con intereses al tipo estipulado en el párrafo
and protection of this mortgage, with interest at the rate stated in paragraph----------

SEXTO, Tercero;--------------------------------------
SIXTH, Three;---------------------------------------

(C)   CIENTO DIEZ DOLARES-----------------------------
(C)

($ 110.00)-------       ) para costas, gastos y honorarios de abogado en caso
($                     ) for costs, expenses and attorney's fees in case--------

de ejecución;--------------------------------------
of foreclosure:------------------------------------

(D)   CIENTO DIEZ DOLARES-----------------------------
(D)

($ 110.00              ) para costas y gastos que incurra el acreedor hipoteca-
($                     ) for costs and expenditures incurred by the mortgagee in------

rio en procedimientos para defender sus intereses contra cualquier persona que inter-
proceedings to defend its interests against any other person interfering with-----------

venga o impugne el derecho de posesión del deudor hipotecario a los bienes que
or contesting the right of possession of mortgagor to the property----------------------

se consigna en el párrafo SEXTO, Trece.--------------
provided in paragraph (SIXTH, Thirteen.=

.Forma FmHA 427–1PR
( 10–82 )

DECIMO: Que el (los) pagaré(s) a que se hace referencia en el párrafo TERCERO
TENTH: That the note(s) referred to in paragraph THIRD

de esta hipoteca es (son) descrito(s) como sigue:———————————————
of this mortgage is(are) described as follows:—

"Pagaré otorgado en el caso número Sesenta y Tres-Quince, Ciento———
"Promissory note executed in case number

Noventa y Nueve-Veintiseis-Tres Cuatro Siete Nueve—————
(63-15-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)———————————— fechado el día
                                                                    dated the

diez y ocho  de  julio————————— de mil novecientos
         day of                      nineteen hundred and

ochenta y cuatro————— por la suma de ONCE MIL—————————
                             in the amount of

——————————————————————————— dólares de principal más
                                                                of principal plus

intereses sobre el balance del principal adeudado a razón del CINCO Y UN CUARTO
interest over the unpaid balance at the rate of

————————————————  {  5.25%  } por ciento anual,
                                                                    percent per annum,

hasta tanto su principal sea totalmente satisfecho según los términos, plazos, condi-
until the principal is totally paid according to the terms, installments,

ciones y estipulaciones contenida en dicho pagaré y según acordados y convenidos
conditions and stipulation contained in the promissory note and as agreed————

entre el Prestatario y el Gobierno; excepto el pago final del total de la deuda aquí
between the borrower and the Government, except that the final installment of the—

representada, de no haber sido satisfecho con anterioridad, vencerá y sera pagadero
entire debt herein evidenced, if not sooner paid, will be due——————————

a los  CUARENTA (40)——————————————————————————
and payable,

años de la fecha de este pagaré.——————————————————————
years from the date of this promissory note.—

Dicho pagaré ha sido otorgado como evidencia de un préstamo concedido por el
Said promissory note is given as evidence of a loan made by the——————

Gobierno al Prestatario de conformidad con la Ley del Congreso de los Estados
Government to the borrower pursuant to the law of the Congress of the United—

Unidos de América denominada "Consolidated Farm and Rural Development Act
States of America known as "Consolidated Farm and Rural Development Act———

of 1961" o de conformidad con el "Title V of the Housing Act of 1949", según
of 1961" or pursuant to "Title V of the Housing Act of 1949, as———————

han sido enmendadas y está sujeto a los presentes reglamentos de la Administración
amended, and is subject to the present regulations of the Farmers——————

de Hogares de Agricultores y a los futuros reglamentos no inconsistentes con dicha
Home Administration and to its future regulations not inconsistent with the————

Ley. De cuya descripción, yo, el Notario Autorizante, DOY FE.————————
express provision thereof. Of which description I, the authorizing notary, GIVE FAITH.—

UNDECIMO: Que la propiedad objeto de la presente escritura y sobre que se
ELEVENTH: That the property object of this deed and over wh

constituye Hipoteca Voluntaria, se describe como sigue:
voluntary mortgage is constituted, is described as follows:

Forma FmHA 427-1PR
( 10-82 )

para fines agrícolas y la construcción y/o reparación y/o mejoras de las instalaciones
for agricultural purposes and the construction and/or repair and improvement of the physical

físicas en la finca(s) descrita(s).
installations on the described farm(s).

DECIMO CUARTO: El prestatario ocupará personalmente y usará cualquier estruc-
FOURTEENTH: The borrower will personally occupy and use any structure

tura que haya sido construída, mejorada o comprada con el importe del préstamo
constructed, improved or purchased with the proceeds of the loan

aquí garantizado y no arrendará o usará para otros fines dicha estructura a menos
herein guaranteed and shall not lease or use for other purposes said structure unless

que el Gobierno lo consienta por escrito. La violación de esta clausula como la
the Government so consents in writing. Violation of this clause as well as

violación de cualquiera otro convenio o cláusula aquí contenida ocasionará el
violation of any other agreement or clause herein contained will cause

vencimiento de la obligación como si todo el término hubiese transcurrido y en
the debt to become due as if the whole term had elapsed and the

aptitud el Gobierno de declarar vencido o pagadero el préstamo y proceder a la
Government at its option may declare due and payable the loan and proceed to

ejecución de la hipoteca.
the foreclosure of the mortgage.

DECIMO QUINTO: Esta hipoteca se extiende expresamente a toda construcción
FIFTEENTH: This mortgage expressly extends to all construction

o edificación existente en la(s) finca(s) antes descrita(s) y a toda mejora, construc-
or building existing on the farm(s) hereinbefore described and all improvement,

ción o edificación que se construya en dicha finca(s) durante le vigencia del prés-
construction or building constructed on said farm(s) while the

tamo hipotecario constituido a favor del Gobierno, verificada por los actuales
mortgage loan constituted in favor of the Government is in effect, made by the present

dueños deudores o por sus cesionarios o causahabientes.
owners or by their assignees or successors.

DECIMO SEXTO: El deudor hipotecario por la presente renuncia mancomunada
SIXTEENTH: The mortgagor by these presents hereby waives jointly and

y solidariamente por sí y a nombre de sus herederos causahabientes, sucesores o
severally for himself and on behalf of his heirs, assignees, successors or

representantes a favor del acreedor (ADministración de Hogares de Agricultores),
representatives, in favor of mortgagee (Farmers Home Administration)

cualquier derecho de Hogar Seguro (Homestead) que en el present o en el futuro
any Homestead right (Homestead) that presently or in the future

pudiera tener en la propiedad descrita en el párrafo undécimo y en los edificios
he may have in the property described in paragraph eleventh and in the buildings

allí enclavados o que en el futuro fueran construídos; Teniendo esta permitida
thereon or which in the future may be constructed; this waiver being permitted

a favor de la Administración de Hogares de Agricultores por la Rey Número trece
in favor of the Farmers Home Administration by Law Number Thirteen

(13) del veintiocho (28) de mayo de mil novecientos sesenta y nueve (1969) (31
(13) of the twenty-eights of May, nineteen hundred sixty-nine (1969) (31

L.P.R.A. 1851).
L.P.R.A. 1851).

DECIMO SEPTIMO: El acreedor y el deudor hipotecario convienen en que cual-
SEVENTEENTH: Mortgagee and mortgagor agree that any

quier estufa, horno, calentador comprado o financiado total o parcialmente con
stove, oven, water heater, purchased or financed completely or partially with

Forma FmHA 427–1PR
(·10–82 )

---------------------------ACEPTACION---------------------------
ACCEPTANCE

El (los) comparecientes ACEPTAN esta escritura en la forma redactada una vez
The appearing party (parties) ACCEPT(S) this deed in the manner drawn once----------------

yo, el Notario autorizante, le (les) hice las advertencias legales pertinentes.--------
I, the authorizing Notary, have made to him (them) the pertinent legal warnings.--------

Así lo dicen y otorgan ante mí, el Notario autorizante, el (los) compareciente(s)
So they say and execute before me, the authorizing Notary, the appearing party (parties)-------

sin requerir la presencia de testigos después de renunciar su derecho a ello del que
without demanding the presence of witnesses after waiving his (their) right to do so of which

le(s)  advertí.----------------------------------------------------
I advised him (them).----------------------------------------------------

Después de ser leída esta escritura por el (los) compareciente(s), se ratifica(n)
After this deed was read by the appearing party(parties) he (they) ratify its--------------

en su contenido, pone(n) sus iniciales en cada uno de los fólios de esta escritura
contents, place(s) his (their) initials on each of the folios of this deed-------------------

incluyendo el último y la firma(n) todos ante mí, el Notario autorizante, que DOY
including the last one, and all sign before me, the authorizing Notary who GIVES-----------

FE de todo el contenido de esta escritura.------------------------------
FAITH to everything contained in this deed.------------------------------

--El compareciente don Jesús Montero Chanza es también

conocido como Jesús María Montero Sánchez, siendo-----

ambos una misma persona.   REPITO LA FE.--------------

FIRMADO:-JESUS MONTERO SANCHEZ, conocido además como--
          JESUS MARIA MONTERO SANCHEZ.-----------------
FIRMADO:-JOSEFA RAMIREZ RIOS.------------------------

Aparecen las iniciales de los otorgantes
y la rubrica del notario al margen ca-
da pagina. Firmado Sigr.adr. Sellado y
rubricado por el notario que suscribe
(Cancelados los corre    diente s sellos de
Rentas Internas e Impuesto Notarial). ••••

CERTIFICO  Que esta es primera    fiel
y e  a    de su original que       mi
protoc    el número        ca-
dos y para  entregar a par
expido en la mema fech  de  su o
miento...

Notario Público

Inscrito al folio 181,
tomo 330 de Utuado
fca # 348 inscripción
29ª afecto a hipotecar
por $38,050.00 y a la
que comprende por este
documento, a favor del
Estado Unido de América.
Utuado a 5 octubre 1984.
Sin derechos    Por M de Figueroa
Registrador

H. Rafael Díaz
County Supervisor, FMHA
12-28-84



## CERTIFICATION

I, Juan M. Ortiz Serbiá, of legal age, married,
a resident of Guayama, Puerto Rico. In my
official capacity as State Executive Director of
the Farm Service Agency, U.S. Department of
Agriculture, hereby declare under penalty of
perjury that this is a true and exact copy of the
original document which I have under my
custody.

San Juan, Puerto Rico

JUAN M. ORTIZ-SERBIÁ
State Executive Director

Registered on page 181 of volume 330 of Utuado farm #348, 29th registration.

Encumbered by mortgage on behalf of the U.S.A. in the amount of $38,000.00 and the constituted hereunder. Utuado, October 5, 1984

Exempt (sgd.) Doris M. de Figueroa

Registrar

OFFICIAL SEAL OF THE REAL ESTATE REGISTRY, UTUADO SECTION

USDA-FmHA
Form FmHA 1940-17
(Rev. 4-92)

## PROMISSORY NOTE

| | KIND OF LOAN |
|---|---|
| | Type: __OL__  ☐ Regular  ☒ Limited Resource |

Pursuant to:
☐ Consolidated Farm & Rural Development Act
☐ Emergency Agricultural Credit Adjustment Act of 1978

**ACTION REQUIRING NOTE**
☒ Initial loan    ☐ Rescheduling
☐ Subsequent loan    ☐ Reamortization
☐ Consolidated &    ☐ Credit sale
   subsequent loan    ☐ Deferred payments
☐ Consolidation    ☐ Debt write down
☐ Conservation
   easement

| Name |  |
|---|---|
| DE JESUS REYES, JOSE LUIS | |

| State | County |
|---|---|
| PUERTO RICO | UTUADO |

| Case No. | Date |
|---|---|
| 63-15-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 | November 12, 1996 |

| Fund Code | Loan No. |
|---|---|
| 44 | 01 |

FOR VALUE RECEIVED, the undersigned Borrower and any cosigners jointly and severally promise to pay to the order of the United States of America, acting through the Farmers Home Administration, United States Department of Agriculture,

(herein called the "Government"), or its assigns, at its office in _____ UTUADO, PUERTO RICO _____

_____ , or at such other place as the Government may later designate in writing, the principal sum of

--------------FIVE THOUSANDS WITH 00/100-------------------------------- dollars

($ 5,000.00 _____ ), plus interest on the unpaid principal balance at the **RATE** of

-----------FIVE------------------------------------ percent ( _____5.00_____ %) per annum and

_____dollars ($ _____ )

of Noncapitalized interest. If this note is for a Limited Resource loan (indicated in the "Kind of Loan" box above) the Government may **CHANGE THE RATE OF INTEREST**, in accordance with regulations of the Farmers Home Administration, not more often than quarterly, by giving the Borrower thirty (30) days prior written notice by mail to the Borrower's last known address. The new interest rate shall not exceed the highest rate established in regulations of the Farmers Home Administration for the type of loan indicated above.

Principal and interest shall be paid in ____EIGHT____ installments as indicated below, except as modified by a different rate of interest, on or before the following dates:

| $ 33.00 | on 01-01-97 | ; $ 100.00 | on 01-01-98 ; |
|---|---|---|---|
| $ 1,200.00 | on 01-01-99 | ; $ | on ; |
| $ | on | ; $ | on ; |
| $ | on | ; $ | on ; |
| $ | on | ; $ | on ; |
| $ | on | ; $ | on ; |

and $ 1,200.00 _____ thereafter on ___1=1=___ of each ____YEAR____ until the principal and interest are fully paid except that the final installment of the entire debtedness evidenced hereby, if not sooner paid, shall be due and payable ____SEVEN____ years from the date of this note, and except that prepayments may be made as provided below. The consideration for this note shall also support any agreement modifying the foregoing schedule of payments.

If the total amount of the loan is not advanced at the time of loan closing, the loan funds shall be advanced to the Borrower as requested by Borrower and approved by the Government. Approval by the Government will be given provided the advance is requested for a purpose authorized by the Government. Interest shall accrue on the amount of each advance from its actual date as shown in the Record of Advances at the end of this note. Borrower authorizes the Government to enter the amount(s) and date(s) of such advance(s) in the Record of Advances.

For each rescheduled, reamortized or consolidated note for applications for Primary and Preservation Loan Service Programs received prior to November 28, 1990, interest accrued to the date of this instrument which is more than 90 days overdue shall be added to principal and such new principal shall accrue interest at the rate evidenced by this instrument. For applications for Primary and Preservation Loan Service Programs received on or after November 28, 1990, all unpaid interest accrued to the date of this instrument shall be added to the principal and such new principal shall accrue interest at the rate evidenced by this instrument.

Every payment made on any indebtedness evidenced by this note shall be applied first to a portion of any interest which accrues during the deferral period, second to accrued interest to the date of the payment on the note account and then to the principal. Nonprogram loans are not eligible for deferral.

Prepayments of scheduled installments, or any portion of these installments, may be made at any time at the option of the Borrower. Refunds and extra payments, as defined in the regulations (7 CFR §1951.8) of the Farmers Home Administration according to the source of funds involved, shall, after payment of interest, to be applied to the last installments to become due under this note and shall not affect the obligation of Borrower to pay the remaining installments as scheduled in this note.

If the Government at any time assigns this note and insures the payment of it, Borrower shall continue to make payments to the Government as collection agent for the holder. While this note is held by an insured holder, prepayments made by Borrower may, at the option of the Government, be remitted by the Government to the holder promptly or, except for final payment, be retained by the Government and remitted to the holder on an installment due date basis. The effective date of every payment made by Borrower, except payments retained and remitted by the Government on an installment due date basis, shall be the date of the United States Treasury check by which the Government remits the payment to the holder. The effective date of any prepayment retained and remitted by the Government to the holder on an installment due date basis shall be the date of the prepayment by Borrower, and the Government will pay the interest to which the holder is entitled accruing between such date and the date of the Treasury check to the holder.

Any amount advanced or expended by the Government for the collection of this note or to preserve or protect any security for the loan or otherwise expended under the terms of any security agreement or other instrument executed in connection with the loan evidenced by this note, at the option of the Government shall become a part of and bear interest at the same rate as the principal of the debt evidenced by this note and be immediately due and payable by Borrower to the Government without demand.

Property constructed, improved, purchased, or refinanced in whole or in part with the loan evidenced by this note shall not be leased, assigned, sold, transferred, or encumbered, voluntarily or otherwise, without the written consent of the Government. Unless the Government consents otherwise in writing, Borrower will operate such property as a farm if this is a Farm Ownership loan.

If "Consolidation and subsequent loan," "Debt write down," "Consolidation," "Rescheduling," or "Reamortization" is indicated in the "Action Requiring Note" block above, this note is given to consolidate, reschedule or reamortize, but not in satisfaction of the unpaid principal and interest on the following described note(s) or assumption agreement(s) (new terms):

| FUND CODE/ LOAN NO. | FACE AMOUNT | INT. RATE | DATE | ORIGINAL BORROWER | LAST INSTALL. DUE |
|---|---|---|---|---|---|
| | $ | % | , 19 | | , 19 |
| | $ | % | , 19 | | , 19 |
| | $ | % | , 19 | | , 19 |
| | $ | % | , 19 | | , 19 |
| | $ | % | , 19 | | , 19 |
| | $ | % | , 19 | | , 19 |
| | $ | % | , 19 | | , 19 |

Security instruments taken in connection with the loans evidenced by these described notes and other related obligations are not affected by this consolidating, rescheduling or reamortizing. These security instruments shall continue to remain in effect and the security given for the loans evidenced by the described notes shall continue to remain as security for the loan evidenced by this note, and for any other related obligations.

**REFINANCING (GRADUATION) AGREEMENT**: If at any time it shall appear to the Government that the Borrower may be able to obtain financing from a responsible cooperative or private credit source at reasonable rates and terms for loans for similar purposes and periods of time, Borrower will, at the Government's request, apply for and accept a loan(s) in sufficient amount to pay this note in full and, if the lender is a cooperative, to pay for any necessary stock. The provisions of this paragraph do not apply if the loan represented by this promissory note was made to the Borrower as a nonprogram loan.

**HIGHLY ERODIBLE LAND AND WETLAND CONSERVATION AGREEMENT:** Borrower recognizes that the loan described in this note will be in default should any loan proceeds be used for a purpose that will contribute to excessive erosion of highly erodible land or to the conversion of wetlands to produce an agricultural commodity as further explained in 7 CFR Part 1940, Subpart G, Exhibit M. If (1) the term of the loan exceeds January 1, 1990, but not January 1, 1995, and (2) Borrower intends to produce an agricultural commodity on highly erodible land that is exempt from the restrictions of Exhibit M until either January 1, 1990, or two years after the Soil Conservation Service (SCS) has completed a soil survey for the Borrower's land, whichever is later, the Borrower further agrees that, prior to the loss of the exemption from the highly erodible land conservation restrictions found in 7 CFR Part 12, Borrower must demonstrate that Borrower is actively applying on that land which has been determined to be highly erodible, a conservation plan approved by the SCS or the appropriate conservation district in accordance with SCS's requirements. Furthermore, if the term of the loan exceeds January 1, 1995, Borrower further agrees that Borrower must demonstrate prior to January 1, 1995, that any production of an agricultural commodity on highly erodible land after that date will be done in compliance with a conservation system approved by SCS or the appropriate conservation district in accordance with SCS's requirements.

**DEFAULT:** Failure to pay when due any debt evidenced by this note or perform any covenant of agreement under this note shall constitute default under this and any other instrument evidencing a debt of Borrower owing to, insured or Guaranteed by the Government or securing or otherwise relating to such debt; and default under any such other instrument shall constitute default under this note. **UPON ANY SUCH DEFAULT,** the Government at its option may declare all or any part of any such indebtedness immediately due and payable.

This Note is given as evidence of a loan to Borrower made or insured by the Government pursuant to the Consolidated Farm and Rural Development Act, or the Emergency Agricultural Credit Adjustment Act of 1978 and for the type of loan as indicated in the "Kind of Loan" block above. This Note shall be subject to the present regulations of the Farmers Home Administration and to its future regulations not inconsistent with the express provisions of this note.

Presentment, protest, and notice are waived.

### CERTIFICATION

I, Juan M. Ortiz Serbiá, of legal age, married, a resident of Guayama, Puerto Rico. In my official capacity as State Executive Director of the Farm Service Agency, U.S. Department of Agriculture, hereby declare under penalty of perjury that this is a true and exact copy of the original document which I have under my custody.

San Juan, Puerto Rico

JUAN M. ORTIZ SERBIÁ
State Executive Director

José Luis DE JESÚS REYES _____ (Borrower)

Mildred Noemí SERRANO TORRES _____

P O Box 1024

Utuado,  PR 00641

### RECORD OF ADVANCES

| AMOUNT | DATE | AMOUNT | DATE | AMOUNT | DATE |
|--------|------|--------|------|--------|------|
| $ 5,000.00 | 11-12-96 | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | TOTAL | $ 5,000.00 | |

*Position 2*  FmHA 1940-17 (Rev. 4-92)

Forma FmHA 427-1(S) PR
(Rev. 10-82)

--------------------NUMERO   CIENTO SESENTA Y OCHO=========
                        NUMBER

-------------HIPOTECA VOLUNTARIA-----------------
                VOLUNTARY MORTGAGE

En la Ciudad de Utuado, Puerto Rico, a   los doce días--

------ mes de noviembre de mil novecientos noventa y----

-----------------ANTE MI-----------------------
                    BEFORE ME

-------MIGUEL TORRES MALDONADO-----------------

Abogado y Notario Público de la Isla de Puerto Rico con residencia en     Utuado,-
Attorney and Notary Public for the Island of Puerto Rico, with residence in

Puerto Rico-------   y oficina en      Utuado------------------
                     and office in                                Puerto Rico.

-------------COMPARECEN-----------------
                 APPEAR

Las personas nombradas en el párrafo DUODECIMO de esta hipoteca denomina-
The persons named in paragraph TWELFTH of this mortgage-------------------

dos de aquí en adelante el "deudor hipotecario" y cuyas circunstancias personales
hereinafter called the "mortgagor" and whose personal circumstances-------------

aparecen de dicho párrafo.------------------------------------------
appear from said paragraph.

Doy fe del conocimiento personal de los comparecientes, así como por sus dichos
I, the Notary, attest to the personal knowledge of the appearing parties, as well as to their----

de edad, estado civil, profesión y vecindad.--------------------------
statements which I believe to be true of their age, civil status, profession and residence.

Aseguran hallarse en el pleno goce de sus derechos civiles, la libre administración
They assure me that they are in full enjoyment of their civil rights, and the free administration

de sus bienes y teniendo a mi juicio la capacidad legal necesaria para este otorga-
of their property, and they have, in my judgment, the necessary legal capacity to grant this----

miento.--------------------------------------------------
voluntary   mortgage.

-------------EXPONEN-----------------
                WITNESSETH:

PRIMERO: El deudor hipotecario es dueño de la finca o fincas descritas en el
FIRST: That the mortgagor is the owner of the farm or farms described in----------

párrafo UNDECIMO así como de todos los derechos e intereses en las mismas,
paragraph ELEVENTH of this mortgage, and of all rights and interest in the same----

denominada de aquí en adelante "los bienes".--------------------------
hereinafter referred to as "the property".

SEGUNDO: Que los bienes aquí hipotecados están afectos a los gravámenes que
SECOND: That the property mortgaged herein is subject to the liens----------

se especifican en el párrafo UNDECIMO.----------------------------
specified in paragraph ELEVENTH herein.

TERCERO: Que el deudor hipotecario viene obligado para con Estados Unidos de
THIRD: That the mortgagor has become obligated to the United States-----------

América, actuando por conducto de la Administración de Hogares de Agricultu-
of America, acting through the Farmers Home Administration,----------------

res, denominado de aquí en adelante el "acreedor hipotecario", en relación con
hereinafter called the "mortgagee" in connection with

un préstamo o préstamos evidenciado por uno o más pagarés o convenio de sub-
a loan or loans evidenced by one or more promissory note(s) or assumption agreement(s)

rogación, denominado en adelante el "pagaré" sean uno o más. Se requiere por
hereinafter called "the note" whether one or more. It is required by

el Gobierno que se hagan pagos adicionales mensuales de una doceava parte de
the Government that additional monthly payments of one-twelfth of the

las contribuciones, avaluos (impuestos), primas de seguros y otros cargos que se
taxes, assessments, insurance premiums and other charges

hayan estimado sobre la propiedad hipotecada.
estimated against the property.

CUARTO: Se sobreentiende que:
FOURTH: It is understood that:

(Uno) El pagaré evidencia un préstamo o préstamos al deudor hipotecario por la
(One) The note evidences a loan or loans to the mortgagor in the

suma de principal especificada en el mismo, concedido con el propósito y la inten-
principal amount specified therein made with the purpose and intention

ción de que el acreedor hipotecario puede ceder el pagaré en cualquier tiempo y
that the mortgagee, at any time, may assign the note and

asegurar su pago de conformidad con el Acta de mil novecientos sesenta y uno
insure the payment thereof pursuant to the Act of Nineteen Hundred and Sixty-One

consolidando la Administración de Hogares de Agricultores o el Título Quinto de
consolidating the Farmers Home Administration or Title Five of

la Ley de Hogares de mil novecientos cuarenta y nueve, según han sido enmenda-
the Housing Act of Nineteen Hundred and Forty-Nine, as amended.

das.

(Dos) Cuando el pago del pagaré es garantizado por el acreedor hipotecario, puede
(Two) When payment of the note is guaranteed by the mortgagee

ser cedido de tiempo en tiempo y cada tenedor de dicho pagaré a su vez el
it may be assigned from time to time and each holder of the insured note, in turn,

prestamista asegurado.
will be the insured lender.

(Tres) Cuando el pago del pagaré es asegurado por el acreedor hipotecario, el acree-
(Three) When payment of the note is insured by the mortgagee, the

dor hipotecario otorgará y entregará al prestamista asegurado conjuntamente con
mortgagee will execute and deliver to the insured lender along

el pagaré un endoso de seguro garantizando totalmente el pago de principal e in-
with the note an insurance endorsement insuring the payment of the note fully as to principal

tereses de dicho pagaré.
and interest.

(Cuatro) En todo tiempo que el pago del pagaré esté asegurado por el acreedor
(Four) At all times when payment of the note is insured by the mortgagee,

hipotecario, el acreedor hipotecario, por convenio con el prestamista asegurado,
the mortgagee by agreement with the insured lender

determinarán en el endoso de seguro la porción del pago de intereses del pagaré
set forth in the insurance endorsement will be entitled to a specified portion of the interest pay-

que será designada como "cargo anual".
ments on the note, to be designated the "annual charge".

(Cinco) Una condición del aseguramiento de pago del pagaré será de que el tene-
(Five) A condition of the insurance of payment of the note will be that the holder

dor cederá todos sus derechos y remedios contra el deudor hipotecario y cuales-
will forego his rights and remedies against the mortgagor and any

- 2 -

quiera otros en relación con dicho préstamo así como también a los beneficios
others in connection with said loan, as well as any benefit———————————————

de esta hipoteca y aceptará en su lugar los beneficios del seguro, y a requerimiento
of this mortgage, and will accept the benefits of such insurance in lieu thereof, and upon the

del acreedor hipotecario endosará el pagaré al acreedor hipotecario en caso de
mortgagee's request will assign the note to the mortgagee should the mortgagor

violación de cualquier convenio o estipulación aquí contenida o en el pagaré o en
violate any covenant or agreement contained herein, in the note, or any———————

cualquier convenio suplementario por parte del deudor.————————————————
supplementary agreement.————————

(Seis) entre otras cosas, es el propósito e intención de esta hipoteca, que en todo
(Six) is the purpose and intent of this mortgage that, among other things,————

tiempo cuando el pagaré esté en poder del acreedor hipotecario, o en el caso en
at all times when the note is held by the mortgagee, or in the event the——————

que el acreedor hipotecario ceda esta hipoteca sin asegurar el pagaré, esta hipoteca
mortgagee should assign this mortgage without insurance of the note, this mortgage————

garantizará el pago del pagaré pero cuando el pagaré esté en poder de un presta-
shall secure payment of the note; but when the note is held by an insured————————

mista asegurado, esta hipoteca no garantizará el pago del pagaré o formará parte
lender, this mortgage shall not secure payment of the note or attach to————————

de la deuda evidenciada por el mismo, pero en cuanto al pagaré y a dicha deuda,
the debt evidenced thereby, but as to the note and such debt————————

constituirá una hipoteca de indemnización para garantizar al acreedor hipotecario
shall constitute an indemnity mortgage to secure the mortgagee————————

contra cualquier pérdida bajo el endoso de seguro por causa de cualquier incum-
against loss under its insurance endorsement by reason of any default————————

plimiento por parte del deudor hipotecario.————————————————
by the mortgagor.————————

QUINTO: Que en consideración al préstamo y (a) en todo tiempo que el pagaré
FIFTH: That, in consideration of said loan and (a) at all times when the note————

sea conservado por el acreedor hipotecario, o en el caso de que el acreedor hipote-
is held by the mortgagee, or in the event the mortgagee————————

cario ceda la presente hipoteca sin el seguro de pago del pagaré y en garantía del
should assign this mortgage without insurance of the payment of the note, in guarantee of the

importe del pagaré según se especifica en el subpárrafo (Uno) del Párrafo NOVE-
amount of the note as specified in subparagraph (one) of paragraph NINTH————————

NO con sus intereses al tipo estipulado y para asegurar el pronto pago de dicho
hereof, with interest at the rate stipulated, and to secure prompt payment of the

pagaré, su renovación cualquier convenio contenido en el mismo, o extensión y
note and any renewals and extensions thereof and any agreements contained therein,———

(b) en todo tiempo que el pagaré sea poseído por el prestamista asegurado en garan-
(b) at all times when the note is held by an insured lender, in guarantee————————

tía de las sumas especificadas en el subpárrafo (Dos) del párrafo NOVENO aquí
of the amounts specified in subparagraph 9Two of paragraph NINTH hereof————————

consignado para garantizar el cumplimiento del convenio del deudor hipotecario
for securing the performance of the mortgagor's agreement————————

de indemnizar y conservar libre al acreedor hipotecario contra pérdidas bajo el en-
herein to indemnify and save harmless the mortgagee against loss under its————————

doso de seguro por razón de incumplimiento del deudor hipotecario y (c) en cual-
insurance endorsements by reason of any default by the mortgagor, and (c) in any————

quier caso y en todo tiempo en garantía de las sumas adicionales consignadas en el
event and at all times whatsoever, in guarantee of the additional amounts specified in————

subpárrafo (Tres) del párrafo NOVENO de este instrumento y para asegurar el
subparagraph (Three) of paragraph NINTH hereof, and to secure the———————————

cumplimiento de todos y cada uno de los convenios y del deudor hipotecario aquí
performance of every covenant and agreement of the mortgagor———————————

contenidos o en cualquier otro convenio suplementario, el deudor hipotecario por
contained herein or in any supplementary agreement, the mortgagor———————————

la presente constituye hipoteca voluntaria a favor del acreedor hipotecario sobre
hereby constitutes a voluntary mortgage in favor of the mortgagee on———————

los bienes descritos en el párrafo UNDECIMO más adelante, así como sobre los
the property described in paragraph ELEVENTH hereof, together with all rights,———

derechos, intereses servidumbres, derechos hereditarios, adhesiones pertenecientes
interests easements, hereditaments and appurtenances thereto belonging,———————

y los mismos, toda renta, créditos, beneficios de los mismos, y todo producto e
the rents, issues and profits thereof and revenues and———————————————

ingreso de los mismos, toda mejora o propiedad personal en el presente o que en
income therefrom, all improvements and personal property now or———————————

el futuro se adhiera o que sean razonablemente necesarias para el uso de los mismos,
later attached thereto or reasonably necessary to the use thereof,———————————

sobre las aguas, los derechos de agua o acciones en los mismos, pertenecientes a
all water, water rights and shares in the same pertaining to———————————————

las fincas o a todo pago que en cualquier tiempo se adeude al deudor hipotecario
the farms and all payments at any time owing to the mortgagor———————————

por virtud de la venta, arrendamiento, transferencia, enajenación o expropiación
by virtue of any sale, lease, transfer, conveyance or total or ———————————

total o parcial de o por daños a cualquier parte de las mismas o a los intereses sobre
partial condemnation of or injury to any part thereof or interest———————————

ellas, siendo entendido que este gravámen quedará en toda su fuerza y vigor has——
therein, it being understood that this lien will continue in full force and effect until——

que las cantidades especificadas en el párrafo NOVENO con sus intereses antes y
all amounts as specified in paragraph NINTH hereof, with interest before and——————

después del vencimiento hasta que los mismos hayan sido pagados en su totalidad.
after maturity until paid, have been paid in full.———————————————————

En caso de ejecución, los bienes responderán del pago del principal, los intereses
In case of foreclosure, the property will be answerable for the payment of the principal, interest

antes y después de vencimiento, hasta su total solvento, pérdida sufrida por el acree-
thereon before and after maturity until paid, losses sustained by the———————————

dor hipotecario como asegurador del pagaré, contribuciones, prima de seguro o cual-
mortgagee as insurer of the note, taxes, insurance premiums, and———————————

quier otro desembolso o adelanto por el acreedor hipotecario por cuenta del deudor
other disbursements and advances by the mortgagee for the mortgagor's account——————

hipotecario con sus intereses hasta que sean pagados al acreedor hipotecario, costas,
with interest until repaid to the mortgagee, costs, expenses and———————————

gastos y honorarios de abogado del acreedor hipotecario, toda extensión o reno-
attorney's fees of the mortgagee all extensions and renewals of any of ———————

vación de dichas obligaciones con intereses sobre todas y todo otro cargo o suma
said obligations, with interest on all and all other charges and additional——— ————

adicional especificada en el párrafo NOVENO de este documento.———————————
amounts as specified in paragraph NINTH hereof.————————————————————

SEXTO: El deudor hipotecario expresamente conviene lo siguiente:————————
SIXTH: That the mortgagor specifically agrees as follows:———————————————

(Uno) Pagar al acreedor hipotecario prontamente a su vencimiento cualquier deuda
(One) To pay promptly when due any indebtedness———————————————————

orma. FmHA 427-1(S) PR
lev. 10-82)

aquí garantizada e indemnizar y conservar libre de pérdida al acreedor hipotecario
to the mortgage hereby secured and to indemnify and save harmless the mortgagee against any

bajo el seguro del pago del pagaré por incumplimiento del deudor hipotecario.
loss under its insurance of payment of the note by reason of any default by the mortgagor.

En todo tiempo cuando el pagaré sea poseído por el prestamista asegurado, el
At all times when the note is held by an insured lender, the——————————————————

deudor hipotecario continuará haciendo los pagos contra dicho pagaré al acreedor
mortgagor shall continue to make payments on the note to the mortgagee,——————————

hipotecario como agente cobrador del tenedor del mismo.——————————————
as collection agent for the holder.

(Dos) A pagar al acreedor hipotecario una cuota inicial por inspección y tasación
(Two) To pay to the Mortgagee any initial fees for inspection and appraisal——————

y cualquier cargo por delinquencia requerido en el presente o en el futuro por los
and any delinquency charges, now or hereafter required by——————————————

reglamentos de la Administración de Hogares de Agricultores.——————————————
regulations of the Farmer's Home Administration.

(Tres) En todo tiempo cuando el pagaré sea poseído por un prestamista asegu-
(Three) At all times when the note is held by an insured lender,——————————————

rado, cualquier suma adeudada y no pagada bajo los términos del pagaré, menos
any amount due and unpaid under the terms of the note, less——————————————

la cantidad o carga anual, podrá ser pagada por el acreedor hipotecario al tenedor
the amount of the annual charge, may be paid by the mortgagee to the holder——————

del pagaré bajo los términos provistos en el pagaré y en el endoso de seguro referido
of the note to the extent provided in the insurance endorsement——————————————

en el párrafo CUARTO anterior por cuenta del deudor hipotecario.——————————
referred to in paragraph FOURTH hereof for the account of the mortgagor.

Cualquier suma vencida y no pagada bajo los términos del pagaré, sea éste poseído
Any amount due and unpaid under the terms of the note, whether it is held——————

por el acreedor hipotecario o por el prestamista asegurado, podrá ser acreditada
by the mortgagee or by an insured lender, may be credited——————————————

por el acreedor hipotecario al pagaré y en su consecuencia constituirá un adelanto
by the mortgagee on the note and thereupon shall constitute an advance——————————

por el acreedor hipotecario por cuenta del deudor hipotecario.——————————————
by the mortgagee for the account of the mortgagor.

Cualquier adelanto por el acreedor hipotecario tal como se describe en este sub-
Any advance by the mortgagee as described in this——————————————————

párrafo devengará intereses a razón del  CINCO ——————————————————
subparagraph shall bear interest at the rate of

————————————————por ciento (     5    °/o)———————————————————
                                    per cent  (          °/o)———————————————————

anual a partir de la fecha en que venció el pago hasta la fecha en que el deudor
per annum from the date on which the amount of the advance was due to the date of payment

hipotecario lo satisfaga.———————————————————————————————
to the mortgagee.

(Cuatro) Fuere o no el pagaré asegurado por el acreedor hipotecario, cualquier
(Four) Whether or not the note is insured by the mortgagee, any——————————————

o todo adelanto hecho por el acreedor hipotecario para prima de seguro, repa-
and all amount advanced by the mortgagee for property insurance premiums, repairs,————

raciones, gravámenes u otra reclamación en protección de los bienes hipoteca-
liens and other claims, for the protection of the mortgaged property,————————————

dos o para contribuciones o impuestos u otro gasto similar por razón de haber
or for taxes or assessments or other similar charges by reason of the——————————

- 5 -

el deudor hipotecario dejado de pagar por los mismos, devengará intereses a razón
mortgagor's failure to pay the same, shall bear interest at the rate————————————

del tipo estipulado en el subpárrafo anterior desde la fecha de dichos adelantos
stated in the next preceding subparagraph from the date of the advance————————

hasta que los mismos sean satisfechos por el deudor hipotecario.————————————
until repaid to the mortgagee.————————————————————————————————

(Cinco) Todo adelanto hecho por el acreedor hipotecario descrito en esta hipo-
(Five) All advances made by mortgagee as described in this mortgage,————————

teca con sus intereses vencerá inmediatamente y será pagadero por el deudor hipo-
with interest, shall be immediately due and payable by the mortgagor————————

tecario al acreedor hipotecario sin necesidad de requerimiento alguno en el sitio
to mortgagee without demand at the————————————————————————————

designado en el pagaré y será garantizado por la presente hipoteca. Ningún adelanto
place designated in the note and shall be guaranteed hereby. No such advance————

hecho por el acreedor hipotecario no relevará al deudor hipotecario de su obligación
by mortgagee shall relieve the mortgagor from breach of his covenant————————

del convenio de pagar. Dichos adelantos, con sus intereses, se reembolsarán de los
to pay. Such advances, with interest shall be repaid from the————————————

primeros pagos recibidos del deudor hipotecario. Si no hubieren adelantos, todo
first available collections received from mortgagor. Otherwise, any payments————

pago verificado por el deudor hipotecario podrá ser aplicado al pagaré o a cualquier
payment made by mortgagor may be applied on the note or any————————————

otra deuda del deudor hipotecario aquí garantizada, en el orden que el acreedor
indebtedness to mortgagee secured hereby, in any order mortgagee————————————

hipotecario determinare.————————————————————————————————————
determines.————————————————————————————————————————————

(Seis) Usar el importe del préstamo evidenciado por el pagaré únicamente para
(Six) To use the loan evidenced by the note solely————————————————————

los propósitos autorizados por el acreedor hipotecario.——————————————————
for purposes authorized by mortgagee.——————————————————————————————

(Siete) A pagar a su vencimiento las contribuciones, impuestos especiales gravá-
(Seven) To pay when due all taxes, special assessments, liens————————————

menes y cargas que graven los bienes o los derechos o intereses del deudor hipo-
and charges encumbering the property or the right or interest of mortgagee————

tecario bajo los términos de esta hipoteca.——————————————————————————
under the terms of this mortgage.————————————————————————————————

(Ocho) Obtener y mantener seguro contra incendio y otros riesgos según requie-
(Eight) To procure and maintain insurance against fire and other hazards as required————————

ra el acreedor hipotecario sobre los edificios y las mejoras existentes en los bie-
by mortgagee on all existing buildings and improvements on the pro——————————

nes o cualquier otra mejora introducida en el futuro. El seguro contra fuego y
perty and on any buildings and improvements put there on in the future. The insurance against

otros riesgos serán en la forma y por las cantidades, términos y condiciones que
fire and other hazards will be in the form and amount and on terms and conditions————————

aprobare el acreedor hipotecario.————————————————————————————————
approved by mortgagee.——————————————————————————————————————

(Nueve) Conservar los bienes en buenas condiciones y prontamente verificar las
(Nine) To keep the property in good condition and promptly make all————————————

reparaciones necesarias para la conservación de los bienes; no cometerá ni per-
necessary repairs for the conservation of the property; he will not commit nor————

mitirá que se cometa ningún deterioro de los bienes; ni removerá ni demolerá
permit to be committed any deterioration of the property; he will not remove nor demolish

Forma FmHA 427-1PR

ningún edificio o mejora en los bienes, ni cortará ni removerá madera de la finca,
any building or improvement on the property; nor will he cut or remove wood from the farm

ni removerá ni permitirá que se remueva grava, arena, aceite, gas, carbón u otros
nor remove nor permit to be removed gravel, sand, oil, gas, coal, or other

minerales sin el consentimiento del acreedor hipotecario y prontamente llevará
minerals without the consent of mortgagee, and will promptly carry out

a efecto las reparaciones en los bienes que el acreedor hipotecario requiera de tiempo
the repairs on the property that the mortgagee may request from time to

(Nueve) El deudor hipotecario cumplirá con aquellas prácticas de conservación
(Nine) Mortgagor shall comply with such farm conservation practices

de suelo y los planes de la finca y del hogar que el acreedor hipotecario de tiempo en
and farm and home management plans as mortgagee from time to

tiempo pueda prescribir.
time may prescribe.

(Diez) Si esta hipoteca se otorga para un préstamo a dueño de finca según se iden-
(Ten) If this mortgage is given for a loan to a farm owner as identified

tifica en los reglamentos de la Administración de Hogares de Agricultores, el deudor
in the regulations of the Farmers Home Administration, mortgagor

hipotecario personalmente operará los bienes por sí y por medio de su familia como
will personally operate the property with his own and his family labor as a farm and for no other

una finca y para ningún otro propósito y no arrendará la finca ni parte de ella a
purpose and will not lease the farm or any part of it

menos que el acreedor hipotecario consienta por escrito en otro método de opera-
unless mortgagee agrees in writing to any other method of operation

ción o al arrendamiento.
or lease.

(Once) Someterá en la forma y manera que el acreedor hipotecario requiera la
(Eleven) To submit in the form and manner mortgagee may require,

información de sus ingresos y gastos y cualquier otra información relacionada con
information as to his income and expenses and any other information in regard to the

la operación de los bienes y cumplirá con todas las leyes, ordenanzas y reglamentos
operation of the property, and to comply with all laws, ordinances, and regulations

que afecten los bienes o su uso.
affecting the property or its use.

(Doce) El acreedor hipotecario, sus agentes y abogados, tendrán en todo tiempo el
(Twelve) Mortgagee, its agents and attorneys, shall have the right at all reasonable times

derecho de inspeccionar y examinar los bienes con el fin de determinar si la garantía
to inspect and examine the property for the purpose of ascertaining whether or not

otorgada está siendo mermada o deteriorada y si dicho examen o inspección deter-
the security given is being lessened or impaired, and if such inspection or examination shall

minare, a juicio del acreedor hipotecario, que la garantía otorgada está siendo mer-
disclose, in the judgment of mortgagee, that the security given is being lessened

mada o deteriorada, tal condición se considerará como una violación por parte del
or impaired, such condition shall be deemed a breach by the

deudor hipotecario de los convenios de esta hipoteca.
mortgagor of the covenants of this mortgage.

(Trece) Si cualquier otra persona detentare con o impugnare el derecho de posesión
(Thirteen) If any other person interferes with or contests the right of possession

del deudor hipotecario a los bienes, el deudor hipotecario inmediatamente notificará
of the mortgagor to the property, the mortgagor will immediately notify

al acreedor hipotecario de dicha acción y el acreedor hipotecario, a su opción,
mortgagee of such action, and mortgagee at its option

Forma FmHA 427-1PR

podrá instituir aquellos procedimientos que fueren necesarios en defensa de sus
may institute the necessary proceedings in defense of its————————————————————

intereses y los gastos y desembolsos incurrido por el acreedor hipotecario en dichos
interest, and any costs or expenditures incurred by mortgage by said————————————

procedimientos, serán cargados a la deuda del deudor hipotecario y se considerarán
proceedings will be charged to the mortgage debt and considered————————————————

garantizados por esta hipoteca dentro del crédito adicional de la cláusula hipotecaria
by this mortgage within the additional credit of the mortgage clause————————————

para adelantos, gastos y otros pagos.——————————————————————————————
for advances, expenditures and other payments.—————————————————————————

(Catorce) Si el deudor hipotecario en cualquier tiempo mientras estuviere vigente
(Fourteen) If the mortgagor at any time while this mortgage remains in effect——————

esta hipoteca, abandonare los bienes o voluntariamente se los entregase al acree-
should abandon the property or voluntarily deliver it to mortgagee,————————————

dor hipotecario, el acreedor hipotecario es por la presente autorizado y con pode-
mortgagee is hereby authorized and empowered——————————————————————————

res para tomar posesión de los bienes, arrendarlos y administrar los bienes y cobrar
to take possession of the property, to rent and administer the same and collect————————

sus rentas, beneficios e ingresos de los mismos y aplicarlos en primer término a los
the rents, benefits, and income from the same and apply them first to the—————————

gastos de cobro y administración y en segundo término al pago de la deuda eviden-
costs of collection and administration and secondly to the payment of the debt evidenced——

ciada por el pagaré o cualquier otra deuda del deudor hipotecario y aquí garantizada,
by the note or any indebtedness to mortgagee hereby guaranteed,————————————————

en el orden y manera que el acreedor hipotecario determinare.——————————————————
in what ever order and manner mortgagee may determine.————————————————————

(Quince) En cualquier tiempo que el acreedor hipotecario determinare que el deudor
(Fifteen) At any time that mortgagee determines that mortgagor——————————————————

hipotecario puede obtener un préstamo de una asociación de crédito para produc-
may be able to obtain a loan from a credit association for production——————————————

ción, de un Banco Federal u otra fuente responsable, cooperativa o privada, a un
a Federal Bank or other responsible source, cooperative or private, at a—————————————

tipo de interés y términos razonables para préstamos por tiempo y propósitos
rate of interest and reasonable periods of time and purposes,—————————————————

similares, el deudor hipotecario, a requerimiento del acreedor hipotecario, solicitará
mortgagor, at mortgagee's request will apply for and accept—————————————————————

y aceptará dicho préstamo en cantidad suficiente para pagar por las acciones nece-
said loan in sufficient amount to pay the note and any other indebtedness secured hereby and to

sarias en la agencia cooperativa en relación con dicho préstamo.——————————————————
purchase any necessary shares of stock in the cooperative agency in regard to said loan.————

(Dieciseis) El incumplimiento de cualesquiera de las obligaciones garantizadas
(Sixteen) Should default occur in the performance or discharge of any obligation secured——

por esta hipoteca, o si el deudor hipotecario o cualquier otra persona incluída como
by this mortgage, or should mortgagor, or any one of the persons herein called———————

deudor hipotecario faltare en el pago de cualquier cantidad o violare o no cumpliere
mortgagor, default in the payment of any amounts or violate or fail to comply—————————

con cualquier cláusula, condición, estipulación o convenio o acuerdo aquí contenido
with any clause, condition, stipulation, covenant, or agreement contained herein,——————

o en cualquier convenio suplementario, o falleciere o se declarare o fuere declarado
or in any supplementary agreement, or die or be declared an——————————————————

incompetente, en quiebra, insolvente o hiciere una cesión en beneficio de sus acree-
incompetent, a bankrupt, or an insolvent, or make an assignment for the benefit of———

Forma FmHA 427-1PR

dores, o los bienes o parte de ellos o cualquier interés en los mismos fueren cedidos,
creditors, or should the property or any part thereof or interest therein be assigned,

vendidos, arrendados, transferidos o gravados voluntariamente o de otro modo,
sold, leased, transferred, conveyed, or encumbered, voluntarily or otherwise,—

sin el consentimiento por escrito del acreedor hipotecario, el acreedor hipotecario es
without the written consent of mortgagee, mortgagee is—

irrevocablemente autorizado y con poderes, a su opción y sin notificación; (Uno) a
irrevocably authorized and empowered, at its option, and without notice: (One) to—

declarar toda deuda no pagada bajo los términos del pagaré o cualquier otra deuda
declare all amounts unpaid under the note, and any indebtedness—

al acreedor hipotecario aquí garantizada, inmediatamente vencida y pagadera y
to the mortgagee secured hereby, immediately due and payable and—

proceder a su ejecución de acuerdo con la ley y los términos de la misma; (Dos)
foreclose this mortgage in accordance with law and the provisions hereof; (Two)—

incurrir y pagar los gastos razonables para la reparación o mantenimiento de los
to incur and pay reasonable expenses for the repair and maintenance of the—

bienes y cualquier gasto u obligación que el deudor hipotecario no pagó según se
property and any expenses and obligations that mortgagor did not pay as—

conviniere en esta hipoteca, incluyendo las contribuciones, impuestos, prima de
agreed in this mortgage, including taxes, assessments, insurance premium,—

seguro y cualquier otro pago o gasto para la protección y conservación de los bienes
and any other expenses or costs for the protection and preservation of the property—

y de esta hipoteca o incumplimiento de cualquier precepto de esta hipoteca y (Tres)
and this mortgage, or for compliance with any of the provisions of this mortgage; and (Three)—

de solicitar la protección de la ley.—
request the protection of the law.—

(Diecisiete) El deudor hipotecario pagará o reembolsará al acreedor hipotecario
(Seventeen) Mortgagor will pay, or reimburse mortgagee—

todos los gastos necesarios para el fiel cumplimiento de los convenios y acuerdos
for all necessary expenses for the fulfillment of the covenants and agreements—

de esta hipoteca, los del pagaré y en cualquier otro convenio suplementario, in-
of this mortgage and of the note and of any supplementary agreement, including—

cluyendo los gastos de mensura, evidencia de título, costas, inscripción y hono-
the costs of survey, evidence of title, court costs, recordation fee and—

rarios de abogado.—
attorney's fees.—

(Dieciocho) Sin afectar en forma alguna los derechos del acreedor a requerir y
(Eighteen) Without in any manner affecting the right of the mortgagee to require and—

hacer cumplir en una fecha subsiguiente a los mismos los convenios, acuerdos u
enforce performance at a subsequent date of the same, similar or other covenant, agreement—

obligaciones aquí contenidos o similares u otros convenios, y sin afectar la respon-
obligation herein set forth, and without affecting the liability—

sabilidad de cualquier persona para el pago del pagaré o cualquier otra deuda aquí
of any person for payment of the note or any indebtedness—

garantizada y sin afectar el gravámen impuesto sobre los bienes o la prioridad del
secured hereby, and without affecting the lien created upon said property or the priority of—

gravámen, el acreedor hipotecario es por la presente autorizado y con poder en
said lien, the mortgagee is hereby authorized and empowered at—

cualquier tiempo (Uno) renunciar el cumplimiento de cualquier convenio u obli-
any time (one) waive the performance of any covenant or obligation—

gación aquí contenida o en el pagaré o en cualquier convenio suplementario (Dos)
contained herein or in the note or any supplementary agreement; (two)—

Forma FmHA 427-1PR
(10-82)

negociar con el deudor hipotecario o conceder al deudor hipotecario cualquier
deal in any way with mortgagor or grant to mortgagor any————————————————

indulgencia o tolerancia o extensión de tiempo para el pago del pagaré (con el
indulgence or forbearance or extension of the time for payment of the note (with the———

consentimiento del tenedor de dicho pagaré cuando esté en manos de un presta-
consent of the holder of the note when it is held by—————————————————

mista asegurado) o para el pago de cualquier deuda a favor del acreedor hipoteca-
an insured lender) or for payment of any indebtedness to mortgage————————

rio, y aquí garantizada; o (Tres) otorgar y entregar cancelaciones parciales de cual-
hereby secured; or (three) execute and deliver partial releases of any————————

quier parte de los bienes de la hipoteca aquí constituída u otorgar diferimiento o
part of said property from the lien hereby created or grant deferment or—————————

postergación de esta hipoteca a favor de cualquier otro gravámen constituído sobre
postponement of this mortgage to any other lien over————————————————

dichos bienes. ——————————————————————————————————
said property.—————

(Diecinueve) Todos los derechos, título e interés en y sobre la presente hipoteca,
(Nineteen) All right, title and interest in or to this mortgage,———————————

incluyendo pero no limitando el poder de otorgar consentimientos, cancelaciones
including but not limited to the power to grant consents, partial releases,————————

parciales, subordinación, cancelación total, radica sola y exclusivamente en el
subordinations, and satisfaction, shall be vested solely and exclusively in————————

acreedor hipotecario y ningún prestamista asegurado tendrá derecho, título o in-
mortgagee. and no insured lender shall have any right, title or interest————————

terés alguno en o sobre el gravámen y los beneficios aquí contenidos.——————
in or to the lien or any benefits herein contained.————

(Veinte) El incumplimiento de esta hipoteca constituirá incumplimiento de cuales-
(Twenty) Default hereunder shall constitute default under any—————————————

quiera otra hipoteca, préstamo refaccionario, o hipoteca de bienes muebles poseída
other real estate or crop or chattel mortgage held—————————————————

o asegurada por el acreedor hipotecario y otorgada o asumida por el deudor hipo-
or insured by mortgagee and executed or assumed by mortgagor,——————————

tecario; y el incumplimiento de cualesquiera de dichos instrumentos de garantía
and default under any such other security instrument shall——————————————

constituirá incumplimiento de esta hipoteca.————————————————————
constitute default hereunder.————

(Veintiuno) Todo aviso que haya de darse bajo los términos de esta hipoteca será
(Twenty-One) All notices to be given under this mortgage shall—————————————

remitido por correo certificado a menos que se disponga lo contrario por ley, y
be sent by certified mail unless otherwise required by law,—————————————

será dirigido hasta tanto otra dirección sea designada en un aviso dado al efecto,
and shall be addressed until some other address is designated in a notice so given,—————

en el caso del acreedor hipotecario a Administración de Hogares de Agricultores,
in the case of mortgagee to Farmers Home Administration,—————————————

Departamento de Agricultura de Estados Unidos, San Juan, Puerto Rico, y en el
United States Department of Agriculture, San Juan, Puerto Rico, and in the————————

caso del deudor hipotecario, a él a la dirección postal de su residencia según se
case of mortgagor to him at the post office address of his residence as stated—————

especifica más adelante.————————————————————————————
hereinafter.————

(Veintidós) El deudor hipotecario por la presente cede al acreedor hipotecario
(Twenty-Two) Mortgagor by these presents grants to mortgage—————————————

Forma FmHA 427-1(S) PR



el importe de cualquier sentencia obtenido por expropiación forzosa para uso
the amount of any judgment obtained by reason of condemnation proceedings for public

público de los bienes o parte de ellos así como también el importe de la sentencia
use of the property or any part thereof as well as the amount of any judgment

por daños causados a los bienes. El acreedor hipotecario aplicará el importe así
for damages caused to the property. The mortgagee will apply the amount so

recibido al pago de los gastos en que incurriere en su cobro y el balance al pago del
received to the payment of costs incurred in its collection and the balance to the payment

pagará cualquier cantidad adeudada al acreedor hipotecario garantizada por esta
of the of any indebtedness to the mortgagee secured by this

hipoteca y si hubiere algún sobrante, se reembolsará al deudor hipotecario.
mortgage, and if any amount then remains, will pay such amount to mortgagor.

SEPTIMO: Para que sirva de tipo a la primera subasta que deberá celebrarse en caso
SEVENTH: That for the purpose of the first sale to be held in case

de ejecución de esta hipoteca, de conformidad con la ley hipotecaria, según enmen-
of foreclosure of this mortgage, in conformity with the mortgage law, as amended,

dada, el deudor hipotecario por la presenta tasa los bienes hipotecados en la suma
mortgagor does hereby appraise the mortgaged property in the amount

de CINCO MIL DOLARES ($5,000.00).
of

OCTAVO: El deudor hipotecario por la presente renuncia al trámite de requeri-
EIGHTH: Mortgagor hereby waives the requirement of law and agrees to be

miento y se considerará en mora sin necesidad de notificación alguna por parte
considered in default without the necessity of any notification of default or demand for pay-

del acreedor hipotecario. Esta hipoteca está sujeta a los reglamentos de la Ad-
ment on the part of mortgagee. This mortgage is subject to the rules and regulations of the

ministración de Hogares de Agricultores ahora en vigor y a futuros reglamentos,
Farmers Home Administration now in effect, and to its future regulations

no inconsistentes con los términos de esta hipoteca, así como también sujeta a
not inconsistent with the provisions of this mortgage, as well as to the

las leyes del Congreso de Estados Unidos de America que autorizan la asignación
laws of the Congress of the United States of America authorizing the making and

y aseguramiento del préstamo antes mencionado.
insuring of the loan hereinbefore mentioned.

NOVENO: Las cantidades garantizadas por esta hipoteca son las siguientes:
NINTH: The amounts guaranteed by this mortgage are as follows:

Una. En todo tiempo cuando el pagaré relacionado en el párrafo TERCERO de
One. At all times when the note mentioned in paragraph THIRD of

esta hipoteca sea poseído por el acreedor hipotecario o en caso que el acreedor
this mortgage is held by mortgagee, or in the event mortgagee

hipotecario cediere esta hipoteca sin asegurar el pagaré: CINCO MIL
should assign this mortgage without insurance of the note,

DOLARES ($ 5,000.00 )
DOLLARS ($

el principal de dicho pagaré, con sus intereses según estipulados a razón del CINCO-
the principal amount of said note, together with interest as stipulated therein at the rate of

por ciento ( 5 º/o) anual;
per cent ( º/o) per annum;

Dos. En todo tiempo cuando el pagaré es poseído por un prestamista asegurado:
Two. At all times when said note is held by an insured lender:

(A)   CINCO MIL------------------------------------------------
(A)

------------------------------------ DOLARES ($5,000.00)----
                                     DOLLARS  ($

para indemnizar al acreedor hipotecario por adelantos al prestamista asegurado
for indemnifying the mortgagee for advances to the insured lender-----------

por motivo del incumplimiento del deudor hipotecario de pagar los plazos según
by reason of mortgagor's failure to pay the installments as------------------

se especifica en el pagaré, con intereses según se especifica en el párrafo SEXTO,
specified in the note, with interest as stated in paragraph SIXTH,-----------

Tercero;-----------------------------------------------------
Three;------------------------------------------------------

(B)   SIETE MIL QUINIENTOS --------------------------------
(B)

---------------------------------- DOLARES ($  7,.500.00)-
                                   DOLLARS  ($

para indemnizar al acreedor hipotecario además contra cualquier pérdida que pueda
for indemnifying the mortgagee further against any loss it might------------

sufrir bajo su seguro de pago del pagaré:-----------------------
sustain under its insurance of payment of the note;-----------

Tres. En cualquier caso y en todo tiempo;--------------------
Three. In any event and at all times whatsoever:------------

(A)   DOS MIL DOLARES----------------------------------------
(A)

($2,000.00              ) para intereses después de mora:-----------
($                       ) for default interest;--------------

(B)   MIL DOLARES-------------------------------------------
(B)

{ $1,000.00              ) para contribuciones, seguro y otros adelantos para la con-
{                        ) for taxes, insurance and other advances for the preservation--

servación y protección de esta hipoteca, con intereses al tipo estipulado en el párrafo
and protection of this mortgage, with interest at the rate stated in paragraph---------

SEXTO, Tercero;----------------------------------------------
SIXTH, Three;-----------------------------------------------

(C) QUINIENTOS  DOLARES-------------------------------------
(C)

($ 500.00               ) para costas, gastos y honorarios de abogado en caso
($                       ) for costs, expenses and attorney's fees in case-----------

de  ejecución;----------------------------------------------
of  foreclosure;-------------------------------------------

(D)   QUINIENTOS   DOLARES -------------------------------
(D)

($ 500.00               ) para costas y gastos que incurriere el acreedor hipoteca-
($                       ) for costs and expenditures incurred by the mortgagee in-------

rio en procedimientos para defender sus intereses contra cualquier persona que inter-
proceedings to defend its interests against any other person interfering with--------

venga o impugne el derecho de posesión del deudor hipotecario a los bienes según
or contesting the right of possession of mortgagor to the property as------------

se consigna en el párrafo SEXTO, Trece.-----------------------
provided in paragraph (SIXTH, Thirteen.----------------------

Forma FmHA 427-1(S) PR
(Rev. 10-82)

DECIMO: Que el (los) pagaré(s) a que se hace referencia en el párrafo TERCERO
TENTH: That the note(s) referred to in paragraph THIRD————————————————

de esta hipoteca es (son) descrito(s) como sigue:————————————————
of this mortgage is(are) described as follows:————————

otorgado en el caso número   Sesenta y Tres-Quince- Cinco—
executed in case number

Ocho- Cuarenta y Cinco-Noventa y Cuatro Cincuenta-
Ocho  (63-15-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)————————— fechado el día doce——
                                                            dated the

de          noviembre————————de mil novecientos————
day of                                              nineteen hundred and

Noventa y seis—————— por la suma de  CINCO MIL  ————
                                        in the amount of

————————————————————— dólares de principal más
                                                      of principal plus

intereses sobre el balance del principal adeudado a razón del   CINCO  ————
interest over the unpaid balance at the rate of

————————————————  {     5%     } por ciento anual,
                                                      } percent per annum;

hasta tanto su principal sea totalmente satisfecho según los términos, plazos, condi-
until the principal is totally paid according to the terms, installments,————————

ciones y estipulaciones contenida en dicho pagaré y según acordados y convenidos
conditions and stipulation contained in the promissory note and as agreed————————

entre el Prestatario y el Gobierno; excepto el pago final del total de la deuda aquí
between the Borrower and the Government, except that the final installment of the————

representada, de no haber sido satisfecho con anterioridad, vencerá y será pagadero
entire debt herein evidenced, if not sooner paid, will be due————————————

a los    SIETE (7)——————————————————————
and payable

años de la fecha de este pagaré.——————————————————
years from the date of this promissory note.——

Dicho pagaré ha sido otorgado como evidencia de un préstamo concedido por el
Said promissory note is given as evidence of a loan made by the————————————

Gobierno al Prestatario de conformidad con la Ley del Congreso de los Estados
Government to the borrower pursuant to the law of the Congress of the United——

Unidos de América denominada "Consolidated Farm and Rural Development Act
States of America known as "Consolidated Farm and Rural Development Act——————

of 1961" o de conformidad con el "Title V of the Housing Act of 1949", según
of 1961" or pursuant to "Title V of the Housing Act of 1949, as————————

han sido enmendadas y está sujeto a los presentes reglamentos de la Administración
amended, and is subject to the present regulations of the Farmers————————

de Hogares de Agricultores y a los futuros reglamentos no inconsistentes con dicha
Home Administration and to its future regulations not inconsistent with the————

Ley. De cuya descripción, yo, el Notario Autorizante, DOY FE.————————
express provision thereof. Of which description I, the authorizing Notary, GIVE FAITH.——

UNDECIMO: Que la propiedad objeto de la presente escritura y sobre la que se
ELEVENTH: That the property object of this deed and over which——————————

constituye Hipoteca Voluntaria, se describe como sigue:————————————
voluntary mortgage is constituted, is described as follows:————



"RUSTICA:-RADICADA en el Barrio Las Palmas del término--
municipal de Utuado, Puerto Rico, con una cabida super--
ficial de TREINTA Y SEIS CUERDAS CON TRES MIL DOSCIENTOS
SESENTA Y OCHO diez milésimas de otra (36.3268) equiva--
lentes a catorce hectáreas, veintisiete áreas, setenta--
y ocho centiáreas y ochenta y cinco miliáreas de terre-
no, en LINDES:-por el Norte, con Ricardo Matos Rodríguez
por el Sur, con Fernando Batista Rivera; los predios--
disgregados bajo las letras "A" "A" y "B" y más terrenos
de Fernando Salvá Matos; por el Este, con Luis Díaz----
Carreras y terrenos de Fernando A. Salvá Matos y por el-
Oeste,   con la quebrada Batelles".----------------------

--Inscrita al folio  ciento ochenta y uno (181) del tomo
trescientos treinta (330) de Utuado,  finca número------
trescientos cuarenta y ocho (348).----------------------

------------------------------------------------------

------------------------------------------------------

------------------------------------------------------

------------------------------------------------------

Adquirió el prestatario la descrita finca por   compra a los esposos-----
Borrower acquired the described property by
William Serrano Chevalier y Nilda Esther Torres Rosario

según consta de la Escritura Número  Ciento Sesenta y Siete (167)---
pursuant to Deed Number

de fecha   doce de noviembre de mil novecientos noventa y--
dated
seis--------------------------------------------------

otorgada en la ciudad de   Utuado, Puerto Rico-----------
executed in the city of

ante el Notario    Miguel Torres Maldonado.--------------
before Notary

Dicha propiedad se encuentra   libre de cargas y  gravámenes.-----
Said property is
------------------------------------------------------

------------------------------------------------------

------------------------------------------------------

DUODECIMO: Que comparecen en la presente escritura como Deudores Hipote-
TWELFTH: The parties appearing in the present deed as Mortgagors -----------------

carios   los esposos José Luis de Jesús Reyes y Mildred---
are
Neemí Serrano Torres, mayor de edad él, de veinte años--
de edad ella pero emancipada por matrimonio, empleados--
y vecinos de Utuado, Puerto Rico,  Seguro Social número-

cuya dirección postal es:   HC-O Uno-Box Veintinueve Treinta y----
whose postal address is:
Ocho. (HC-01-Box 2938) Utuado, Puerto Rico, cero, cero,-

seis, cuatro, uno (00641).-----------------------------

------------------------------------------------------

DECIMO TERCERO: El importe del préstamo aquí consignado se usó ó será usado
THIRTEENTH: The proceeds of the loan herein guaranteed was used or will be used-------

14

Forma FmHA 427-1(S) PR
(Rev. 10-82)

para fines agrícolas y la construcción y/o reparación y/o mejoras de las instalaciones
for agricultural purposes and the construction and/or repair or improvement of the physical

físicas en la finca(s) descrita(s).
installations on the described farm(s).

DECIMO CUARTO: El prestatario ocupará personalmente y usará cualquier estruc-
FOURTEENTH: The borrower will personally occupy and use any structure

tura que haya sido construida, mejorada o comprada con el importe del préstamo
constructed, improved or purchased with the proceeds of the loan

aquí garantizado y no arrendará o usará para otros fines dicha estructura a menos
herein guaranteed and shall not lease or use for other purposes said structure unless

que el Gobierno lo consienta por escrito. La violación de esta clausula como la
the Government so consents in writing. Violation of this clause as well as

violación de cualquiera otro convenio o cláusula aquí contenida ocasionará el
violation of any other agreement or clause herein contained will cause

vencimiento de la obligación como si todo el término hubiese transcurrido y en
the debt to become due as if the whole term had elapsed and the

aptitud el Gobierno de declarar vencido o pagadero el préstamo y proceder a la
Government at its option may declare due and payable the loan and proceed to

ejecución de la hipoteca.
the foreclosure of the mortgage.

DECIMO QUINTO: Esta hipoteca se extiende expresamente a toda construcción
FIFTEENTH: This mortgage expressly extends to all construction

o edificación existente en la(s) finca(s) antes descrita(s) y a toda mejora, construc-
or building existing on the farm(s) hereinbefore described and all improvement,

ción o edificación que se construya en dicha finca(s) durante la vigencia del prés-
construction or building constructed on said farm(s) while the

tamo hipotecario constituido a favor del Gobierno, verificada por los actuales
mortgage loan constituted in favor of the Government is in effect, made by the present

dueños gravadores o por sus cesionarios o causahabientes.
owners or by their assignees or successors.

DECIMO SEXTO: El deudor hipotecario por la presente renuncia mancomunada
SIXTEENTH: The mortgagor by these presents hereby waives jointly and

y solidariamente por sí y a nombre de sus herederos causahabientes, sucesores o
severally for himself and on behalf of his heirs, assignees, successors or

representantes a favor del acreedor (ADministración de Hogares de Agricultores),
representatives, in favor of mortgagee (Farmers Home Administration)

cualquier derecho de Hogar Seguro (Homestead) que en el present o en el futuro
any Homestead right (Homestead) that presently or in the future

pudiera tener en la propiedad descrita en el párrafo undécimo y en los edificios
he may have in the property described in paragraph eleventh and in the buildings

allí enclavados o que en el futuro fueran construidos; renuncia esta permitida
thereon or which in the future may be constructed; this waiver being permitted

a favor de la Administración de Hogares de Agricultores por la Ley Número trece
in favor of the Farmers Home Administration by Law Number Thirteen

(13) del veintiocho (28) de mayo de mil novecientos sesenta y nueve (1969) (31
(13) of the twenty-eighth of May, nineteen hundred sixty-nine (1969) (31

L.P.R.A. 1851)
L.P.R.A. 1851).

DECIMO SEPTIMO: El acreedor y el deudor hipotecario convienen en que cual-
SEVENTEENTH: Mortgagee and mortgagor agree that any

quier estufa, horno, calentador comprado o financiado total o parcialmente con
stove, oven, water heater, purchased or financed completely or partially with

- 15 -

fondos del préstamo aquí garantizado, se considerará e interpretará como parte
funds of the loan herein guaranteed, will be considered and understood to form part——————

de la propiedad gravada por esta Hipoteca.——————————————
of the property encumbered by this Mortgage.——————

DECIMO OCTAVO: El deudor hipotecario se compromete y se obliga a mudarse
EIGHTEENTH: The mortgagor agrees and obligates himself to move——————————

y a ocupar la propiedad objeto de esta escritura dentro de los próximos sesenta
and occupy the property object of this deed within the following sixty——————

días a partir de la fecha de la inspección final; y en caso de circunstancias impre-
days from the date of final inspection, and in the event of unforeseen circumstances——————

vistas fuera del control del deudor hipotecario que le impidiera mudarse, éste lo
beyond his control which would impede him to do so, he will——————

notificará por escrito al Supervisor Local.——————————————
notify it in writing to the County Supervisor.——————

DECIMO NOVENO: Toda mejora, construcción o edificación que se construya
NINETEENTH: All improvement, construction or building constructed——————————

en dicha finca durante la vigencia antes mencionada deberá ser construída previa-
on said farm(s) during the term hereinbefore referred to, must be made with the previous——

autorización por escrito del acreedor hipotecario conforme a los reglamentos pre-
consent in writing of mortgagee in accordance with present regulations——————

sentes y aquellos futuros que se promulgaren de acuerdo a las leyes federales y
or future ones that may be promulgated pursuant to the federal and——————

locales no inconsistentes o incompatibles con las leyes actuales que gobiernan
local laws not inconsistent or incompatible with the present laws which govern——————

estos tipos de préstamos.——————————————————
these types of loans.——————

VIGESIMO: Este instrumento garantiza asimismo el rescate o recuperación de
TWENTIETH: This instrument also secures the recapture of——————

cualquier crédito por intereses o subsidio que pueda otorgarse a los prestatarios
any interest credit or subsidy which may be granted to the borrower(s) by the——————

por el Gobierno de acuerdo con las disposiciones del Título Cuarentidós del Código
Government pursuant to Forty-Two——————

de Estados Unidos Sección Mil Cuatrocientos Noventa - a (42 U.S.C. 1490a)——
U.S.C. Fourteen Ninety-a (42 U.S.C. 1490a)——

VIGESIMO PRIMERO:-El importe del préstamo aquí garanti-

zado  será utilizado como parte del precio de compra---

venta del inmueble objeto de esta hipoteca.------------

-----------------------------------------------------

-----------------------------------------------------

-----------------------------------------------------

-----------------------------------------------------

-----------------------------------------------------

-----------------------------------------------------

-----------------------------------------------------

-----------------------------------------------------

16

—————————————ACEPTACION—————————————
ACCEPTANCE

El (los) comparecientes ACEPTAN esta escritura en la forma redactada una vez
The appearing party (parties) ACCEPT(S) this deed in the manner drawn once————————

yo, el Notario autorizante, le (les) hice las advertencias legales pertinentes.—————
I, the authorizing Notary, have made to him (them) the pertinent legal warnings.————————

Así lo dicen y otorgan ante mí, el Notario autorizante, el (los) compareciente(s)
So they say and execute before me, the authorizing Notary, the appearing party (parties)————————

sin requerir la presencia de testigos después de renunciar su derecho a ello del que
without demanding the presence of witnesses after waiving his (their) right to do so of which

le(s)   advertí.—————————————————————————————————————
I advised him (them).———————————————————————————————————

Después de ser leída esta escritura por el (los) compareciente(s), se ratifica(n)
After this deed was read by the appearing party (parties) he (they) ratify its————————

en su contenido, pone(n) sus iniciales en cada uno de los fólios de esta escritura
contents, place(s) his (their) initials on each of the folios of this deed————————————

incluyendo el último y la firma(n) todos ante mí, el Notario autorizante, que DOY
including the last one, and all sign before me, the authorizing Notary who GIVES————————

FE de todo el contenido de esta escritura.———————————————————————
FAITH to everything contained in this deed————————————





FIRMADO:-JOSE LUIS DE JESUS REYES.----------------

FIRMADO:- MILDRED NOEMI SERRANO TORRES.-----------

--------------------------------------------------

--------------------------------------------------

FIRMADO, SIGNADO, RUBRICADO Y SELLADO, TORRES
MALDONADO,  NOTARIO PUBLICO.--------------------------

--Cancelados en el original y en la copia certificada
de esta escritura  el correspondiente  sello  del...

--Estampadas en todos y cada uno de los folios del---
original las iniciales del (los) otorgantes y la-----
rúbrica del Notario.--------------------------------

--CERTIFICO:-Que la que precede es primera copia cer-
tificada de su original que bajo el número168 obra---
en mi protocolo de instrumentos públicos al cual me---
remito y para entregar a Farm Services Agency-------
expido la presente en Utuado, Puerto Rico,  hoy día-
de su otorgamiento.  Esta escritura consta de 17-----
folios.



Notificado hoy por los fundamentos in-
cluidos en la notificación legajada bajo
el número ___78___
_Utuado_, P. R. a _3_ de _enero_ de _97_

Notificado hoy por los fundamentos in-
cluidos en la notificación legajada bajo
el número ___703___
_Utuado_, P. R. a _31_ de _julio_ de _98_

Notificado hoy por los fundamentos in-
cluidos en la notificación legajada bajo
el número ___760___
_Utuado_, P. R. a _29_ de _octubre_ de _99_

## CERTIFICATION

I, Juan M. Ortiz Serbiá, of legal age, married,
a resident of Guayama, Puerto Rico. In my
official capacity as State Executive Director of
the Farm Service Agency, U.S. Department of
Agriculture, hereby declare under penalty of
perjury that this is a true and exact copy of the
original document which I have under my
custody.

San Juan, Puerto Rico

JUAN M. ORTIZ SERBIÁ
State Executive Director

Inscrito al folio 35 del tomo 490 de
Utuado, inscripción 34 de la finca
#348. Se halla afecta a hipotecas
a favor de los Estados Unidos de
América por las sumas de $38,000.00
$11,000.00 y $3,000.00 y afecta a la
hipoteca que se constituye mediante
este documento - Utuado a 18 de noviembre
de 1999.
Exenta

# TITLE SEARCH

*151.113*

**CLIENT:** JOSÉ LUIS DE JESUS REYES      **REF:** ~~1572~~.113
                                               **BY:** TAIMARY ESCALONA

<div style="margin-left:2em; font-size:small">
ESTUDIOS DE TITULO<br>
SEGUROS DE TITULO<br>
P.O. BOX 1467, TRUJILLO ALTO, P.R. 00977-1467<br>
TELS. (787) 748.1130 / 748-8577 • FAX (787) 748-1143
</div>

**PROPERTY NUMBER:** 348, recorded at page 70 of volume 7 of Utuado, Registry of Utuado, Puerto Rico.

**DESCRIPTION:** *(As it is recorded in the Spanish language)*

**RÚSTICA:** Radicada en el Barrio Las Palmas del término municipal de Utuado, Puerto Rico, con una cabida superficial de **treinta y seis cuerdas con tres mil doscientos sesenta y ocho diez milésimas de otra (36.3268 cds), equivalentes a catorce hectáreas, veintisiete áreas, setenta y ocho centiáreas y ochenta y cinco miliáreas de terreno**, en lindes por el **NORTE**, con Ricardo Matos Rodríguez; por el **SUR**, con Fernando Batista Rivera, los predios disgregados bajo las letras A y B y más terrenos de Fernando Salva Matos; por el **ESTE**, con Luis Díaz Carreras y terrenos de Fernando A. Salva Matos y por el **OESTE**, con la Quebrada Batellas.

**TITLE:**

This property is registered in favor of JOSÉ LUIS DE JESUS REYES and wife MILDRED NOEMI SERRANO TORRES, whom acquired by purchase from William Serrano Chevalier and wife Nilda Esther Torres Serrano, for the price of $64,685.10, pursuant to deed #167, executed in Utuado, Puerto Rico, on the November 12, 1996, before Notary Public Miguel A. Torres Maldonado, recorded at page 35 volume of 490, property number 348, 33rd inscription.

**LIENS AND ENCUMBRANCES:**

I.    By reason of its origin this property is free of liens and encumbrances

II.   By reason of itself this property is encumbered by the following:

1.    **MORTGAGE:** Constituted by Jesús Montero and his wife Josefa Ramirez, in favor of United States of America, represented by Farmers Home Administration, in the original principal amount of $38,000.00, with 5.25% annual interests, due in 40 years, as per by deed #90, executed in Utuado, Puerto Rico, on July 18, 1984, before Notary Public Miguel Torres Maldonado, recorded at page 180 of volume 330 of Utuado, property number 348, 28th inscription.

2.    **MORTGAGE:** Constituted by Jesús Montero and his wife Josefa Ramirez, in favor of United States of America, represented by Farmers Home Administration, in the original principal amount of $11,000.00, with 5.25% annual interests, due in 40 years, as per by deed #91, executed in Utuado, Puerto Rico, on July 18, 1984, before Notary Public Miguel Torres Maldonado, recorded at page 181 of volume 330 of Utuado, property number 348, 29th inscription.

3.    **MORTGAGE:** Constituted by Jesús Montero and his wife Josefa Ramirez, in favor of United States of America, represented by Farmers Home Administration, in the original principal amount of $3,000.00, with 5% annual interests, due in 5 years, as per by deed #214, executed in Utuado, Puerto Rico, on November 7, 1985, before Notary Public Miguel Torres Maldonado, recorded at page 182 of volume 330 of Utuado, property number 348, 30th inscription.

Este documento NO es una póliza de Seguro de Título, por lo cual no debe utilizarse como tal. La responsabilidad de la entidad que preparó este Estudio de Título, está limitada a la cantidad pagada por la preparación de dicho Estudio de Título. Para completa protección deben requerir una póliza de Seguro de Título.



Eagle Title & Other Services, Inc.

ESTUDIOS DE TITULO
SEGUROS DE TITULO

P.O. BOX 1467, TRUJILLO ALTO, P.R. 00977-1467
TELS. (787) 748.1130 / 748-8577 • FAX (787) 748-1143

Este documento NO es una póliza de Seguro de Título, por lo cual no debe utilizarse como tal. La responsabilidad de la entidad que preparó este Estudio de Título, está limitada a la cantidad pagada por la preparación de dicho Estudio de Título. Para completa protección deben requerir una póliza de Seguro de Título.

PAGE #2
PROPERTY NUMBER 348

4. **MODIFICATION & RE-AMORTIZATION:** The mortgages from the 28th, 29th and 30th inscriptions, whose total amount due as of January 20, 1988 ascend to $44,981.63, $13,006.79 and $3,292.91 with interest of 5% and due in 40 years, the first two and the last one in 7 years, as per deed #10 executed in Utuado, Puerto Rico, on January 20, 1988, before Notary Public Miguel Torres Maldonado, recorded at page 26 of volume 409 of Utuado, property number 348, 32nd inscription.

5. **MODIFICATION:** The mortgages from the 28th, 29th and 30th inscriptions, regarding the principal amounts which would be $47,520.43, $13,697.12 and $3,467.55 with due dates of 40 years, as per deed #167 executed in Utuado, Puerto Rico, on the November 12, 1996, before Notary Public Miguel A. Torres Maldonado, recorded at page 35 of volume of 490, property number 348, 33rd inscription.

6. **MORTGAGE:** In favor of United States of America, for the original principal amount of $5,000.00, with 5% annual interests, due in 7 years, as per by deed #168, executed in Utuado, Puerto Rico, on November 12, 1996, before Notary Public Miguel A. Torres Maldonado, recorded at overleaf of page 35 of volume 490 of Utuado, property number 348, 34th and last inscription.

**REVIEWED:**

Federal Attachments, Commonwealth of Puerto Rico Tax Liens, Judgments and Daily Log up to March 1, 2019.

*NOTICE: At the time and date this Title Abstract was generated there is a delay on the "Ágora" Electronic System from the Registry Department. Furthermore, the new system "Karibe" in which the historic books are being digitalized presents a delay and many documents do not appear or may not show readable. Hence, we are not responsible for documents that are not found nor errors or omissions by the Registry as well as any setbacks this may incite.*

*EAGLE TITLE AND OTHER SERVICES, INC.*

*Authorized signature*

sm/dm
mcr/dm/**F**

I, ELÍAS DÍAZ BERMÚDEZ, of legal age, single and neighbor of San Juan, Puerto Rico, under solemn oath declare:

1. That my name and personal circumstances are the above mentioned.

2. That on March 1, 2019, I examined the books and files of The Property Registry of Puerto Rico and prepared the attached title study which makes part of this affidavit.

3. That the attached title study correctly represents in all its parts the status of the above described property in The Property Registry of Puerto Rico.

I the undersigned, hereby swear that the facts herein stated are true.

In San Juan, Puerto Rico, this ll day of _marzo_ of 2019.

_____
Elías Díaz Bermúdez

AFFIDAVIT NUMBER 3416

Sworn and subscribed to before me by Elías Díaz Bermúdez of the aforementioned personal circumstances, whom I personally know.

In San Juan, Puerto Rico, this ll day of _marzo_ of 2019.



NOTARY PUBLIC

## UNITED STATES DEPARTMENT OF AGRICULTURE
## FARM SERVICE AGENCY
**654 Muñoz Rivera Ave.,**
**654 Plaza Bldg. Suite 829,**
**San Juan, PR 00918**

Borrower: **De Jesus Reyes, Jose L.**                    **Agency Claim No.: 63-015-9458**

### *Certification of Indebtedness*

I, Liha Sánchez, of legal age, married, a resident of Mayaguez, Puerto Rico, in my official capacity as Farm Loan Program Support Specialist of the Farm Service Agency (FSA), United States Department of Agriculture (USDA), state that:

- The borrower's indebtedness as of 02/11/2019 is as shown in the following Statement of Account, according to information obtained from all available records at the USDA - Farm Service Agency:

### *Statement of Account*

| Loan Number | **41-02** |
|---|---|
| Type of Loan | **Farm Ownership (FO)** |
| Date of Loan | **11/12/1996** |
| Original Loan Amount | **1st Promissory Note - $38,000.00**<br>**2nd Promissory Note - $11,000.00**<br>**3rd Promissory Note- $3,000.00** |
| Consolidated Loan Amount | **$64,685.10** |
| Interest Rate | **5.375%** |
| Daily Interest Accrual | **$9.5255** |
| Principal Balance | **$64,685.10** |
| Unpaid Interest | **$65,623.79** |
| Miscellaneous Charges: | **$0.00** |
| Total Balance | **$130,308.89** |
| Amount Delinquent | **$83,483.09** |
| Last Voluntary Payment Date | **12/04/1997** |

| Loan Number | **44-01** |
|---|---|
| Type of Loan | **Operating Loan (OL)** |
| Date of Loan | **11/12/1996** |
| Original Loan Amount | **$5,000.00** |
| Interest Rate | **5.00%** |
| Daily Interest Accrual | **$0.4591** |
| Principal Balance | **$3,351.37** |
| Unpaid Interest | **$1,210.62** |
| Miscellaneous Charges: | **$0.00** |
| Total Balance | **$4,561.99** |
| Amount Delinquent | **$4,561.99** |
| Years Delinquent | **Fully Mature** |

- The information in the above Statement of Account in affiant's opinion is a true and correct statement of the aforementioned account and to this date remains due and unpaid.
- The defendant is neither a minor, nor incompetent, nor in the military service of the United States of America.
- The above information is true and correct to the best of my knowledge and belief, and is made under penalty of perjury as allowed by 28 U.S.C. 1746.

Liha Sánchez
FLP Support Specialist
02/13/2019

Exhibit 13

Department of Defense Manpower Data Center

Results as of : Feb-13-2019 12:25:52 PM

SCRA 4.10



## Status Report
## Pursuant to Servicemembers Civil Relief Act

| | |
|---|---|
| SSN: | XXX-XX-9458 |
| Birth Date: | |
| Last Name: | DE JESUS REYES |
| First Name: | JOSE |
| Middle Name: | LUIS |
| Status As Of: | Feb-13-2019 |
| Certificate ID: | PPWNDRX1J9Z26GM |

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Michael V. Sorrento*

Michael V. Sorrento, Director
Department of Defense - Manpower Data Center
400 Gigling Rd.
Seaside, CA 93955

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. ? 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q33) via this URL: https://scra.dmdc.osd.mil/faq.xhtml#Q33. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. ? 521(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days  preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC ? 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC ? 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC ? 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.

Department of Defense Manpower Data Center

SCRA 4.10



## Status Report
## Pursuant to Servicemembers Civil Relief Act

SSN:           XXX-XX-4533
Birth Date:
Last Name:    SERRANO TORRES
First Name:    MILDRED
Middle Name:  NOEMI
Status As Of:  Feb-13-2019
Certificate ID:  XSN8SMP25T4K0K5

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard).  This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

Michael V. Sorrento, Director
Department of Defense - Manpower Data Center
400 Gigling Rd.
Seaside, CA  93955

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. ? 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940).  DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate.  In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q33) via this URL: https://scra.dmdc.osd.mil/faq.xhtml#Q33.  If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you.  See 50 USC App. ? 521(c).

This response reflects the following information:  (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days  preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC ? 101(d) (1).  Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available.  In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC ? 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds.  All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support.  This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs).  Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.  SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC ? 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction.  The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING:  This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester.  Providing erroneous information will cause an erroneous certificate to be provided.

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

| | | |
|---|---|---|
| United States Department of Agriculture (Farm Service Agency) | ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No. |
| | ) | **Foreclosure of Mortgage** |
| JOSE LUIS DE JESUS REYES, MILDRED NOEMI SERRANO TORRES, and their Conjugal Partnership | ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

JOSE LUIS DE JESUS REYES,

Urb. Los Caobos, Calle Guamá #1843, Ponce, P.R. 00731

Rd. 140, Km. 20.0. Int., Las Palmas Ward, Utuado, P.R. 00641; P. O. Box 1024, Utuado, P.R. 00641

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Juan C. Fortuño Fas

PO Box 9300 San Juan, PR 00908

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*FRANCES RIOS DE MORAN, ESQ.*
*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

_____

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico

| | |
|---|---|
| United States Department of Agriculture (Farm Service Agency) <br><br> *Plaintiff(s)* <br><br> v. <br><br> JOSE LUIS DE JESUS REYES, MILDRED NOEMI SERRANO TORRES, and their Conjugal Partnership <br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. <br> ) <br> ) Foreclosure of Mortgage <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

MILDRED NOEMI SERRANO TORRES,

Urb. Los Caobos, Calle Guamá #1843, Ponce, P.R. 00731

Rd. 140, Km. 20.0. Int., Las Palmas Ward, Utuado, P.R. 00641; P. O. Box 1024, Utuado, P.R. 00641

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Juan C. Fortuño Fas

PO Box 9300 San Juan, PR 00908

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*FRANCES RIOS DE MORAN, ESQ.*
*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

_____

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

| | | |
|---|---|---|
| United States Department of Agriculture (Farm Service Agency) | ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| | ) ) | Foreclosure of Mortgage |
| JOSE LUIS DE JESUS REYES, MILDRED NOEMI SERRANO TORRES, and their Conjugal Partnership | ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Conjugal Partnership De Jesús-Serrano

Urb. Los Caobos, Calle Guamá #1843, Ponce, P.R. 00731

Rd. 140, Km. 20.0. Int., Las Palmas Ward, Utuado, P.R. 00641; P. O. Box 1024, Utuado, P.R. 00641

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Juan C. Fortuño Fas

PO Box 9300 San Juan, PR 00908

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*FRANCES RIOS DE MORAN, ESQ.*
*CLERK OF COURT*

Date: _____          _____
                                                     *Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

_____

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

## CATEGORY SHEET

**You must accompany your complaint with this Category Sheet, and the Civil Cover Sheet (JS-44).**

Attorney Name (Last, First, MI):   Fortuño, Juan Carlos

USDC-PR Bar Number:   211913

Email Address:   jcfortuno@fortuno-law.com

1.   Title (caption) of the Case (provide only the names of the <u>first</u> party on <u>each</u> side):

   Plaintiff:   United States Department of Agriculture-Farm Service Agency

   Defendant:   JOSE LUIS DE JESUS REYES, MILDRED NOEMI SERRANO TORRES, et als.

2.   Indicate the category to which this case belongs:

   ☒ Ordinary Civil Case
   ☐ Social Security
   ☐ Banking
   ☐ Injunction

3.   Indicate the title and number of related cases (if any).

   N/A

4.   Has a prior action between the same parties and based on the same claim ever been filed before this Court?

   ☐ Yes
   ☒ No

5.   Is this case required to be heard and determined by a district court of three judges pursuant to 28 U.S.C. § 2284?

   ☐ Yes
   ☒ No

6.   Does this case question the constitutionality of a state statute?  (See, Fed.R.Civ. P. 24)

   ☐ Yes
   ☒ No

Date Submitted:

rev. Dec. 2009

[ Print Form ]   [ Reset Form ]

JS 44  (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| United States Department of Agriculture (Farm Service Agency) | JOSE LUIS DE JESUS REYES, MILDRED NOEMI SERRANO TORRES, and their Conjugal Partnership |

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Ponce
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Fortuño & Fortuño Fas, CSP
Juan Carlos Fortuño Fas
PO Box 9300, San Juan, PR 00908  ;  (787)751-5290

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1   U.S. Government
Plaintiff

☐ 3   Federal Question
*(U.S. Government Not a Party)*

☐ 2   U.S. Government
Defendant

☐ 4   Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Product Liability | | 28 USC 157 | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | Liability | ☐ 367 Health Care/ | | | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| & Enforcement of Judgment | Slander | Personal Injury | | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Product Liability | | ☐ 830 Patent | ☐ 470 Racketeer Influenced and |
| ☐ 152 Recovery of Defaulted | Liability | ☐ 368 Asbestos Personal | | ☐ 840 Trademark | Corrupt Organizations |
| Student Loans | ☐ 340 Marine | Injury Product | | | ☐ 480 Consumer Credit |
| (Excludes Veterans) | ☐ 345 Marine Product | Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | Act | ☐ 862 Black Lung (923) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 720 Labor/Management | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 190 Other Contract | Product Liability | ☐ 380 Other Personal | Relations | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Property Damage | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 196 Franchise | Injury | ☐ 385 Property Damage | ☐ 751 Family and Medical | | ☐ 895 Freedom of Information |
| | ☐ 362 Personal Injury - | Product Liability | Leave Act | | Act |
| | Medical Malpractice | | ☐ 790 Other Labor Litigation | | ☐ 896 Arbitration |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement | **FEDERAL TAX SUITS** | ☐ 899 Administrative Procedure |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | Income Security Act | ☐ 870 Taxes (U.S. Plaintiff | Act/Review or Appeal of |
| ☒ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | or Defendant) | Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate | | ☐ 871 IRS—Third Party | ☐ 950 Constitutionality of |
| ☐ 240 Torts to Land | ☐ 443 Housing/ | Sentence | | 26 USC 7609 | State Statutes |
| ☐ 245 Tort Product Liability | Accommodations | ☐ 530 General | | | |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| | Employment | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | |
| | Other | ☐ 550 Civil Rights | Actions | | |
| | ☐ 448 Education | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - | | | |
| | | Conditions of | | | |
| | | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1   Original
Proceeding

☐ 2   Removed from
State Court

☐ 3   Remanded from
Appellate Court

☐ 4   Reinstated or
Reopened

☐ 5   Transferred from
Another District
*(specify)*

☐ 6   Multidistrict
Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Consolidated Farm & Development Act, 7 USC 1921, et seq. and 28 USC 1345
Brief description of cause:
Foreclosure of Mortgage

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION
UNDER RULE 23, F.R.Cv.P.

DEMAND $
132,304.83

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*:

JUDGE _____

DOCKET NUMBER _____

DATE _____

SIGNATURE OF ATTORNEY OF RECORD
*Juan Carlos Fortuño Fas*

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____